UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

September 2017 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN JACOB OLIVAS,<br><br>    Defendant. | ED CR No. 18-00231 JGB<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 242: Deprivation of Rights Under Color of Law] |

The Grand Jury charges:

INTRODUCTORY ALLEGATIONS

1. At all times relevant to this Indictment:

    a.    Defendant JOHN JACOB OLIVAS ("OLIVAS") was a Special Agent of United States Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI"), formerly known as "ICE, Office of Investigations."

    b.    As part of his position as a Special Agent of ICE-HSI, and to enable him to carry out his responsibilities in that position, defendant OLIVAS was issued official government credentials, badge, and a firearm by ICE-HSI.

COUNT ONE

[18 U.S.C. § 242]

From in or about August 2011 to in or about January 2012, in Riverside County, within the Central District of California, and elsewhere, defendant JOHN JACOB OLIVAS ("OLIVAS"), while acting under color of law, willfully deprived K.L. of the right secured and protected by the Constitution and laws of the United States to be free from deprivations of liberty without due process of law, which includes the right to bodily integrity. Specifically, in or about January 2012, defendant OLIVAS attempted to engage in vaginal intercourse with K.L. without her consent and by using force against K.L., after communicating to K.L. that the police would not be responsive to any report she may make about defendant OLIVAS because of defendant OLIVAS's position as a federal law enforcement officer. This offense included attempted aggravated sexual abuse.

COUNT TWO

[18 U.S.C. § 242]

From in or about March 2012 to on or about September 29, 2012, in Riverside County, within the Central District of California, and elsewhere, defendant JOHN JACOB OLIVAS ("OLIVAS"), while acting under color of law, willfully deprived N.B. of the right secured and protected by the Constitution and laws of the United States to be free from deprivations of liberty without due process of law, which includes the right to bodily integrity. Specifically, in or about September 2012, defendant OLIVAS engaged in vaginal intercourse with N.B. without her consent and by using force against N.B., after communicating to N.B. that the police would not be responsive to any report she may make about defendant OLIVAS because of defendant OLIVAS's position as a federal law enforcement officer. This offense included aggravated sexual abuse and attempted aggravated sexual abuse.

## COUNT THREE

[18 U.S.C. § 242]

From on or about September 30, 2012 to in or about November 2012, in Riverside County, within the Central District of California, and elsewhere, defendant JOHN JACOB OLIVAS ("OLIVAS"), while acting under color of law, willfully deprived N.B. of the right secured and protected by the Constitution and laws of the United States to be free from deprivations of liberty without due process of law, which includes the right to bodily integrity. Specifically, on or about November 9, 2012, defendant OLIVAS engaged in vaginal intercourse with N.B. without her consent and by using force against N.B., after communicating to N.B. that the police would not be responsive to any report she may make about defendant OLIVAS because of defendant OLIVAS's position as a federal law enforcement officer. This offense included aggravated sexual abuse and attempted aggravated sexual abuse.

A TRUE BILL

/s/
_____
Foreperson

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

JOSEPH B. WIDMAN
Assistant United States Attorney
Chief, Riverside Branch Office

5