*Angela Viramontes DFPD*

FILED
2018 AUG 15 AM 9:02
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, PLAINTIFF

V.

JOHN JACOB OLIVAS, DEFENDANT

USMS# N/Available

CASE NUMBER: ED-CR18-00231-JGB

## REPORT COMMENCING CRIMINAL ACTION

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 8/15/18 Approx 0500 ☒ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   18 USC SECTION 242 —

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes  Language: _____

7. Year of Birth: 1974

8. Defendant has retained counsel: ☒ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: JESSE Rodriguez

10. Remarks (if any): _____

11. Name: DAVID STAABS (please print)

12. Office Phone Number: 9512486529

13. Agency: FBI

14. Signature: [signed]

15. Date: 8/15/18

CR-64 (05/18)    REPORT COMMENCING CRIMINAL ACTION