HILARY POTASHNER (No. 167060)
Federal Public Defender
(E-mail: Hilary_Potashner@fd.org)
Angela Viramontes (No. 228228)
Deputy Federal Public Defender
(E-mail: Angela_Viramontes@fd.org)
3801 University Ave, Suite 700
Riverside, California 92501
Telephone (951) 276-6346
Facsimile (951) 276-6368

Attorneys for Defendant
John Jacob Olivas

FILED
CLERK, U.S. DISTRICT COURT

AUG 15 2018

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    DC  BY DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. John Jacob Olivas Defendant | NO. EDCR 18-231-JGB<br><br>Assertion of Fifth and Sixth Amendment Rights |

I, the above-named defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with the government or others acting on the government's behalf. I do not wish to, and will not, waive any of my constitutional rights except in the presence of counsel. I do not want the government or others acting on the government's behalf to question me, or to contact me seeking my waiver of any rights, unless my counsel is present.

_____
(Defendant's Signature)

Angela Viramontes /uy
Attorney's Name/Signature

Date/Time  8/15/18 _____ a.m./p.m.

Interpreter:_____

1