HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
ANGELA C. C. VIRAMONTES (No. 228228)
Deputy Federal Public Defender
(E-Mail: Angela_Viramontes@fd.org)
3801 University Avenue, Suite 700
Riverside, California  92501
Telephone:  (951) 276-6346
Facsimile:  (951) 276-6368

Attorneys for Defendant
JOHN JACOB OLIVAS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. ED CR 18-231-JGB |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| JOHN JACOB OLIVAS. | |
| Defendant. | |

IT IS HEREBY ORDERED that Defendant John Jacob Olivas' bond conditions shall be modified as follows:

　　1.　Mr. Olivas is allowed to have indirect and direct contact with M.H. Mr. Olivas and M.H. are not to discuss this case or M.H.'s potential testimony in this case with each other.

　　2.　All other bond conditions remain the same.

DATED: September __26__, 2018

_____.
Honorable Shashi H. Kewalramani
United States Magistrate Judge

Presented by:

*/s/ Angela C. C. Viramontes*
ANGELA C. C. VIRAMONTES
Deputy Federal Public Defender