# EXHIBIT A

## U.S. v. JOHN JACOB OLIVAS
ED CR 18-00231-JGB

**JOHN JACOB OLIVAS' AMENDED NOTICE OF MOTION AND MOTION *IN LIMINE* TO EXCLUDE OR LIMIT SEXUAL ASSAULT EXPERT TESTIMONY; EXHIBIT**



# United States Department of Justice

## United States Attorney's Office
## Central District of California

*Eli A. Alcaraz / Julius J. Nam*
*Assistant United States Attorneys*
*Phone: (951) 276-6938 / 6942*
*E-mail: Eli.Alcaraz@usdoj.gov / Julius.Nam@usdoj.gov*

*3403 Tenth Street, Suite 200*
*Riverside, California 92501*

July 8, 2019

**VIA EMAIL**

Caroline Hahn
Deputy Federal Public Defender
3801 University Avenue, Suite 700
Riverside, CA 92501
Caroline_Hahn@fd.org

      Re:    <u>United States v. John Jacob Olivas,</u>
             ED CR 18-231-JGB

Dear Caroline:

Under Federal Rule of Criminal Procedure 16(a)(1)(G), this letter is intended to provide expert notice concerning potential expert testimony at trial. The government intends to call, either in its case-in-chief or in rebuttal, Dr. Janine S. Shelby, Ph.D.

If the Court finds part or all of Dr. Shelby's testimony to be expert testimony, this letter constitutes the summary of the testimony that Dr. Shelby intends to provide under Rules 702, 703, and 705 of the Federal Rules of Evidence. A summary of Dr. Shelby's experience and qualifications is provided in her CV, a copy of which is attached to this letter.[1]

The government anticipates that Dr. Shelby will offer her opinion as to experiences and characteristics of victims of sexual assault and trauma that help account for how such victims respond and react to sexual assault and trauma. Dr. Shelby will testify based on her years of education, training, and both clinical and academic experience. Dr. Shelby has been used as an expert on numerous past occasions in both criminal and civil cases for plaintiffs as well as for defendants. Dr. Shelby's testimony is anticipated to cover the following topics, among others:

1. Common responses, reactions, and behaviors of sexual assault and interpersonal violence victims, including testimony about the reasons why many victims do not report sexual assault or interpersonal violence (*e.g.*, fear they will not be believed by authorities, their families, or their friends; fear of retaliation; desire to avoid stigmatization as a sexual

---

[1] A bates-stamped version of Dr. Shelby's CV will be produced as part of the next discovery production.

RE: John Jacob Olivas
July 8, 2019
Page 2

assault or domestic violence survivor; reluctance to face public scrutiny; desire to avoid distress from acknowledging the reality of the abuse) as well as similar reasons why victims often delay reporting, report in a piecemeal fashion, or never report these crimes. These responses include internally and externally derived fears, such as fear of unwanted or frightening emotional repercussions, as well as fear of physical or emotional retaliation by the abuser.

2. The influence of mental health, culture, knowledge of rights/education, as well as childhood, familial, personal, and prior relationship experiences on how victims respond to sexual assault and traumatic events. These may include, but will not be limited to, testimony that some cultural/subcultural experiences can lead to victims' silence, responses that appear to be passive, or behaviors that seem supportive toward those to whom the victim has made a commitment; sometimes individuals with less knowledge, education, or less familiarity with healthy relationships and/or their entitlement to relationships free from abuse are less likely to report abuse/assault; and that prior childhood, familial, personal, or interpersonal relationship experiences, such as being disbelieved when reporting abusive experiences, being or seeing others ostracized, shamed, or stigmatized following abusive experiences/disclosures, or expecting abuse as an inevitable part of a relationship may lead individuals to abstain from reporting, delay reporting, minimize information in reports, engage in piecemeal reporting patterns, and/or continue interactions with their abusers.

3. The roles that power imbalances and control dynamics in interpersonal relationships play in how victims may respond to sexual assault and interpersonal violence. These may include, but will not be limited to, testimony that victims with power deficits relative to their partners in a relationship—whether it be due to significant discrepancies in financial stability, social power, physical power, mental health, or education/knowledge—may continue to interact with their abusers.

4. The roles that stigma and sense of shame from being a victim of sexual or interpersonal violence play in how victims interact with their abusers. These may include, but will not be limited to, testimony that fear of being labeled a victim leads some victims to continue to interact with their abusers, in attempt to avoid stigmatization and an overwhelming sense of shame. The testimony may further include explanations that the desire to avoid stigmatization and shame can provide an incentive for survivors to continue their interactions with abusers.

5. Reasons why a victim of sexual assault and interpersonal violence might delay or forego reporting or engage in selective reporting or piecemeal reporting over time. The reasons may include, but will not be limited to, the following: fear of retaliation; belief that reporting will accomplish little to bring about safety; desire to avoid stigma; few mental health resources to cope with the demands of reporting; intense distress when remembering abusive episodes/avoidance of trauma-related topics; dissociative coping responses that interfere with memory processes; other neurobiological responses to

RE: John Jacob Olivas
July 8, 2019
Page 3

trauma; desire to re-interpret sexual assault as a consensual act to avoid facing the reality of the abusive nature of the relationship; fear of not being believed; belief that one cannot change one's circumstances, but must merely endure them; and other reactions related to childhood, multiple, or extreme experiences of sexual assault/traumatic events.

6. Reasons why a victim of sexual assault and trauma might remain in a relationship, romantic or otherwise, where the victim continues to suffer at the hands of the abuser. The reasons may include, but will not be limited to, staying in relationships because of fear of further physical, sexual, or emotional abuse and/or retaliation for leaving; having mental health conditions that make it more difficult for a person to end the relationship; holding the maladaptive belief that violence/abuse is part of all relationships; hoping that the abuser will stop and change for the better; having a reduced sense of personal agency, such as the belief that there is little or nothing the victim can do to escape the relationship; vulnerability to dependency on the abuser, in cases where the abuser has isolated the victim and cultivated a strong sense of dependency on the abuser; and holding cultural/religious beliefs that a person should remain in a relationship despite the shortcomings or mistakes made by the person's romantic partner.

7. Coping mechanisms used by victims of sexual assault and other forms of trauma, including but not limited to denial, wishful thinking, avoidance of the assault- and trauma-related topics due to significant distress associated with these recollections; use maladaptive problem-focused coping (*e.g.*, trying to enhance safety by acquiescing, or complying, or attempting to appease the abuser), maladaptive use of emotion-focused coping (*e.g.*, using strategies to endure one's suffering), and other cognitive strategies, such as minimizing or rationalizing the abuser's behavior as less egregious than is true or as beyond the control of the abuser.

8. Characteristics shared by domestic violence perpetrators, including but not limited to mental health/personality disorders involving antisocial traits, mental health/personality disorders involving borderline traits, acceptance of male dominance ideology, lack of empathy, narcissism, preoccupation with the desire to control or to have power over others, sexual arousal linked to aggression/violence, and exposure to family-of-origin interpersonal violence.

9. Typical methods by which some perpetrators of domestic violence and sexual assault gain and maintain power and control over victims, including but not limited to creating emotional, financial, physical, and/or some other type of dependence; isolating the victim from family members and friends; repeatedly attempting to undermine the victim's self-esteem; and gradual escalation of abuse and trauma.

To the extent that any of this testimony is considered expert testimony under Federal Rule of Criminal Procedure 16(a)(1)(G), this letter is to provide notice of such testimony. Please let me know if you believe that this notice provides inadequate notice under Rule 16(a)(1)(G).

RE: John Jacob Olivas
July 8, 2019
Page 4

The government reserved the right to supplement this disclosure of potential expert testimony. To the extent the government determines that it intends to call any other expert witness to testify at trial, the identity and qualifications of any such additional witness(es), as well as the nature of the expert testimony and any related reports, will be disclosed immediately upon such determination.

The government requests that you immediately notify the government of any experts you intend to call, and provide the requisite level of detail and information required by Rule 16(b)(1)(C) of the Federal Rules of Criminal Procedure (such as a summary of any testimony, the opinions, and the qualifications of the expert).

The government also requests, under Federal Rule of Criminal Procedure 16(b)(1)(A), that you immediately produce or provide to the government for inspection and copying any documents or objects, books, paper, or other physical evidence that you intend to introduce in your case.

Please let me know if you have any questions, or would like to discuss further any of the matters raised in this letter.

Sincerely,


/s/

ELI A. ALCARAZ

Assistant United States Attorney
Riverside Branch Office


cc: AUSA Julius J. Nam


Enclosure

# PARK DIETZ & ASSOCIATES, INC.

## Forensic Experts

**Administrative Offices**



Tel:
Email:
Website:

- **Forensic Psychiatry**
- **Forensic Pathology**
- **Forensic Neurology**
- **Forensic Psychology**
- **Forensic Social Work**
- **Forensic Science**
- **Criminology**
- **Security**

## CURRICULUM VITAE

# Janine S. Shelby, Ph.D.

*PERSONAL INFORMATION*
Contact Information:



**EDUCATION:**

| | |
|---|---|
| **Post-Doctoral Fellowship** | **Harbor-UCLA Medical Center**<br>Clinical Child Psychology<br>Child & Adolescent Psychiatry Department<br>Torrance, California<br>September 1994 to August 1996 |
| **Internship**<br>(APA Accredited) | **St. John's Hospital**<br>St. John's Child and Family Development Center<br>Santa Monica, California<br>September 1993 to August 1994 |
| **Doctorate of Philosophy**<br>(APA Accredited) | **University of Miami**<br>Dept. of Educational and Psychological Studies<br>Counseling Psychology<br>Coral Gables, Florida<br>December 1994 |
| **M.S.** | **University of South Alabama**<br>Community Counseling<br>Mobile, Alabama<br>December 1989 |

| | |
|---|---|
| **B.A.** | **Samford University** <br> Major:  Psychology <br> Birmingham, Alabama <br> December 1987 |
| International Education: | **Universidád de Filología y Español,** <br> Saltillo, México <br> Winter Quarter, 1986 |

**PROFESSIONAL LICENSURE:**    **Licensed Psychologist, CA #15429**

**PROFESSIONAL EXPERIENCE:**

| | |
|---|---|
| **Kobe College Foundation** <br> **Distinguished Fellow** | **Kobe College** <br> Department of Psychological and <br> Behavioral Studies <br> Nishinomiya, Japan <br> September 2016 through September 2017 |
| **Director of Child Psychology Training** <br> **Director of the Child Trauma Clinic** <br> (Clinical Psychologist II, County Title) | **Harbor-UCLA Medical Center** <br> Child and Adolescent Psychiatry <br> Torrance, California <br> Department of Mental Health <br> Los Angeles, CA <br> April 2006 through July 2016 |
| **Director of Training and Research** <br> **Lead Forensic Interviewer** <br> (Clinical Psychologist II, County Title) | **Harbor-UCLA Medical Center** <br> Child Crisis Center, Pediatrics <br> Torrance, California; <br> Department of Health Services <br> Los Angeles County, California <br> February 2005 through April 2006 |
| **Clinical Supervisor** | **St. Francis Medical Center** <br> Children's Counseling Center <br> Lynwood, California <br> May 2003 through February 2005 |
| **Program Director** | **Didi Hirsch Mental Health Center** <br> Child and Family Outpatient Clinic <br> Inglewood, California <br> December 2000 through January 2002 |
| **Director of Emergency Services** (2000) <br> **Clinical Director** (1996-1999) <br> **Sexual Assault Counselor** (1995-1996) | **Santa Monica-UCLA Medical Center** <br> Rape Treatment Center <br> Santa Monica, California <br> October 1995 through March 2000 |

**Academic Affiliations:**

**University of California at Los Angeles**
Geffen School of Medicine
Department of Psychiatry
Los Angeles, CA

| | |
|---|---|
| Clinical Instructor (Voluntary) | 2000 through 2006 |
| Visiting Assistant Professor | April 2006 through July 2006 |
| Assistant Clinical Professor of the Health Sciences | July 2006 through 2012 |
| Associate Clinical Professor of the Health Sciences | July 2012 through July 2016 |
| Associate Clinical Professor, Voluntary | March 2017 - |

**Kobe College**                              Sept. 2016 through Sept. 2017
School of Human Sciences
Department of Psychological and Behavioral Sciences
Nishinomiya, Hyogo Japan

Bryant Drake Guest Professor and Distinguished Fellow

## PROFESSIONAL ACTIVITIES:

### Committee and Task Force Service

1. ***Secretary,*** California State Branch of the Association for Play Therapy, October 1993-October 1995

2. ***President-Elect,*** California State Branch of the Association for Play Therapy, October 1995-October 1996

3. ***President,*** California State Branch of the Association for Play Therapy, October 1996-October 1997

4. ***Elections and Nominations Committee member,*** Association for Play Therapy, October 200-October 2002

5. ***State Branch Committee member,*** Association for Play Therapy, October 2002-October 2003

6. ***Co-Chair,*** Research Task Force, Association for Play Therapy, December 2004-October 2005

7. ***President,*** Foundation Board of Directors, Association for Play Therapy, 2003-2006

8. ***Secretary,*** Foundation Board of Directors, Association for Play Therapy, 2006-2007

9. *Vice-President,* Foundation Board of Directors, Association for Play Therapy, 2007-2008

10. *Officer, Hospital Disaster Preparedness Committee and Chair, Mental Health Sub-committee,* Harbor-UCLA Medical Center, February 2007-present (multiple disaster drills)

11. *Chair, South Bay Disaster Resources Center Mental Health Committee,* March 2007-June 2009

12. *Research Committee Chair,* Association for Play Therapy, October 2009-April 2012

13. *Research Committee member,* Association for Play Therapy, October 2005-October 2012

14. *Editorial Board Member,* International Journal for Play Therapy, APA, March 2008-October 2012

15. *Training Committee Chair,* Psychology Division, Department of Psychiatry, Harbor-UCLA Medical Center, February 2013-December 2014

16. **Membership Committee Member,** International Society for Traumatic Stress Studies, January 2017-

## Membership in Professional Associations and Societies

1. American Academy of Experts in Traumatic Stress, 2000-2001 (Board Certified Expert in Traumatic Stress)
2. American Counseling Association, 1994-2016 (noncontiguous)
3. American Psychological Association Member and Affiliate Member, 1993-2004 (noncontiguous)
4. American Psychological Association Division 56 Affiliate (2015-present)
5. Association for Play Therapy, 1992-present
6. California Psychological Association, 2012-2013
7. International Society for Traumatic Stress Studies, 2001-present (noncontiguous)
8. Los Angeles Biomedical Research Institute, 2007-2016 (noncontiguous)
9. Kobe College Research Institute, 2017-present

## Community Service

1. Rape Crisis Center Volunteer, Mobile, AL
October 1988 to August 1990

2. American Red Cross (ARC) Post-Hurricane Andrew Volunteer, Dade County Chapter, Perrine, FL
August 1991 to October 1991

3. UCLA Humanitarian Relief Mission for Kosovar Refugees, team member and Lead Mental Health Officer, Tirane, Albania
May to June 1999

4. Board of Directors member, American Red Cross-Santa Monica, Santa Monica, CA
June 1998 to June 2000

5. Program for Torture Victims Assessor and Therapist, Los Angeles, CA
August 1999 to August 2002

6. Advisory Board, American Red Cross Santa Monica, Santa Monica, CA
June 2000 to May 2002

7. American Red Cross Disaster Services, Human Resources (DSHR) National Response Team, Mental Health Specialist
March 1995 to January 2004

 (Including deployment for the 1995 Watsonville, CA and the Lake County, CA floods)

8. American Red Cross (ARC), Disaster Action Team and Other ARC Volunteer Work, Santa Monica CA Chapter
August 1992- August 2006

(Including service for the Northridge Earthquake, 1994 Malibu Fires, 1996 Malibu California Flood, Santa Monica Pier Shootings, Hostage Situations, and multiple Santa Monica Police Department debriefings following critical incidents)


## International and Disaster-Related Consulting Activities

| | |
|---|---|
| Consultant | National Center for Child Traumatic Stress<br>University of California at Los Angeles<br>Los Angeles, California<br>July 2004-July 2005 |
| Consultant | Operation U.S.A.<br>Culver City, CA<br>May 1998-August 2010 |
| Specific Projects: | Peru: Earthquake Recovery<br>September 2001; November 2001 |
| | Taiwan:  Earthquake Recovery<br>August-September 2000<br>Nicaragua:  Hurricane Mitch<br>March-April 2000 |
| | Sri Lanka: Tsunami Recovery<br>January 2005-August 2006 |

| Consultant | Doctors of the World<br>Saint-Petersburg, Russia: Economic Crisis<br>October-November 1998 |
| Consultant | Government of Singapore<br>Singapore, Singapore<br>April 2003 |

### Private Practice, Consulting, and Forensic Work

| Private Practice | Santa Monica, Redondo Beach, and/or<br>Torrance, CA<br>2002-present |
| Park Dietz and Associates | Newport Beach, CA<br>2015- |

## HONORS AND AWARDS:

**Volunteer of the Year**
American Red Cross-Santa Monica Chapter
Santa Monica, CA
1996

**International Scholarship**
The Association for Play Therapy

Ede, The Netherlands

Date: June, 1996

**Mayoral Commendation (received as a team)**
Richard Riordan, Los Angeles Mayor
UCLA-International Medical Corps Kosovar Refugee Humanitarian Relief Team
Los Angeles, CA
1998

**St. Francis "Hero" Award**
St. Francis Medical Center
Tsunami Relief Work
February 2005

**Humanitarian Service Award**
Association for Play Therapy
October 2005

Faculty Teaching Award

Harbor-UCLA Medical Center Child Psychiatry Fellowship Program

June, 2016

RESEARCH GRANTS RECEIVED:

1. Involuntarily Sedated Rape Victims. Research grant funded by the Rape Treatment Center Foundation to study symptoms and posttraumatic reactions of adult women who reported that they had been involuntarily sedated and sexually assaulted.

Principal Investigator: J.S. Shelby

Grant Amount: $20,000

Funding Source: The Rape Foundation, Santa Monica, CA

Site of Study: The Rape Treatment Center, Santa Monica-UCLA Medical Center

Date: January 1999 to July 1999

2. Practices and Attitudes of Child Therapists in Japan

Principal Investigators: J.S. Shelby and H. Sudo

Funding Source: Kobe College Research Institute

Site of Study: Japan

Date: May, 2017 to present

**LECTURES AND PRESENTATIONS:**

**Presentations Accepted from Peer-Reviewed Proposals**

1. Shelby, J.S. (1993, October). *Play therapy for crisis intervention: Lessons from Hurricane Andrew.* Paper presented at the 10th annual meeting of the International Association for Play Therapy, Atlanta, GA.

2. Shelby, J.S., & Tredinnick, M.G. (1994, April). *Professional counselors as "Instant Experts:" Lessons from Hurricane Andrew.* Paper presented at the meeting of the American Counselors' Association, Minneapolis, MN.

3. Shelby, J.S. (1994, October). *Post-Earthquake adjustment among preschoolers following the Northridge Earthquake.* Paper presented at the annual meeting of the Los Angeles County Psychological Association, Los Angeles, CA.

4. Shelby, J.S. (1995, June). *Children of Disaster: Guidelines for play therapists.* Paper presented at the 1st annual meeting of the California Association for Play Therapy, Long Beach, CA.

5. Shelby, J.S. (1995, October). *Treating children following disaster and first-aid for their therapists.* Paper presented at the 12th annual meeting of the International Association for Play Therapy, San Francisco, CA.

6. Shelby, J.S. (1996, May).  *Play therapy for the children of disaster.*   Paper presented at the meeting of the International Play Therapy Association, Ede, The Netherlands.

7. Shelby, J.S. (1996, June). *Preventing emotional disaster after natural disaster.* In S. Hormuth (Chair) Psychology's Role in Disaster Intervention and Research. Symposium conducted at the Scientific Committee for the International Decade for Natural Disaster Reduction of the German Red Cross, Dresden, Germany.

8. Shelby, J.S. (1997, April).  *Posttraumatic adjustment in a developmental context.* Paper presented at the 3rd annual meeting of the California Association for Play Therapy, San Diego, CA.

9. Shelby, J.S. (1997, June).  *Play therapy with young Bosnian and Croatian refugees and displaced persons.* Paper presented at the annual Northwest Play Therapy Institute, Forest Grove, OR.

10. Shelby, J.S. (1997, October).  *Posttraumatic coping among rape survivors.*  Paper presented at the annual meeting of the Los Angeles County Psychological Association, Los Angeles, CA.

11. Shelby, J.S. (1997, November).  *Posttraumatic responses of involuntarily sedated rape victims.*  Poster session presented at the Annual meeting of the International Society for Traumatic Stress Studies, Montreal, Quebec, Canada.

12. Shelby, J.S. (1998*). Secondary stress among sexual assault survivors: Interactions with law enforcement personnel.*  Poster session presented at the Annual meeting of the International Society for Traumatic Stress Studies, Washington, D.C.

13. Shelby, J.S. (1999, July).  *A developmental approach to posttraumatic play therapy.* Paper presented at the Annual Northwest Play Therapy Institute, Forest Grove, OR.

14. Shelby, J.S. (1999, October).  *Developmentally sensitive posttraumatic play therapy.* Preconference workshop presented at the 16th annual meeting of the Association for Play Therapy, Baltimore, MD.

15. Shelby, J.S. (1999, November).  *Crisis intervention with children following Hurricane Andrew.*  Poster session presented at the annual meeting of the International Society for Traumatic Stress Studies, Miami, FL.

16. Shelby, J.S. (2000, June).  *Developmentally sensitive posttraumatic play therapy.* Paper presented at the annual Northwest Play Therapy Institute, Forest Grove, OR.

17. Shelby, J.S. (2000, June).  *Play therapy for sexual assault survivors.*  Paper presented at the annual Northwest Play Therapy Institute, Forest Grove, OR.

18. Shelby, J.S. (2000, October).  *Treating childhood survivors of sexual assault.*  Paper presented at the 17th annual meeting of the Association for Play Therapy, New Orleans, LA.

19. Shelby, J.S. (2001, October).  *Developmentally sensitive therapy with trauma survivors.*  Pre-conference workshop presented at the 18th annual meeting of the Association for Play Therapy, Portland, OR.

20. Shelby, J.S. (2001, October). *Treating childhood survivors of sexual assault.* Paper presented at the 18th annual meeting of the Association for Play Therapy, Portland, OR.

21. O'Connor, K., Shelby, J.S., and Van Fleet, R. (2001, October). *Psychological response to terrorism.* Panel discussion presented at the 18th annual meeting of the Association for Play Therapy, Portland, OR.

22. Shelby, J.S. (2002, February). *Developmentally sensitive approaches to treating common childhood disorders.* Paper presented at the annual meeting of the Michigan Association for Play Therapy, East Lansing, MI.

23. Shelby, J.S. (2003, February). *Developmentally sensitive approaches to treating childhood mood disorders.* Paper presented at the annual meeting of the Michigan Association for Play Therapy, East Lansing, MI.

24. Shelby, J.S. (2003, October). *Developmentally sensitive therapy with trauma survivors.* Pre-conference workshop presented at the 20th annual meeting of the Association for Play Therapy, Norfolk, VA.

25. Shelby, J.S. (2003, October). *Treating childhood survivors of sexual assault.* Paper presented at the 20th annual meeting of the Association for Play Therapy, Norfolk, VA.

26. Shelby, J.S. (2004, October). *Treating childhood survivors of sexual assault.* Paper presented at the 21st annual meeting of the Association for Play Therapy, Broomfield, CO.

27. Shelby, J.S. (2004, October). *100 techniques, 10 years, and 20 nations.* Pre-conference workshop presented at the 21st annual meeting of the Association for Play Therapy, Broomfield, CO.

28. Shelby, J.S., Bond, D., & Felix, E (2005, October). *Play therapists go to Sri Lanka.* Paper presented at the 22nd Annual meeting of the Association for Play Therapy, Nashville, TN.

29. Shelby, J.S. (2005, October). *Treating childhood survivors of sexual assault.* Pre-conference workshop presented at the 22nd annual meeting of the Association for Play Therapy, Nashville, TN.

30. Felix, E., Layne, C., Hoagwood, K., Walden, R., Bond, D., and Shelby, J.S. (2005, November). *Psychological First Aid for children: Lessons learned from Sri Lanka.* Panel discussion presented at the Annual International Society for Traumatic Stress Studies conference, Toronto, Canada.

31. Shelby, J.S. (2007, June). *Crisis intervention with young survivors of trauma.* Paper presented (in absentia) at the 7th International Congress on Psychic Trauma and Traumatic Stress, Buenos Aires, Argentina.

32. Drewes, A., Shelby, J.S., Stewart, A. and Landry, T.L. (2007, August). *Culturally sensitive, developmentally appropriate child treatment.* Panel discussion presented at the Annual American Psychological Association conference, San Francisco, CA.

33. Shelby, J.S. (2007, October). *Comprehensive sexual assault treatment: From forensic interviewing to psychological treatment*. Pre-conference workshop presented at the 24th annual meeting of the Association for Play Therapy, Los Angeles, CA.

34. Shelby, J.S., Urquiza, A, Berk, M., and Bond, D. (2007, October). *Innovations in Treatment: Evidence-based treatment in common clinical settings*. Symposium presented at the 24th Annual meeting of the Association for Play Therapy, Los Angeles, CA.

35. Murase, K., Shelby, J.S., & Ohnogi, A. (2008 August). *Support and intervention to children's psychological trauma*. Symposium hosted by the Japan Play Therapy Association, Tokyo, Japan.

36. Shelby, J.S. & Warnick, H.D. (2008, October). *Posttraumatic Parenting: A parent-child dyadic treatment*. Presentation at the 25th annual meeting of the Association for Play Therapy, Dallas, TX.

37. Shelby, J.S. & Maltby, L. (2009, October). *Posttraumatic Play Therapy: A caregiver child dyadic treatment*. Presentation at the 26th annual meeting of the Association for Play Therapy, Atlanta, GA.

38. Shelby, J.S. (2009, October). *Therapy for traumatized children: Trends, directions, and suggestions for growth*. Presentation at the 26th annual meeting of the Association for Play Therapy, Atlanta, GA.

39. Shelby, J.S., Walden, R., & Bond, D. (2010, September). *Responding to natural disaster: Innovations in psychosocial programming*. Symposium presented at the annual Institute for Violence & Abuse Treatment conference, San Diego, CA.

40. Goodyear-Brown, P., Kinney-Noziska, S., Lowenstein, L., Riviere, S.A., & Shelby, J.S. (2010, October). *Play therapy issues: The best and the worst*. Presentation at the 27th annual meeting of the Association for Play Therapy, Louisville, KY.

41. Shelby, J.S. & Combs-Ronto, L. (2012, March). *Technology-facilitated sexual exploitation of adolescents: Treatment implications*. 28th National Symposium on Child Abuse. Huntsville, AL

42. Shelby, J.S. (2012, October). *Play therapy for childhood trauma*. Pre-conference workshop presented at the 29th annual meeting of the Association for Play Therapy, Cleveland, OH.

43. Shelby, J.S. (2012, October). *Too tired to play? How to replenish and renew a play therapist's passion*. Seminar to be presented at the 29th annual meeting of the Association for Play Therapy, Cleveland, OH.

44. Christensen, L., Maltby, L., & Shelby, J. (2013, September). *Adapting Parent-Child Interaction Therapy for intellectual disability*. Break-out session presented at the annual University of California at Davis Parent Child Interaction Therapy Conference, Los Angeles, CA.

45. Shelby, J.S. (2013, October). *Treating childhood sexual assault through CBT-play therapy.* Pre-conference workshop presented at the 30th annual meeting of the Association for Play Therapy, Palm Springs, CA.

46. Shelby, J.S. (2014, September). *Safety-based interventions for trauma.* Symposium presented at the annual Institute for Violence & Abuse Treatment conference, San Diego, CA.

47. Maltby, L., Shelby, J.S., & Litvinov, L. (2014, September). *Making informed treatment decisions: Use of a PCIT/CPP decision tree.* Break out session presented at the annual University of California at Davis Parent Child Interaction Therapy Conference, Los Angeles, CA.

48. Shelby, J.S. (2014, October). *Safety-based interventions for play therapists.* Pre-conference workshop presented at the 31st annual meeting of the Association for Play Therapy, Houston, TX.

49. Shelby, J.S. (2015, October). *Safety-based interventions for play therapists.* Pre-conference workshop presented at the 32nd annual meeting of the Association for Play Therapy, Atlanta, GA.

50. Felix, E., Shelby, J.S., Sturtz-Sreetharan, C., & Zavala, J. (2017, November). *Diversity in the traumatic stress field: A psychologist, anthropologist/linguist, and Buddhist minister raise questions about delivering Western trauma-focused treatments in Asia.* Panel presentation provided at the 33[th] annual meeting of the International Society for Traumatic Stress Studies, Chicago, IL.

### Invited Keynote Addresses and Conference Workshops

1. Shelby, J.S. (1996, August). *After the trauma: Helping children survive Post-Traumatic Stress Disorder.* Workshop presented at National University, Vista, CA.

2. Shelby, J.S. (1997, July). *Posttraumatic play therapy for survivors of abuse, disaster, and community violence.* Workshop presented at the annual Summer Play Therapy Training Institute, Hackensack, NJ.

3. Shelby, J.S. (1997, July). *Posttraumatic play therapy for survivors of sexual violence.* Workshop conducted at the 12th annual Summer Play Therapy Training Institute, Hackensack, NJ.

4. Shelby, J.S. (1998, July). *Posttraumatic play therapy with traumatized children.* Workshop conducted at the annual Summer Play Therapy Training Institute, Hackensack, NJ.

5. Shelby, J.S. (1998, July). *Posttraumatic play therapy with sexually abused children.* Workshop conducted at the annual Summer Play Therapy Training Institute, Hackensack, NJ.

6. Shelby, J.S. (1998, October). *Secondary stress.* Invited paper presented at the Annual meeting of the Los Angeles County Psychological Association, Los Angeles, CA.

7.  Shelby, J.S. (1998, December). *Posttraumatic play therapy.* Workshop conducted at the Philadelphia Center for Play Therapy, Philadelphia, PA.

8.  Shelby, J.S. (1999, July). *Posttraumatic play therapy with traumatized children.* Workshop conducted at the annual Summer Play Therapy Training Institute, Hackensack, NJ.

9.  Shelby, J.S. (1999, July). *Posttraumatic play therapy with sexually abused children.* Workshop conducted at the annual Summer Play Therapy Training Institute, Hackensack, NJ.

10. Shelby, J.S. (2000, April). *Developmental aspects of posttraumatic play therapy.* Invited workshop sponsored by the Illinois Association for Play Therapy, Champaign, IL.

11. Shelby, J.S. (2000, April). *Therapy with sexually traumatized children.* Invited workshop sponsored by the Illinois Association for Play Therapy, Champaign, IL.

12. Shelby, J.S. (2000, June). *Developmentally sensitive posttraumatic play therapy.* Invited workshop presented at the Annual Play By The Sea Conference, Monterey, CA.

13. Shelby, J.S. (2000, June). *Play therapy for sexual assault survivors.* Invited Workshop presented at the Annual Play by the Sea Conference, Monterey, CA.

14. Shelby, J.S. (2002, April). *Developmentally sensitive play therapy.* Workshop sponsored by the California Association for Play Therapy, Los Angeles, CA.

15. Shelby, J.S. (2002, July). *Developmentally sensitive posttraumatic play therapy.* Workshop conducted at the Annual Summer Play Therapy Training Institute, Hackensack, NJ.

16. Shelby, J.S. (2002, July). *Posttraumatic play therapy with sexually abused children.* Workshop conducted at the Annual Summer Play Therapy Training Institute, Hackensack, NJ.

17. Shelby, J.S. (2002, July). *Developmentally sensitive posttraumatic play therapy.* Workshop conducted at the University of North Texas Center for Play Therapy Summer Institute Workshops, Denton, TX.

18. Shelby, J.S. (2002, July). *Posttraumatic play therapy with sexually abused children.* Workshop conducted at the Annual Summer Play Therapy Training Institute, Hackensack, NJ.

19. Shelby, J.S. (2003, February). *Treating childhood survivors of sexual assault.* Invited workshop conducted at the Annual meeting of the Hawaii Association for Play Therapy, Honolulu, HI.

20. Shelby, J.S. (2003, February). *Developmentally sensitive posttraumatic therapy for children.* Invited workshop conducted at the Annual meeting of the Hawaii Association for Play Therapy: Honolulu, HI.

21. Shelby, J.S. (2004, March). *Developmentally sensitive posttraumatic play therapy.* Workshop presented at the 11th Annual Kentucky Association for Play Therapy conference, Louisville, KY.

22. Shelby, J.S. (2004, March). *Practical play therapy techniques for sexually traumatized children.* Workshop presented at the 11th Annual Kentucky Association for Play Therapy conference, Louisville, KY.

23. Shelby, J.S. (2004, April). *Evidence-based treatment for common childhood disorders.* Workshop presented at the Kansas Association for Play Therapy Conference, Wichita, KY.

24. Shelby, J.S. (2004, May). *Developmentally sensitive posttraumatic play therapy.* Training sponsored by Chesapeake Beach Professional Seminars, Baltimore, MD.

25. Shelby, J.S. (2004, July). *Reaching Boys.* Workshop presented at the 1st Annual West Coast Child & Adolescent Therapy Conference, Los Angeles, CA.

26. Shelby, J.S. (2004, July). *Treating child & adolescent sexual abuse.* Workshop presented at the 1st Annual West Coast Child & Adolescent Therapy Conference, Los Angeles, CA.

27. Shelby, J.S. (2004, October). *Evidence-based treatment for common childhood disorders.* Workshop presented at the Idaho Branch of the Association for Play Therapy, Boise, ID.

28. Shelby, J.S. (2004, October). *Developmentally sensitive play therapy.* Workshop presented at the Idaho Branch of the Association for Play Therapy, Boise, ID.

29. Shelby, J.S. (2005, February). *25 techniques, 10 years, and 20 nations.* Keynote address presented at the Arizona Association for Play Therapy, Tempe, Arizona.

**30.** Shelby, J.S. (2006, February). *Healing the wounds of Hurricane Katrina: Posttraumatic therapy with children and adolescents.* Keynote address to the Louisiana Branch of the Association for Play Therapy, Baton Rouge, LA.

31. Shelby, J.S. (2006, April). *Evidence-based child treatment for common childhood disorders.* Full-day workshop conducted at the Michigan Branch of the Association for Play Therapy, Bay City, MI.

32. Shelby, J.S. (2006, April). *Developmentally sensitive posttraumatic play therapy.* Full-day workshop conducted at the Michigan Branch of the Association for Play Therapy, Bay City, MI.

33. Shelby, J.S. (2006, June). *Evidence-based child treatment for common childhood disorders.* Full-day presentation at the Tennessee Branch of the Association for Play Therapy, Murphreesboro, TN.

34. Shelby, J.S. (2006, June). *Developmentally sensitive posttraumatic play therapy.* Keynote full-day presentation to the Tennessee Branch of the Association for Play Therapy, Murphreesboro, TN.

35. Shelby, J.S. (2006, July). *Evidence-based child treatment for common childhood disorders*. Keynote full-day presentation to the Missouri Branch of the Association for Play Therapy, Springfield, MO.

36. Shelby, J.S. (2007, January). *Evidence-based child treatment for common childhood disorders*. Keynote full-day presentation conducted at the Alabama Branch of the Association for Play Therapy, Birmingham, AL.

37. Shelby, J.S. (2007, May). *Child therapy that fits: Treating common childhood disorders.* Keynote full-day presentation conducted at the University of South Dakota School of Psychology and Education, Vermillion, SD.

38. Shelby, J.S. (2007, June). *100 best play therapy techniques*. Keynote two-day presentation at the Annual conference of the Indiana Association for Play Therapy, Nashville, IN.

39. Shelby, J.S. (2008, April). *Treating adult survivors of sexual victimization*. Two-day workshop provided for Campbell County Memorial Hospital, Campbell County, Wyoming.

40. Shelby, J.S. (2008, June). *Developmentally sensitive posttraumatic play therapy*. Keynote presentation for the 12th annual conference of the Virginia branch of the Association for Play Therapy, Harrisonburg, VA.

41. Shelby, J.S. (2008, June). *Posttraumatic parenting*. Full-day presentation conducted at the 12th annual conference of the Virginia branch of the Association for Play Therapy, Harrisonburg, VA.

42. Shelby, J.S. (2009, March). *Developmentally sensitive posttraumatic play therapy*. Keynote presentation at the 7th annual conference of the Nevada branch of the Association for Play Therapy, Las Vegas, NV.

43. Shelby, J.S. (2009, April). *Developmentally sensitive posttraumatic play therapy*. Keynote presentation for the 10th Annual conference of the Ney York branch of the Association for Play Therapy, Rochester, NY.

44. Bratton, S., LeBlanc, T., Silverman, W., and Shelby, J.S. (2009, October). The state of play therapy research. In *play therapy research forum*. Panel Discussion conducted at the meeting of the 26th annual Association for Play Therapy conference, Atlanta, GA.

45. Shelby, J.S. (2010, June). *Developmentally sensitive therapy with children: Play therapy in an evidence-based era*. Keynote seminar presented at the 10th annual meeting of the George Fox University Play Therapy Summer Conference, Portland, Oregon.

46. Shelby, J.S. *(2010, June). Posttraumatic Parenting: A parent-child dyadic treatment.* Keynote seminar presented at the 10th annual meeting of the George Fox University Play Therapy Summer Conference, Portland, Oregon.

47. Shelby, J.S. (2010, June). *Play therapy in a new era: Blending EBTs into play therapy practice.* Keynote presentation at the 4th annual meeting of the Multicultural Play Therapy Conference, University of North Carolina, Charlotte, NC.

48. Shelby, J.S. (2010, June). *Posttraumatic Parenting: A parent-child dyadic treatment.* Keynote presentation presented at the 4th annual meeting of the Multicultural Play Therapy Conference, University of North Carolina, Charlotte, NC.

49. Shelby, J.S. (2010, Sept.). *Posttraumatic Parenting: A parent-child dyadic treatment.* Keynote presentation presented at the College of Education, Minnesota State University, Mankato, MN.

50. Bratton, S., Sprang, G. & Shelby, J.S. (2010, October). *Play therapy research.* In play therapy research forum. Symposium conducted at the meeting of the 27th annual Association for Play Therapy conference, Louisville, KY.

51. Lily, J.P. & Shelby, J.S. (2010, October). *Play therapy: Art vs. science.* Debate held as the keynote speech at the 27th annual meeting of the Association for Play Therapy, Louisville, KY.

52. Shelby, J.S. & Berk, M.J. (2011, October). *CBT: The good, the bad, and the ugly.* Full-day workshop presented at 28th annual meeting of the Association for Play Therapy, Sacramento, CA.

53. Shelby, J.S. (2011, November). *Compassion fatigue, vicarious traumatization, and secondary stress.* Keynote speech presented at the 10th annual Skip Hinchman Memorial Symposium sponsored by The Guidance Center. Los Angeles, CA.

54. Shelby, J.S. (2012, March). *Play-based treatment for young survivors and their parents.* Sponsored by Life Skills Organization. Bowling Green, KY.

55. Shelby, J.S. (2012, July). *CBT and play therapy: How play therapists can make use of their skill in an EBT-driven county.* Full-day seminar presented at the Los Angeles Chapter of the Association for Play Therapy. Los Angeles, CA.

56. Shelby, J.S. (2012, September). *Cognitive behavioral play therapy.* Full-day keynote seminar presented at the Colorado Association for Play Therapy Fall Conference. Englewood, CO.

57. Shelby, J.S. (2012, September). *Play Therapists in a strange new world: How to survive and thrive in an era of evidence based treatments.* Full-day keynote seminar presented at the Colorado Association for Play Therapy Fall Conference. Englewood, CO.

58. Shelby, J.S. (2015, Sept.). *Safety-based interventions for play therapists.* Keynote seminar presented at the Northern California Chapter of the California Branch of the Association for Play Therapy, Sacramento, CA.

59. Shelby, J.S. (2015, October). *Trauma-based interventions for Asian American youth: Blending Western treatments with Eastern values.* Invited presentation at the 21st Annual Asian American Mental Health Conference. Invited address sponsored by the Los Angeles County Department of Mental Health. Alhambra, CA.

60. Barbour, JM, Ramos, T., Shelby, J.S. (2016, January). *Homeless Individuals and Trauma.* Panel presentation at the 24th Annual Empowerment Congress Summit. Sponsored by the Los Angeles County Board of Supervisors and Mark Ridley Thomas. Los Angeles, CA.

61. Shelby, J.S. (2016, January). *Safety-based interventions for play therapists.* Keynote seminar presented at the Orange County Chapter of the California Branch of the Association for Play Therapy, Orange, CA.

62. Shelby, J.S. (2016, March). *Safety-based interventions for play therapists.* Keynote presentation workshop presented at the Wisconsin Branch of the Association for Play Therapy, Milwaukee, WI.

63. Shelby, J.S. (2016, March). *Safety-based interventions for childhood maltreatment.* Keynote presentation at the Guidance Center, Long Beach CA.

64. Shelby, J.S. (2016, May). *Evidence-based treatments in real world settings.* Invited seminar. Sponsored by PE the Los Angeles County Department of Mental Health. Hawaiian Gardens, CA

65. Shelby, J.S. (2016, June). *Trauma-based interventions for Asian American youth: Blending Western treatments with Eastern values.* Invited full-day county-wide seminar sponsored by the Los Angeles County Department of Mental Health. Gardena, CA

66. Shelby, J.S. (2017, September). *Evidence-Based Psychological Interventions.* Annual meeting of the Kobe College Corporation-Japan Education Exchange. Chicago, IL.

67. Shelby, J.S. (June, 2017). *Cognitive Behavioral Play Therapy.* Japanese Psychological Association. Kobe, Japan.

68. Shelby, J.S. (October, 2017). *Inside the mind of the perpetrator: College campus sexual offenders.* Invited lecture sponsored by the National District Attorneys' Association. New Orleans, LA.

69. Shelby, J.S. & Van Nice, A. (October, 2017). *Understanding victims' responses.* Invited lecture sponsored by the National District Attorneys' Association. New Orleans, LA.

70. Shelby, J.S. (August, 2018). *Inside the mind: Understanding Paraphilic Disorders.* Invited lecture sponsored by the National District Attorneys' Association. Bellevue, WA.

71. Shelby, J.S. (August, 2018). *Neurophysiology of trauma.* Invited lecture sponsored by the National District Attorneys' Association. Bellevue, WA.

72. Shelby, J.S. (Upcoming October, 2018). *Play therapists in troubled times: The art of bearing hope in a culture of violence.* Keynote speech at the Annual Association for Play Therapy, Phoenix, AZ.

## Grand Rounds Lectures

1. Shelby, J.S. (2006, May). *International disaster relief and mental health.* Department of Psychiatry Grand Rounds. Harbor-UCLA, Torrance, CA.

2. Shelby, J.S. (2006, October). *Developmentally sensitive posttraumatic treatment for children.* Child and Adolescent Psychiatry Grand Rounds, Harbor-UCLA, Torrance, CA.

3. Shelby, J.S. (2007, August). *Childhood Posttraumatic Stress Disorder.* Pediatrics Grand Rounds, Harbor-UCLA Medical Center, Torrance, CA.

4. Shelby, J.S. (2007, September). *Childhood sexual assault forensics and treatment.* Pediatrics Grand Rounds, Harbor-UCLA Medical Center, Torrance, CA.

5. Shelby, J.S. (2008, March). *Innovations in Posttraumatic Stress Disorder treatments for children.* Psychiatry Grand Rounds, UCLA Semel Institute, Los Angeles, CA.

6. Shelby, J.S. (2009, August). *Child psychological assessment.* Child Psychiatry Grand Rounds, Harbor-UCLA Medical Center, Torrance, CA.

7. Shelby, J.S. (2015, January). *Child psychological assessment in clinical practice.* Child and Adolescent Psychiatry Grand Rounds presentation. Harbor-UCLA. Torrance, CA.

8. Shelby, J.S. (2015, April). *Teenagers and sexting: When privates go public.* Psychiatry Grand Rounds, Harbor-UCLA Medical Center, Torrance, CA.

9. Shelby, J.S. (2016, February). *Compassion Fatigue for Helping Professionals.* Nursing Department Grand Rounds, Harbor-UCLA Medical Center, Torrance, CA.

10. Shelby, J.S. (2016, October). *Family-based trauma treatment.* Psychology Division Grand Rounds/Case Conference. Kobe College. Hyogo, Japan.

11. Shelby, J.S. (2016, November). *Psychological Assistance Following Disaster: Western Interventions for Eastern Cultures?* Kobe College Research Rounds. Hyogo, Japan.

## Selected Additional Lectures and Presentations

1. Shelby, J.S. (1996, June). *Crisis intervention with children and their parents.* Paper presented at the Society for Psychological Assistance Public Lecture Series, Zagreb, Croatia.

2. Shelby, J.S. (1996, September). *Responding to traumatized children.* Seminar conducted at the Children's Bureau of Los Angeles, Los Angeles, CA.

3. Shelby, J.S. (1996, November). *Treating young survivors of natural disaster.* Presented at the Pasadena Chapter of the American Red Cross, Pasadena, CA.

4. Shelby, J.S. (1997, April). *Ethical treatment of sexual assault patients.* Presentation conducted at the VA Hospital, West Los Angeles, California.

5. Shelby, J.S. (1999, July). *Healing the wounds of trauma: Posttraumatic therapy with children and the treatment of sexual assault survivors.* Two-day, self-sponsored seminar conducted in Santa Monica, CA.

6. Shelby, J.S. (2000, April). *Responding to sexual assault patients.* Seminar conducted at the Adolescent Medicine Clinic, Children's Hospital, Los Angeles, CA.

7. Shelby, J.S. (2000, May). *Compassion fatigue.* Workshop conducted at the Department of Psychiatry, Kaiser Permanente Hospital, Los Angeles, CA.

8. Shelby, J.S. (2000, June). Compassion fatigue. Workshop conducted at Didi Hirsch Community Mental Health Center for the Children's Mental Health Program, Culver City, CA.

9. Shelby, J.S. (2000, September). *Treating adult survivors of sexual assault.* Seminar presented for the Department of Mental Health, Los Angeles County, Los Angeles, CA.

10. Shelby, J.S. (2000, September). *Healing the wounds of trauma: Posttraumatic therapy for adults.* Seminar presented for the Department of Mental Health, Los Angeles County, Los Angeles, CA.

11. Shelby, J.S. (2001, May). *Developmentally sensitive play therapy.* Seminar sponsored by Didi Hirsch Community Mental Health Center, Culver City, CA.

12. Shelby, J.S. (2001, July). *Healing the wounds of trauma: Treating adult survivors of sexual assault.* Self-sponsored seminar, Hollywood, CA.

13. Shelby, J.S. (2001, July). *Healing the wounds of trauma: Developmentally sensitive posttraumatic play therapy.* Self-sponsored seminar, Hollywood, CA.

14. Shelby, J.S. (2001, November). *Compassion fatigue.* Invited address at Los Angeles County Sponsored "Mental Health in Schools: Partners in Promoting School Success" Conference, Pasadena, CA.

15. Shelby, J.S. (2002, January). *Compassion fatigue.* Seminar presented at Hollygrove, Los Angeles, CA.

16. Shelby, J.S. (2002, February). *Developmentally sensitive play therapy.* Seminar sponsored by Didi Hirsch Community Mental Health Center, Culver City, CA.

17. Shelby, J.S. (2002, March). *Developmentally sensitive play therapy.* Seminar presented for El Nido, North Hills, CA.

18. Shelby, J.S. (2002, April). *Compassion fatigue.* Seminar presented for Child and Family Services, Montecito, CA.

19. Shelby, J.S. (2002, June). *Compassion fatigue.* Seminar presented for The Sycamores, Pasadena, CA.

20. Shelby, J.S. (2002, November). *Compassion fatigue*. Seminar presented for the California Professional Society on the Abuse of Children (CAPSAC), Santa Monica, CA.

21. Shelby, J.S. (2003, January). *Healing the wounds of trauma: Posttraumatic therapy*. Seminar presented for the Department of Mental Health, Los Angeles County, Los Angeles, CA.

22. Shelby, J.S. (2003, January). *Posttraumatic play therapy*. Seminar sponsored by Didi Hirsch Community Mental Health Center, Culver City, CA.

23. Shelby, J.S. (2004, August). *Healing the wounds of trauma: Posttraumatic therapy*. Seminar presented for the Department of Mental Health, Los Angeles County, Los Angeles, CA.

24. Shelby, J.S. (2004, October). *Posttraumatic play therapy*. Seminar presented at the University of North Texas Annual play therapy fall conference. Denton, TX.

25. Shelby, J.S. (2004, December). *Play therapy for sexually abused children*. Invited workshop presented for the Kentucky Coalition Against Sexual Assault, Louisville, KY.

26. Shelby, J.S. (2005, January). *Healing the wounds of trauma: Posttraumatic therapy*. Seminar presented for the Department of Mental Health, Los Angeles County, Los Angeles, CA.

27. Shelby, J.S. (2005, April). *Developmentally sensitive posttraumatic play therapy*. Workshop conducted at Baylor University, Waco, TX.

28. Shelby, J.S. (2005, April). *Healing the wounds of trauma: Posttraumatic therapy*. Seminar presented for the Department of Mental Health, Los Angeles County, Los Angeles, CA.

29. Shelby, J.S. (2005, May). *Healing the wounds of trauma: Posttraumatic therapy*. Seminar presented for the Department of Mental Health, Los Angeles County, Los Angeles, CA.

30. Shelby, J.S. (2005, June). *Healing the wounds of trauma: Posttraumatic therapy*. Seminar presented for the Department of Mental Health, Los Angeles County, Los Angeles, CA.

31. Shelby, J.S. (2005, November). *Psychological First Aid*. Quarterly meeting of the Southern California Child Abuse Prevention Coalition, City of Orange, CA.

32. Shelby, J.S. (2007, March). *Psychological First Aid*. Presented at South Bay Disaster Resources Center, Torrance, CA.

33. Shelby, J.S. (2007, March). *Compassion fatigue*. Seminar presented for the Westside Domestic Violence Network, Santa Monica, CA.

34. Shelby, J.S. (2007, September). *Psychological First Aid and related interventions.* Presented at Medical Reserve Corps, Redondo Beach, CA.

35. Shelby, J.S. (2007, September). *Compassion fatigue and vicarious traumatization.* Seminar presented at the Chadwick Center for Children and Families, San Diego, CA.

36. Shelby, J.S. & Tredinnick, M.G. (2007, September). *Psychological First Aid.* Presented at Didi Hirsch Community Mental Health Center, Culver City, CA.

37. Shelby, J.S. (2007, October). *Childhood PTSD.* Presented at Pepperdine University, Culver City, CA.

38. Shelby, J.S. (2007, November). *Compassion fatigue.* Seminar presented at Public Counsel, Los Angeles, CA.

39. Shelby, J.S. (2008, January). *Evidence-based treatments of childhood trauma-related disorders.* Inservice Training presented at the Long Beach Child and Adolescent Psychiatry Clinic of the Department of Mental Health, Long Beach, CA.

40. Shelby, J.S. (2008, January). *Evidence-based treatments for children.* Inservice Training provided at St. Francis Medical Center Children's Counseling Center, Lynwood, CA.

41. Shelby, J.S., Avina, C., & Warnick, H. (2008, February). *Using CBT to treat childhood anxiety.* Inservice Training provided at St. Francis Medical Center Children's Counseling Center, Lynwood, CA.

42. Shelby, J.S. (2008, February). *Psychological First Aid and brief intervention.* Seminar presented at the South Bay Disaster Resources Center, Torrance CA.

43. Shelby, J.S., Avina, C., & Warnick, H. (2008, March). *Using CBT to treat childhood depression.* Inservice training provided at St. Francis Medical Center Children's Counseling Center, Lynwood, CA.

44. Shelby, J.S. & Wright, M. (2008, April). *Assessment supervision.* Presentation provided at the Psychology Case Conference, Harbor-UCLA Medical Center, Torrance, CA.

45. Shelby, J.S. (2008, May). *Psychological First Aid and crisis intervention.* Seminar presented at Kaiser Permanente of Harbor City Department of Psychiatry, Los Angeles, CA.

46. Shelby, J.S. (2008, June). *Using CBT to treat PTSD and Acute Stress Disorder.* Inservice training provided at St. Francis Medical Center Children's Counseling Center, Lynwood, CA.

47. Shelby, J.S. (2008, July). *Practical Applications of and problems with evidence-based treatments for children.* Inservice training provided at St. Francis Medical Center Children's Counseling Center, Lynwood, CA.

48. Shelby, J.S. (2008, October) *Psychological First Aid*. Seminar Presented at the South Bay Disaster Resources Center Disaster Mental Health Subcommittee Meeting, Torrance CA.

49. Shelby, J.S. (2009, January). *Evidence-based treatments of childhood trauma-Related Disorders*. Inservice training presented at the St. Francis Medical Center Children's Counseling Center, Lynwood, CA.

50. Shelby, J.S. (2009, February). *Diagnosis of childhood trauma-related disorders*. Inservice training presented at the St. Francis Medical Center Children's Counseling Center, Lynwood, CA.

51. Shelby, J.S. (2009, February). *Treating victims of trauma and violence*. Los Angeles County Department of Mental Health-UCLA Clinical Forum, Los Angeles, CA.

52. Shelby, J.S. (2009, March). *Familial and dyadic treatments for childhood trauma-related disorders*. Inservice training presented at the St. Francis Medical Center Children's Counseling Center, Lynwood, CA.

53. Shelby, J.S. (2009, July). *Clinical supervision using CBT*. Childnet Mental Health Services. Long Beach, CA.

54. Shelby, J.S. (2009, July). *Introduction to CBT for children and adolescents*. Inservice training at Childnet Mental Health Services. Long Beach, CA.

55. Shelby, J.S. (2009, August). *CBT for children and adolescents*. Inservice training at Childnet Mental Health Services, Long Beach, CA.

56. Shelby, J.S. (2011, December). *Compassion fatigue, vicarious traumatization, and secondary stress*. Panelist speech presented at the Psychological Services Development Committee meeting, Department of Mental Health, Los Angeles County. Los Angeles, CA.

57. Shelby, J.S. (2012, March). *Blending play therapy with cognitive behavioral therapy*. Inservice training at Didi Hirsch Mental Health Services. Culver City, CA.

### Selected International Seminars and Trainings

1. Shelby, J.S. (1996, May). *Crisis intervention with children and their parents*. Lecture provided at the University of Zagreb, Croatia.

2. Shelby, J.S. (1996, May). *Crisis intervention with children and their parents*. Lecture provided at the University of Zagreb, Croatia.

3. Shelby, J.S. (1998, October). *Harm-reduction in sexually traumatized prostitutes*. Seminar conducted at Medicens du Monde, Saint-Petersburg, Russia.

4. Shelby, J.S. (1998, November). *Treating traumatized children*. Seminar conducted at Doctors of the World, Saint-Petersburg, Russia.

5. Shelby, J.S. (1999, May). *The neurobiophysiology of trauma and contemporary psychological treatment models*. Lecture sponsored by International Medical Corps, Tirane, Albania.

6. Shelby, J.S. (2000, March). *Compassion fatigue among therapists*. Workshop conducted at the Centro de Antonio Villagrosa, Managua, Nicaragua.

7. Shelby, J.S. (2000, August). *Treating young survivors of trauma*. Invited address to the School of Medicine, Hualien University, Hualien, Taiwan.

8. Shelby, J.S. (2000, August). *Compassion fatigue*. Invited address to the School of Medicine, Hualien University, Hualien, Taiwan.

9. Shelby, J.S. (2000, August). *Treating young survivors of trauma*. Invited address to the Tzu Chi Organization, Nantou County, Taiwan.

10. Shelby, J.S. (2000, August). *Treating young survivors of trauma: What teachers can do to assist young survivors*. Invited address sponsored jointly by Tzu Chi and Operation USA, Nantou County, Taiwan.

11. Shelby, J.S. (2001, August). *Treating young survivors of trauma*. Invited address to Save the Children and SUMBI, Lima, Peru.

12. Shelby, J.S. (2001, November). *Treating young survivors of earthquakes*. Invited address to Save the Children and SUMBI, Lima, Peru.

13. Shelby, J.S. (2005, January). *Crisis and acute intervention with children and their caretakers*. Invited presentation for Sarvodaya Buddhist Relief Organization Preschool Teachers, Colombo, Sri Lanka.

14. Shelby, J.S. (2005, January). *Crisis and acute intervention with children and their caretakers*. Invited presentation at Sarvodaya Headquarters, Colombo, Sri Lanka.

15. Shelby, J.S. (2005, January). *Crisis and acute intervention for relief organizations responding to the Sri Lankan Tsunami*. Seminar sponsored by Operation U.S.A., Colombo, Sri Lanka.

16. Shelby, J.S. (2008, August). *Children's psychological trauma*. Five-day workshop sponsored by the Japan Play Therapy Association, Tokyo, Japan.

17. Shelby, J.S. (June, 2010). *Play therapy in a new era: How play therapists must change to meet the demands of evidence-based practice*. Paper presented at the 10th annual International Play Therapy Study Group, Wroxton, England.

18. Kobayashi, T. & Shelby, J.S. (February, 2017). *Psychological assistance with children following traumatic events: A comparison of Western and Japanese approaches*. Symposium sponsored by the Nishinomiya Children's Counseling Center. Nishinomiya, Japan.

19. Shelby, J.S. and Tominaga, T. (June, 2017). *Posttraumatic psychological interventions*. Japanese Psychological Association, Kobe, Japan.

20. Shelby, J.S. (2017, July). *Disaster mental health*. Presentation to graduate students of the Japan Disaster Reduction and Human Renovation Institution, Kobe, Japan.

21. Shelby, J.S. (2017, July). *Evidence-based treatments for childhood trauma*. Two-day workshop sponsored by the Japan Play Therapy Association, Tokyo, Japan.

**BIBLIOGRAPHY:**

RESEARCH PAPER - PEER REVIEWED

1. **Shelby, J. S**. & Tredinnick, M. G. (1995). Crisis intervention with survivors of natural disaster: Lessons from Hurricane Andrew. *Journal of Counseling & Development, 73*, 491-497.

RESEARCH PAPERS - NON-PEER REVIEWED

1. **Shelby, J. S**. (1994). "Dr. Circle Teacher" talks about play therapy with children following natural disaster. *California Association for Play Therapy Newsletter, 2*, 3-5.

2. **Shelby, J. S**. (1994). Group crisis intervention with children in disaster-relief shelters. *The Child, Youth, and Family Services Quarterly (a Division of the American Psychological Association), 12*, 12-16.

3. **Shelby, J.S**. (1996). Children used to play here. *California Association for Play Therapy Newsletter, 5*, 3-6.

4. **Shelby, J.S**. (1997). The effects of play therapy on the play therapist. *California Association for Play Therapy Newsletter, 6*, 1-2.

5. **Shelby, J.S**., Bond, D., Hall, R., & Hsu, C. (2004, Fall). *A treatment manual to enhance coping among young tsunami survivors.* (Available from Operation USA, 3617 Hayden Av., Culver City, CA, 90232).

6. **Shelby, J.S**. (2007) *Posttraumatic Play Therapy: An evidence-informed treatment manual for children*. Unpublished Manuscript.

7. **Shelby, J.S**. (2007). Play therapy and evidence-based practice for traumatized children. *Play Therapy Magazine, 2 (3)*, 23-25.

8. Baggerly, J., Burns, B., Bratton, S., Crenshaw, D., Gil, E., Ray, D., **Shelby, J.,** Sweeney, D. (September, 2008). *Task Force Report: APT responds to the CDC regarding play therapy*. Retrieved from http://www.a4pt.org/download.cfm?ID=27127

9. **Shelby, J.S**. (2009, August). *Developmental Trauma*. Association for Play Therapy Mining Report. Retrieved from http://www.a4pt.org//ps.index.cfm?ID=1996

10. Baggerly, J., **Shelby, J.S.**, Benedict, H., Bratton, S., Gil, E., LeBlanc, M., Ray, D., & Stewart, A. (2009, October). *Association for Play Therapy Research Statement*. Retrieved from http://www.a4pt.org/download.cfm?ID=28318

11. **Shelby, J.S.** (September, 2010). The state of the evidence for play therapy crisis intervention with traumatized children. *Association for Play Therapy Magazine, 5 (3)* pp.11-14.

12. **Shelby, J.S.** (Fall, 2017). Psychological care following natural disasters: When Western-oriented treatments collide with cultural norms and values. *Kobe College Newsletter.*

13. **Shelby, J.S.** (Fall, 2017). Cognitive Behavioral Therapy (CBT) for Japanese children: A cultural and conceptual-linguistic perspective. *Kobe College Scientific Journal*. Nishinomiya, JP

CHAPTERS

1. **Shelby, J. S.** (1997). Rubble, disruption, and tears:  Helping young survivors of natural disaster. In H. Kaduson, D. Cangelosi, and C. Schaefer (Eds.), *The playing cure* (pp. 143-169). Northvale, NJ: Jason Aronson.

2. **Shelby, J.S.** (2000).  Brief play therapy with traumatized children: A developmental perspective.  In H. Kaduson, and C. Schaefer (Eds.), *Short-term play therapy interventions with children* (pp.169-243).  New York, NY: Guilford.

3. **Shelby, J.S.** & Felix, E. (2005).  Posttraumatic Play Therapy:  An integrated model of directive and non-directive approaches.  In L. Reddy, T. Files-Hall, and C. Schaefer (Eds.), *Empirically based play therapy* (pp.79-103).  Washington, DC:  APA Press.

4. Felix, E., Bond, D., & **Shelby, J.S.** (2006). Coping with disaster: Psychosocial interventions for children. In C. Schaefer and H. Kaduson (Eds.), *Contemporary play therapy: Theory, research, and practice* (pp.307-326). New York, NY: Guilford.

5. **Shelby, J.S.** & Berk, M.J. (2008). CBT, play therapy, and pedagogy: An argument for synthesis. In A.A. Drewes (Ed.), *Effectively blending play therapy and cognitive behavioral therapy: A convergent approach* (pp. 17-40). New York, NY: Wiley & Sons.

6. **Shelby, J.S.**, Avina, C., & Warnick, H.  (2010). Posttraumatic Parenting: A Parent-Child Dyadic treatment for young children's posttraumatic adjustment. In C.S. Schaefer (Ed.), *Play therapy for preschool children* (pp.69-87). Washington, D.C.: APA Press.

7. **Shelby, J.S.** (2010). Cognitive behavioral therapy and play therapy for Childhood Trauma and Loss. In N. Webb (Ed.), *Helping bereaved children: A handbook for practitioners* (3rd ed., pp. 263-277). New York, NY: Guilford.

8.  Tangeman, K. & **Shelby, J.S.** (2011). Intervention applications for self-injurious behavior following sexual abuse. In P. Goodyear-Brown (Ed.), *Handbook of play therapy for sexual abuse*. New York, NY: Wiley & Sons.

9.  **Shelby, J.S.** & Campos, K.B. (2011). Cognitive behavioral play therapy for traumatized children: Evidence, ideology, and practice. In A.A. Drewes, C.S. Schaefer, and S. Bratton (Eds.), *Integrative play therapy*. New York, NY: Wiley & Sons.

10. Berk, M., **Shelby, J.S.**, Avina, C. & Tangemann, K. (2014). Dialectical Behavior Therapy for suicidal and self-harming adolescents with trauma symptoms. In S. Timmer and A. Urquiza (Eds.), *Evidence-based approaches for the treatment of maltreated children* (pp. 215-236). New York, NY: Springer.

11. **Shelby, J.S.** & Maltby, L. (2014). Child Maltreatment: Safety-based clinical strategies for play therapists. In D.A. Crenshaw & A.L. Stewart (Eds.), *Play therapy: A comprehensive guide to theory and practice* (pp. 336-352). New York, NY: Guilford.

12. **Shelby, J.S.**, Aranda, Asbill, L., and Gallagher, J. (2015). Simple interventions for complex trauma: Play-based safety and affect regulation strategies for child survivors. In E. Green & A. Myrick (Eds.), *Play therapy with vulnerable populations: No child forgotten* (pp. 43-64). Lanham, MD: Rowman and Littlefield.

13. **Shelby, J.S.** (2015). Family-based cognitive behavioral therapy. In E. Green, J., Baggerly, and A. Myrick (Eds.), *Integrative family play therapy: A new paradigm* (pp. 3-20). Lanham, MD: Rowman and Littlefield.

14. **Shelby, J.**, Ellingsen, R., & Schaefer, CE (2016). Play therapy: 21st century progress. In C. E. Schaefer, K. O'Conner, & L. Braverman (Eds.), *Handbook of play therapy, second edition* (pp. 563-581). New York, NY:  John Wiley & Sons.

15. **Shelby, J.S.** (2018). Cognitive behavioral therapy. In E. Green, J., Baggerly, and A. Myrick (Eds.), *Cognitive Behavioral Therapy with Pre-Adolescents* (pp. 15-33). Lanham, MD: Rowman and Littlefield.

16. Shelby, J.S. (in press). Children and disasters. In H. Kaduson (Ed), *Prescriptive play therapy*. New York, NY: Guilford.

DIGITAL VIDEO DEVICE

Goodyear-Brown, P., Riviere, S., & Shelby, J.S. (Speaker and Actor). (2004) *Evidence-Based Play Therapy Interventions* [DVD]. Nashville, TN: Self-published.

i. SPECIAL CONTRIBUTION TO A PUBLISHED PROTOCOL

Brymer, M., Jacobs, A., Layne, C.S., Pynoos, R., Ruzek, J., Steinberg, A., Vernberg, E., & Watson, P. (2006). *Psychological first aid: Field operations guide*. Los Angeles, CA: National Child Traumatic Stress Network.

## CERTIFICATIONS AND SPECIALIZED TRAINING:

### Selected Certifications, Credentials, and Designations

1. Child Forensic Interviewer Certificate: Child Abuse Training and Technical Assistance Center (CATTA) compliant
2. American Red Cross Mental Health Services and Disaster Services Human Resources (DSHR)
3. Registered Play Therapist (RPT) and Registered Play Therapist-Supervisor (RPT-S)
4. Rape Victim Advocate
5. American Academy of Forensic Psychology Trainings
6. Specific Treatment Certifications:
   - Parent Child Interaction Training (PCIT), On-Site Trainer
   - Trauma-Focused Cognitive Behavioral Therapy (TF-CBT), Supervisor
   - Alternatives for Families CBT (AF-CBT)
   - Cognitive Behavioral Therapies (for childhood/adolescent depression and anxiety disorders), Supervisor
   - Eye Movement Desensitization & Reprocessing
   - Brief Strategic Family Therapy (BSFT)
   - Psychological First Aid (PFA) for Hospitals, Trainer
   - Prolonged Exposure

## COURSES TAUGHT:

**Full Semester Classes**

| | |
|---|---|
| Childhood Psychological Assessment | 2006-2010 |
| Evidence-Based Psychological Treatments for Children and Adolescents | 2008-2017 |
| Trauma-Focused Psychological Treatments for Children and Adolescents | 2006-2017 |
| Childhood Development | 2016-2017 |

**Mini-Courses or Sections in a Series**

| | |
|---|---|
| Culture Diversity Issues | 2015-2016 |
| Vicarious Traumatization | 2007-2016 |
| Childhood Psychological Assessment | 2007-2017 |
| Community Violence and Trauma Reactions | 1998-2000 |
| Childhood Trauma Symptoms | 1996-1999 |