FRANCES S. LEWIS (Cal. Bar No. 291055)
Assistant United States Attorneys
312 North Spring Street
Los Angeles, California 90012
213-894-4850; frances.lewis@usdoj.gov

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | ED CR 18-231-JGB |
| v. | |
| JOHN JACOB OLIVAS | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

Government's Opposition to Defendant's Motion in Limine to Exclude Other Acts Evidence Offered Under Federal Rule of Evidence 413 and 404(b); Government's Ex Parte Application for Order Sealing Document and Proposed Order

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

October 26, 2021
Date

Frances S. Lewis
Attorney Name

United States of America
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*