ELI A. ALCARAZ (Cal. Bar No. 288594)
Assistant United States Attorneys
3404 Tenth Street, Suite 200
Riverside, California 92501
951-276-6938; eli.alcaraz@usdoj.gov

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br><br>PLAINTIFF(S)<br><br>v.<br><br>JOHN JACOB OLIVAS<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>ED CR 18-231-JGB<br><br>NOTICE OF MANUAL FILING<br>OR LODGING |
|---|---|

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed   [ ] Lodged:  (**List Documents**)

Exhibit 4 to Government's Opposition to Defendant's Motion to Dismiss Without Prejudice and Recuse the USAO, or in the Alternative, to Dismiss Without Prejudice and Recuse AUSA Joseph Widman; Government's Ex Parte Application for Order Sealing Document and Proposed Order

**Reason:**

[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

October 29, 2021
Date

Eli A. Alcaraz
Attorney Name
United States of America
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)  NOTICE OF MANUAL FILING OR LODGING