Name & Address:
MEGHAN BLANCO (238171)
Law Offices of Meghan Blanco
28202 Cabot Road, Suite 300
LagunaNiguel, CA 92677

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES, PLAINTIFF(S) v. JOHN OLIVAS, DEFENDANT(S). | CASE NUMBER: 18-CR-231-JGB |
|---|---|
| | **NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed  ☐ Lodged:  (**List Documents**)

DEFENSE APPOINTMENT DOCUMENTS

**Reason:**
☑ Under Seal
☑ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

11/18/21
Date

MEGHAN BLANCO
Attorney Name
JOHN OLIVAS
Party Represented

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)   **NOTICE OF MANUAL FILING OR LODGING**