1                          **DECLARATION OF FRANCES S. LEWIS**

2      I, Frances S. Lewis, state and declare as follows:

3      1.   I am an Assistant United States Attorney ("AUSA") for the

4 Central District of California, and I am one of the attorneys

5 assigned to the prosecution of <u>United States v. Olivas</u>, ED CR No. 18-

6 231-JGB.  I make this declaration in support of the Government's

7 Motion <u>in Limine</u> to Admit Business Records Under the Self-

8 Authentication Provisions of Federal Rule of Evidence 902(11).

9      2.   As described in the chart below, attached hereto are

10 Exhibits 1-5, which are true and correct (but, in some cases,

11 redacted) copies of certifications under Federal Rule of Evidence

12 902(11) provided by the businesses indicated for the business records

13 indicated.  Based on my review of my Office's case file and discovery

14 production logs, and my knowledge of the government's productions

15 after I joined the case, I am informed and believe that the

16 government has previously produced these certifications and the

17 underlying certified business records to defendants in discovery in

18 this case:

| Exhibit to Lewis Decl. | Source | Bates | Custodian Decl. |
|---|---|---|---|
| 1 | Verizon | 00014544-14891 | 00014549-550 |
| 2 | Sprint | 00014915-14946 | 00014913-914 |
| 3 | AT&T | 00015096-16350 | 00015096-099 |
| 4 | Southern California Edison | 0010361-364 | 00103605 |
| 5 | Facebook | 00103521-103604 | 00103556 |

25      3.   On November 21, 2021, I sent an email to Meghan Blanco,

26 counsel for defendant, in which I sought to meet and confer about the

27 government's intention to seek the admission of the Verizon, Sprint,

28 and AT&T records under Rule 902(11) or whether the government would

1   need to file such a motion to authenticate and admit the underlying

2   records instead of calling custodians of records for these businesses

3   as witnesses at trial.  I also informed Ms. Blanco that the

4   government may have additional business records to include.  I

5   received no response to that email.

6        4.    On November 23, 2021, AUSA Eli Alcaraz provided Ms. Blanco

7   with additional business records provided by Facebook along with a

8   custodian of records declaration.  AUSA Alcaraz emailed Ms. Blanco

9   that same day asking again to confer about the custodian of records

10  question, but received no response.  AUSA Alcaraz and I also

11  attempted to call Ms. Blanco by phone that same day, but we were

12  unable to reach her at either her cell phone or her office.

13       5.    On November 24, 2021, I provided Ms. Blanco with additional

14  records provided by Southern California Edison along with a custodian

15  of records declaration.

16       6.    On November 24, 2021, I followed up again with Ms. Blanco

17  by email and informed her that the government would be filing a

18  motion in limine under Rule 902(11) to admit business records absent

19  an agreement by the parties.  I again received no response.

20       7.    On November 27, 2021, Ms. Blanco called to discuss a

21  different issue, and I asked her for her position on the custodian of

22  records issue.  She asked for the government to provide copies of the

23  records the government sought to admit and indicated that she would

24  provide the Court with her position at the pretrial conference

25  scheduled for November 29, 2021, after reviewing the government's

26  motion.

27       8.    On November 27, 2021, I attempted to email Ms. Blanco the

28  underlying records, but because of their size and the presence of

1   personal identifying information in the emails, I received electronic

2   notice to my email that the messages I sent Ms. Blanco were

3   undeliverable.  I therefore emailed Ms. Blanco the custodians of

4   record declarations and provided specific references to where the

5   underlying records could be found either in discovery or on a USAfx

6   sharefile provided to Ms. Blanco on November 24, 2021, that contained

7   a draft set of the government's exhibits.

8        I declare under penalty of perjury under the laws of the United

9   States of America that the foregoing is true and correct to the best

10  of my knowledge and belief and that this declaration was executed on

11  November 27, 2021, at Los Angeles, California.

13  _____
    FRANCES S. LEWIS

6

# Lewis Declaration
# Exhibit 1

## DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD
*(Please type or print legibly except for signature.)*

I, _____Linda J._____, hereby declare as follows:
       *(name)*

(1)  I am a custodian of records for __Verizon_____,
                  *(name of business or entity)*

and in that capacity am knowledgeable about the matters set forth herein.

    (a)  My job title/position is:

    (b)  I have been employed in this capacity for _Jan._____,
                           *(duration)*

        and by the aforementioned business/entity for _Since Jan._____.
                               *(duration)*

    (c)  My job duties are:

    (d)  I am knowledgeable about the matters set forth herein and the relevant record-keeping practices of the aforementioned business/entity based upon (check all that apply):

        [X] Training.

        [X] Familiarity with relevant policy/policies.

        [X] Hands-on experience.

        [ ] Supervision of one or more others with hands-on experience.

        [ ] Other.  Describe:

(2)  X Attached hereto or enclosed herewith are ~~originals~~ X true and correct
   X duplicates of a record or records of a regularly conducted activity of the business or entity named above.

    *(Circle either "originals" or "true and correct duplicates" and strike out the other term.)*

Exhibit 171
Page 1 of 2

(3)     I certify that the attached record(s):

    (a)     was/were made at or near the time of the occurrence of the matters set forth therein,

    (b)     was/were made by, or from information transmitted by, a person with knowledge of those matters;

    (c)     was/were kept in the course of the regularly conducted activity;

    (d)     was/were made by and in the course of the regularly conducted activity as a regular practice;

    (e)     if not original records, are exact duplicates of original records.

I declare under penalty of perjury that the foregoing is true and correct.

Dated ____08/25/201_____ and
            *(date document was signed)*

executed at ____Bedminster,_____.
                   *(place document was signed)*

_____
    *(signature)*

____Linda J._____
    *(typed or printed name)*

Rev. 11/08/2010          Page 2 of 2 Pages

Exhibit 171
Page 2 of 2

Lewis Declaration
Exhibit 2

## DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD
*(Please type or print legibly except for signature.)*

I, _Nathaniel E._ , hereby declare as follows:
<br>*(name)*

(1)   I am a custodian of records for _Sprint_ ,
<br>*(name of business or entity)*

and in that capacity am knowledgeable about the matters set forth herein.

    (a)    My job title/position is:

    (b)    I have been employed in this capacity for _2 yrs_ ,
<br>                                        *(duration)*

        and by the aforementioned business/entity for _1 yr_ .
<br>                                                           *(duration)*

    (c)    My job duties are:

    (d)    I am knowledgeable about the matters set forth herein and the relevant record-keeping practices of the aforementioned business/entity based upon (check all that apply):

        [✓] Training.

        [✓] Familiarity with relevant policy/policies.

        [ ] Hands-on experience.

        [✓] Supervision of one or more others with hands-on experience.

        [ ] Other.   Describe:

(2)   Attached hereto or enclosed herewith are *originals/ true and correct duplicates* of a record or records of a regularly conducted activity of the business or entity named above.

*(Circle either "originals" or "true and correct duplicates" and strike out the other term.)*

Rev. 11/08/2010        Page 1 of 2 Pages

Exhibit 173
<br>Page 1 of 2

(3)   I certify that the attached record(s):

   (a)   was/were made at or near the time of the occurrence of the matters set forth therein,

   (b)   was/were made by, or from information transmitted by, a person with knowledge of those matters;

   (c)   ~~was/were kept in the course of the regularly conducted activity;~~

   (d)   was/were made by and in the course of the regularly conducted activity as a regular practice;

   (e)   if not original records, are exact duplicates of original records.

I declare under penalty of perjury that the foregoing is true and correct.

Dated _August 25th, 2014_ and
*(date document was signed)*

executed at _Overland Park, Kansas_.
*(place document was signed)*

_Nathaniel Ehrman_
*(signature)*

_Nathaniel Ehrman_
*(typed or printed name)*

Rev. 11/08/2010          Page 2 of 2 Pages

Exhibit 173
Page 2 of 2

# Lewis Declaration
# Exhibit 3

1612419   PH



National Court Order Compliance

11760 US HIGHWAY 1, SUITE 600
NORTH PALM BEACH, FL 33408-3029
1-800-635-6840
1-888-938-4715 (Fax)

VERIFICATION OF AUTHENTICITY OF AT&T RECORDS

STATE OF FLORIDA
COUNTY OF PALM BEACH

BEFORE ME, the undersigned authority, personally appeared Paula Hernandez, who being duly sworn, deposes and says:

My name is Paula Hernandez. I am over the age of 18 and qualified to make this affidavit. I am employed by AT&T as a Legal Compliance Analyst and also serve as the Custodian of Records for AT&T. I have been employed by AT&T since **October 2000**. Attached to this Affidavit are true and correct copies of subscriber information and/or call detail issued by AT&T for the following accounts:

Cellular Number(s):   █████ 1831

The attached copies of billing records are maintained by AT&T in the ordinary course of business. I maintain and routinely rely on these documents in the course of my duties as Custodian of Records and Legal Compliance Analyst.

Paula Hernandez
October 9, 2014

The foregoing affidavit was sworn to and subscribed before me by Paula Hernandez, who is personally known to me.

October 9, 2014

Notary Public, State of Florida

Printed Name

Serial Number (if any)

National Court Order Compliance



Notary Public State of Florida
Josie M Gibson
My Commission EE 882438
Expires 03/23/2017

Exhibit 176
Page 1 of 4



### National Court Order Compliance
### RESPONSE COVER SHEET
11760 US HIGHWAY 1, SUITE 600
NORTH PALM BEACH, FL 33408-3029
Phone 1-800-635-6840   Facsimile 1-888-938-4715

To:   **SA DAVID STAAB**
      **FBI 92507**
      **3480 VINE ST**
      **SUITE 200**
      **RIVERSIDE CA  92507**

**File Code:**

**From: PH**

**Phone Number:** ▮▮▮▮▮▮
**Fax Number:** ▮▮▮▮▮▮

**Request Dated:** 8/13/2014
**Received On:** 8/20/2014

**Number of Pages:**
**Date:** 10/8/2014

---

-All available information provided was until 08/3/13, after 8/3/13 the billing provider for the number referenced in the request is an AT&T reseller -Locus Communications. Additional information may be obtained by calling the reseller direct.

## IMPORTANT NOTICE:

Effective immediately, it will be necessary to include a time-zone in all future legal demands served to AT&T, due to some records now being stored in UTC/GMT.

**CONFIDENTIALITY NOTICE**
This cover sheet, and any document which may accompany it, contains information from the National Compliance Center which is intended for use only by the individual to whom it is addressed, and which may contain information that is privileged, confidential and/or otherwise exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the person responsible for delivering this message to the intended recipient, any review, disclosure, dissemination, distribution, copying or other use of this message or its substance is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone to arrange for the return of this communication to us at our expense. Thank you.

1612419

**AT&T MOBILITY**

Exhibit 176
Page 2 of 4



Please refer to the legend below that explains the columns and the information displayed on the attached report.

### LEGEND FOR AT&T MOBILITY RECORDS LABELED "DATA SOURCE:  SCAMP"

The attached file is being sent in a text file format to provide you with the ability to download into your data analysis system.

Once downloaded into an EXCEL format, header information will appear at the top displaying the AT&T 6-digit file number, creation date, the AT&T database source, date the report was run, and the account number of the target.

You may receive up to 3 separate reports for usage:  Voice, Data and SMS.  This is indicated at the beginning of each report.   The fields you will find on usage reports are as follows:

**VOICE:**
**Conn. Date and Conn. Time:**  The date and time the call was actually connected.
**Seizure Time:**  The number of minutes and seconds it took from the time the 'Send' button was pressed to the time the call was connected to the network.
**Originating Number:**  If target number appears in this field, the call is an outgoing call and the called number is in the Terminating Number field.
**Terminating Number:**  If target number appears in this field, the call is an incoming call and the caller's number is in the Originating Number field.  In rare instances, you may see all *** in this column.  This is an indication that an invalid number was entered.
**Elapsed Time:**  Number of minutes and seconds of the call between the connection time and the end of the call, also known as call duration.  Does not include seizure time.
**Number Dialed:**  This column represents the number that was actually dialed by the calling party or the voicemail access number if the call was forwarded to voicemail.
**IMEI:**  International Mobile Equipment Identification number.
**IMSI:**  International Mobile Subscriber Identity number.
**Description:**  This field uses 2 key characters that describe the parties involved and a short description suffix key word that describes what is known about how the call was handled.  Outbound calls will always be described as "DIR".  "M" indicates the presence of an AT&T Mobility number.  "m" indicates the presence of another wireless carrier's number.  The number "2" will always be shown in the middle of the two characters and is used in lieu of "to".  For example, M2O means AT&T Mobile "to" a Non-Mobile Phone Number.  This report will not show routing by the receiving side of an outbound call.  The tables below describe the potential values.
**CIC:**   Stands for Carrier Identification Code.  The number in this column translates to identifying the interexchange carrier of the call.  A public listing of CIC codes can be found at the following url:  http://www.nanpa.com/reports/reports_cic.html
**Call Code:**  Represents the type of call that was processed on the wireline network.  Call Code information can be obtained from the AskCalea website.  If the LEA does not have access to AskCalea, please contact 1-855-532-2532

**Key Character Definitions**

| Field | Description |
|---|---|
| M | AT&T Mobile Phone (based on billing validation) |
| m | Other Carrier Mobile Phone (based on billing validation) |
| O | Non-Mobile Phone Number |

Calls will have 4 potential "suffix" descriptions.

**Description Suffix Definitions**

| Field Suffix | Description |
|---|---|
| DIR | Outbound calls will display DIR except for voicemail checks directly from the handset (VMC). Inbound calls will display DIR if no forwarding took place. Either the phone was answered or rang and was not answered. |
| VMC | Call was from handset to check Voicemail box. |
| VMB | Call was routed to VoiceMail number. |
| FWD | Call was forwarded to another number. |
|  | Forwarding action could not be determined. |

A call described as "m2M_DIR" would be interpreted as a call from another carrier's mobile phone to an AT&T mobile phone that was not forwarded.  For example, the call was not routed to voicemail.  A call described as "O2M_FWD" would be a call from a non-mobile phone number to an AT&T mobile number that was forwarded to the number listed in the Terminating Number field.
**Cell Location:**  Column only displays if location information was requested.  The first two numbers indicate the beginning and ending LAC/CID information followed by the longitude/latitude and the azimuth (center point of the sector) of all cell sites that serviced the call.  If the target was traveling, you may see more than one cell site in this field which will indicates hand offs while the call is in progress.

Exhibit 176
Page 3 of 4



**DATA USAGE:**
The Data report displays many of the same columns as on the other reports, but also includes:
**Bytes Up:** The number of bytes sent from mobile station to the network.
**Bytes Dn:** The number of bytes from the network to the mobile station.
**Access Pt:** Displays the network interface access point.
**Cell Location:** Column only displays if location information was requested.  Same information is displayed as noted above.

**SMS USAGE:**
**Originating Number:** If target number appears in this field, the SMS is outgoing and the receiving number is in the Terminating Number field.
**Terminating Number:** If the target number appears in this filed, the SMS is incoming and the number initiating the SMS is in the Originating Number filed.
**Description:** This field describes the direction of the message and a short description that describes what is known about the type of message.  Outbound calls will always be described as "OUT" with no suffix description, and inbound messages will provide a description wher it is known.

**Key Prefix Definitions**

| Field | Description |
|---|---|
| IN | Inbound Message |
| OUT | Outbound Message |

**Description Suffix Definitions**
**(These are ALL SYSTEM GENERATED MESSAGES)**

| Field Suffix | Description |
|---|---|
| VMN | VoiceMail message is waiting notification |
| VMP | VoiceMail box has been accessed notification. |
| VMA | Indicates either a voice mail notification or accessed notification. |
| AGM | General notification message from AT&T (time to add credit etc.). |
| ACB | Account Balance check response. |
| ACM | Account minutes available check response. |
| ACD | Account data used check response. |
| MMS | Multi Media Service |

A message described as "IN_VMP" would be interpreted as an inbound system message to the phone notifying the user that the voicemail bo has been checked.  A message labeled as "IN_ACB" means the user requested an "Account Balance Check" and the reply was received by the phone.
**Cell Location:** The first two numbers indicate the beginning and ending LAC/CID information followed by the longitude/latitude and the azimuth (center point of the sector) of all cell sites that serviced the call.  If the target was traveling, you may see more than one cell site in this field.

**NOTE:** If you requested call records and the target subscriber's device is an iPhone with the most current operating system (iOS 5 or above) and they send a text message to another device with the iOS 5 (or above) operating system, text messages between these devices will not appear in the detail records we have provided.  This is because these text messages are delivered via the iMessage service through Apple.  If the iMessage transaction occurred on the AT&T network, AT&T only captures the transaction as a data session and no other transactional information is storec or available.

Exhibit 176
Page 4 of 4

# Lewis Declaration
# Exhibit 4



SOUTHERN CALIFORNIA
**EDISON**®
An *EDISON INTERNATIONAL*® Company

CLAIMS DEPARTMENT

## DECLARATION OF CUSTODIAN OF RECORDS

United States District Court
3470 Twelfth Street
Riverside, CA 92501

Re: United States of America vs. John Jacob Olivas
Case Number: ED CR 18-231-JGB
Our File Number ███████████

     I am the duly authorized custodian of all the enclosed records and have the authority to certify the records. I swear that the copy appended is a true copy of all the enclosed records in my custody or control. These records were prepared by the personnel of the Southern California Edison Company in the ordinary course of business.

     I declare under penalty of perjury that the foregoing is true and correct. Executed at Rosemead, California on November 22, 2021.

_____
C. E. Limon
Claims Department

00103605

Exhibit 25
Page 1 of 1

# Lewis Declaration
# Exhibit 5

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Tyler Harmon , certify:

1.  I am employed by Facebook, Inc. ("Facebook"), headquartered in Menlo Park, California. I am a duly authorized custodian of records for Facebook and am qualified to certify Facebook's domestic records of regularly conducted activity.

2.  I have reviewed the records produced by Facebook in this matter in response to the Subpoena received on November 1, 2021. The records include search results for Basic Subscriber Information, IP Address Logs and records for the account with identifier ███████████

3.  The records provided are an exact copy of the records that were made and kept by the automated systems of Facebook in the course of regularly conducted activity as a regular practice of Facebook. The records were saved in electronic format after searching Facebook's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Facebook user.

4.  I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

*Tyler Harmon*

Tyler Harmon
Custodian of Records

Date: November 22, 2021

**facebook**

00103556