**DECLARATION OF FRANCES S. LEWIS**

I, Frances S. Lewis, state and declare as follows:

1. I am an Assistant United States Attorney ("AUSA") for the Central District of California, and I am one of the attorneys assigned to the prosecution of United States v. Olivas, ED CR No. 18-231-JGB. I make this declaration in support of the government's opposition to defendant's Ex Parte Motion to Continue Trial, filed on Saturday, November 27, 2021 at approximately 9:58 p.m. (Dkt. 138.)

2. The following exhibits are attached to this declaration:

a. Exhibit 1 is a true and correct copy of nine pages of medical records from Riverside Medical Center that appear to have been obtained by the Riverside Police Department ("Riverside PD") in November 2013 and thereafter provided to the FBI, with redactions for personal identifying information. Based on my review of the case file, these records were produced to defendant in August 2018, at Bates 00012403-00012411.

b. Exhibit 2 is a true and correct copy of the 26 pages of records from Riverside Medical Center that were obtained by the U.S. Attorney's Office in November 2021, with redactions for personal identifying information. These were produced to defendant on November 23, 2021, by email, at Bates 00103495-00103520.

c. Exhibit 3 is a true and correct copy of excerpts from Riverside PD Detective Isaac's report to the district attorney summarizing his and Detective Tutwiler's investigation into defendant and the allegations by N.B. Based on my review of the case file, these records were produced to defendant in August 2018, at Bates 00012368-369.

d. Exhibit 4 is a true and correct copy of the date-of-

service records provided by N.B.'s mother, D.B., which note visits on both November 6, 2012, and November 8, 2012.  Based on my review of the case file, these records were produced to defendant in August 2018, at Bates 00021426-21430.

       e.  Exhibit 5 is a true and correct copy of excerpts from interview transcripts between Riverside PD Detectives Isaac and Tutwiler and N.B. about the rib incident.  Based on my review of the case file, the underlying recordings and transcripts were produced to defendant in August 2018, at Bates 00012680-681 and 00028192-194, respectively.

       f.  Exhibit 6 is a true and correct copy of excerpts from interview transcripts between FBI Special Agent David Staab and N.B. about the rib incident.  Based on my review of the case file, the underlying recordings and transcripts were produced to defendant in August 2018, at Bates 00014443-14446 and 00029416-437, respectively.

       g.  Exhibit 7 is a true and correct copy of excerpts from an interview transcript between Riverside PD Detective Tutwiler and defendant.  Based on my review of the case file, the underlying recordings and transcripts were produced to defendant in August 2018, at Bates 00012676 and 00028298, respectively.

    3.  On or about November 5, 2021, while preparing for trial, AUSA Eli Alcaraz and I discussed the possibility of calling one of the physicians who treated N.B. in November 2012.  Based on our review of the Riverside PD reports, the options appeared to be Dr. Jessie Rollins, who treated N.B. at the Riverside Medical Center on

November 8, 2012,[1] and Dr. Geisele Wudka, who treated N.B. at the Jack Skirball Health Center (now owned by UCLA Health) for a different issue, but gave N.B. counseling on domestic abuse on November 15, 2012. In reviewing the file, we realized that the only copies of the medical records in the government's possession were those that had been provided to the FBI by the Riverside PD and not from the providers themselves. Out of an abundance of caution, we elected to issue trial subpoenas to Dr. Rollins and Dr. Wudka for trial testimony, and to the Riverside Medical Center and UCLA health for their complete medical records. AUSA Alcaraz provided those subpoenas to the FBI on or about the same day, and I understand they were served shortly thereafter.

4. At the pretrial conference on November 15, 2021, AUSA Alcaraz and I conferred briefly with defense counsel, Meghan Blanco, in the hallway before the case was called. To the best of my recollection, in part because it is my usual practice, we informed Ms. Blanco that we were collecting our exhibits for trial and asked if she would be willing to enter into any stipulations on authenticity or foundation for certain business records, including medical records. She said she was not sure, but was open to conferring with us about it. I do not recall her expressing any

---

[1] In drafting this declaration, on Sunday, November 28, 2021, I found an additional single-page printout that was in a different collection of Riverside PD records (those provided to ICE OPR), which identified N.B.'s treating physician on November 6, 2012, as Dr. Jindal, but did not include much substance about that visit. Although it is possible I saw this document at some point during my tenure on this case, I do not recall reviewing this document in early November 2021 when discussing whom to subpoena, otherwise I would have proposed subpoenaing Dr. Jindal as well.

concerns about the medical records she had received in this case or asking any questions about them.

5. On November 18, 2021, I conferred by phone and email with Kathy Stousy, counsel for the Riverside Medical Center, who agreed to consider early production of the medical records under subpoena. Ms. Stousy confirmed by email later that day that the records would be available for pick-up that following Tuesday, November 23, 2021.

6. On Sunday, November 21, 2021, I sent Ms. Blanco an email communication asking to confer about certain evidentiary issues, including whether we would need to call foundational witnesses for the cell phone providers, the FBI's cell phone forensic analysts, and the retired ICE OPR lead instructor who trained defendant in 2009. The email did not expressly mention medical records, but noted that the government was working to identify additional custodians as we were finalizing our exhibit list. I received no response to that email.

7. On Monday, November 22, 2021, before the pretrial conference, the parties again conferred in person prior to the hearing. The government asked about its inquiry from the day before, and defense counsel did not have a position on the witnesses identified in the email, but said she would get back to the government later that day or the following day.

8. During the pretrial conference on November 22, 2021, when asked about any remaining discovery, the government identified the pending trial subpoenas to the medical providers (Riverside Medical Center and UCLA, although I do not recall if I mentioned the providers by name) and committed to producing the records as soon as they were received.

9.   On Tuesday, November 23, 2021, Ms. Blanco sent an email to the Court and government counsel that she intended to file a motion to dismiss for failing to present evidence to the grand jury.  Having still received no response to our inquiry about custodians on November 21, 2021, AUSA Alcaraz emailed Ms. Blanco asking again to confer about the custodian of records question, but received no response.  AUSA Alcaraz and I also attempted to call Ms. Blanco by phone that same day, but we were unable to reach her at either her cell phone or her office.

10.   On November 23, 2021, the FBI received the medical records from the Riverside Medical Center described above and attached hereto as Exhibit 2.  The records comprise 26 pages total and, excluding consent and privacy forms, comprise 18 pages of medical records from both November 6, 2012, and November 8, 2012, AUSA Alcaraz emailed these records to Ms. Blanco that same day.

11.   On November 23, 2021, upon review of the records, we ascertained that N.B. was treated by a different doctor on her initial visit on November 6, 2012, Dr. Prateek Jindal.  I therefore contacted Ms. Stousy, counsel for Riverside Medical Center, and asked if she would accept service of a subpoena for Dr. Jindal.

12.   On Wednesday, November 24, 2021, I heard back from Ms. Stousy that Dr. Jindal was no longer employed by the Riverside Medical Center and that she therefore could not accept service of a subpoena.  AUSA Alcaraz then prepared and provided a revised subpoena for Dr. Jindal, who was personally served on or about November 26, 2021.

13.   On Saturday, November 27, 2021, at 5:54 p.m., Ms. Blanco emailed in response to the November 23, 2021, production of medical

records asking only, "Nicole's rib wasn't broken after all?" I then reviewed the medical records more closely and saw the reference to the lack of a definite fracture on the chest x-ray. Although I am not a medical professional, I am generally aware from personal experience that x-rays have diagnostic limitations. I therefore did an internet search about whether a chest x-ray would detect fractured ribs and quickly found information suggesting that chest x-rays frequently do not detect rib fractures.

14. About an hour after her email on Saturday, November 27, 2021, while AUSA Alcaraz and I were discussing how to respond, Ms. Blanco called AUSA Alcaraz at 6:43 p.m., who conferenced me into the phone call, and she asked the same question. I answered her by showing her the language in the medical records stating that there was "no definite evidence of acute displaced fracture of the ribs," but that we did not agree that this meant that N.B.'s ribs were definitively not fractured, only that no fracture was detected by the x-ray. Ms. Blanco disagreed and interpreted the medical records as conclusive proof that there was no fracture at all, and that N.B. therefore "lied" about having a fracture. I informed her that we disagreed with her characterization, and I cited her the medical literature I had just reviewed suggesting that x-rays do sometimes miss fractures. We also highlighted the immateriality of whether N.B.'s ribs were in fact fractured, given N.B.'s consistent belief that they were fractured and her communication of that belief to defendant. Ms. Blanco argued that the existence of a fracture was material to defendant's conviction for inflicting a corporal injury on a spouse. We asked for Ms. Blanco to provide us with any records from the state proceedings that would indicate his conviction was

based on a fracture, although we again maintained it would be irrelevant to this case, and she indicated she would get back to us after conferring with state counsel.

15. I informed Ms. Blanco that neither I nor AUSA Alcaraz had had any substantive communications yet with either Dr. Rollins or Dr. Jindal yet about the records, but that both were under subpoena to testify at trial.[2] I did not identify either as an expert witness for the government, or suggest that expert reports would be forthcoming. We informed Ms. Blanco that in light of her concerns we would expedite scheduling those conversations and produce any resulting FBI interview reports promptly thereafter, but that because it was the weekend, those conversations were unlikely to occur until Monday. We are now scheduled to meet virtually or telephonically with Dr. Jindal on Monday, November 29, 2021, at 11:00 a.m.

16. Ms. Blanco informed us that she had undertaken steps to retain a medical expert to review the medical records in this case, but she made no mention of needing a continuance in this case to do so. She instead told us to expect "motions" that night, including the motion challenging the probable cause in the indictment that she

//

//

[2] It is also my understanding that the FBI's communications with both witnesses has been limited to service of subpoenas.

had indicated earlier in the week was forthcoming but has still not filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed on November 27, 2021, at Los Angeles, California.

FRANCES S. LEWIS

# Lewis Declaration
# Exhibit 1

**Ni[redacted] B[redacted]**
**11/8/2012 1:50 PM Office Visit**
**MRN:** [redacted]

Description: **25 year old female**
Provider: **Jessie Rollins, DO**
Department: **Main Urgent Care**

**Diagnoses**

**Costochondritis** - Primary
733.6

**Reason for Visit**

**Rib Injury**
x 6 days, pt here for recheck on ribs injury, taking Oxymorphone ER 30 mg with no relief. Pt roomed, stable.

Reason For Visit History Recorded

**Vitals - Last Recorded**

| BP | Pulse | Temp | Resp |
|---|---|---|---|
| 121/88 | 89 | 98.6 °F (37 °C) (Oral) | 18 |
| **Ht** | **Wt** | **BMI** | **SpO2** |
| 5' 4.5" (1.638 m) | 102 lb 9.6 oz (46.539 kg) | 17.34 kg/m2 | 98% |
| **LMP** | | | |
| 10/31/2012 | | | |

Vitals History Recorded

**Allergies as of 11/8/2012**

**Review Complete On: 11/8/2012 By: Dana Bangean, RN**

No Known Allergies

**Progress Notes**

**Jessie Rollins, DO** 11/8/2012 8:46 PM Signed
**Subjective:**

**Patient ID:** N[redacted] Br[redacted] is a 25 y.o. female.

Patient's medications, allergies, past medical, surgical, social and family histories were reviewed and updated as appropriate.

**Chest Pain**
This is a new problem. The current episode started in the past 7 days. The onset quality is sudden (someone "bear hugged" her and she felt a pop). The problem has been gradually worsening. The pain is severe. Pertinent negatives include no fever. Prior diagnostic workup includes chest x-ray.

Review of Systems
Constitutional: Negative for fever and chills.
Cardiovascular: Positive for chest pain.
Skin: Negative for itching and rash.

**Objective:**
Physical Exam
Constitutional: She appears well-developed and well-nourished.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She exhibits tenderness.

Restricted - DFPT - Restricted Copy - EA Copy - Release PROHIBITED - Unauthorized Release





**Exquisite TTP to light touch**
Neurological: She is alert.
Skin: Skin is warm.
Psychiatric: She has a normal mood and affect.

**Assessment:**

**1. Costochondritis**

**Plan:**

Toradol
Medrol Dose Pack.
Monitor Sx. Instructions and warnings given.
Follow up with PMD; may return to UC or ER if symptoms worsen.

RIVERSIDE POLICE DEPT - Restricted Information
LEA Copy
Authorized Release PROHIBITED

**Medications Ordered This Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **methylPREDNISolone (MEDROL) 4 MG tablet**<br>Take 6 tablets orally on day 1, then take one tablet less than the previous day until all gone. | 21 tablet | 0 | 11/8/2012 | 11/15/2012 |

**Ordered Facility-Administered Medications**

| | Dose | Freq | Start | End |
|---|---|---|---|---|
| **ketorolac (TORADOL) injection 60 mg**<br>Route: Intramuscular | 60 mg | ONCE | 11/8/2012 | 11/8/2012 |

**Administrations This Visit**

**ketorolac (TORADOL) injection 60 mg**

| Date | Action | Dose | Route | User |
|---|---|---|---|---|
| 11/8/2012 | Given | 60 mg | Intramuscular | MARRERO, ELIAZER |

**Medications at End of Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **alprazolam (XANAX) 2 MG tablet (Taking)**<br>Class: Historical Med | | | 10/23/2012 | |
| **carisoprodol (SOMA) 350 MG tablet (Taking)** | | | 10/23/2012 | |

| | | | | |
|---|---|---|---|---|
| Class: Historical Med | | | | |
| **LIDODERM 5 % (Taking)** | | | 9/19/2012 | |
| Class: Historical Med | | | | |
| **mirtazapine (REMERON) 30 MG tablet (Taking)** | | | 9/19/2012 | |
| Class: Historical Med | | | | |
| **nitrofurantoin (MACRODANTIN) 50 MG capsule (Taking)** | | | 8/15/2012 | |
| Class: Historical Med | | | | |
| **OPANA ER 30 MG 12 hr tablet (Taking)** | | | 10/23/2012 | |
| Class: Historical Med | | | | |
| **valacyclovir (VALTREX) 1000 MG tablet (Taking)** | | | 9/19/2012 | |
| Class: Historical Med | | | | |
| **zolpidem (AMBIEN CR) 12.5 MG CR tablet (Taking)** | | | 10/23/2012 | |
| Class: Historical Med | | | | |
| **ZOVIA 1/35E, 28, 1-35 MG-MCG per tablet (Taking)** | | | 11/4/2012 | |
| Class: Historical Med | | | | |
| **methylPREDNISolone (MEDROL) 4 MG tablet** | 21 tablet | 0 | 11/8/2012 | 11/15/2012 |
| Sig: Take 6 tablets orally on day 1, then take one tablet less than the previous day until all gone. | | | | |
| **oxymorphone (OPANA) 10 MG tablet** | | | 10/23/2012 | |
| Class: Historical Med | | | | |

**Inpatient 11/8/2012**

| | Dose | Frequency | Start | End |
|---|---|---|---|---|
| **ketorolac (TORADOL) injection 60 mg** Route: Intramuscular | 60 mg | ONCE | 11/8/2012 | 11/8/2012 |

**Medication Documentation Review Audit**

**Reviewed by Dana Bangean, RN (Registered Nurse) on 11/08/12 at 1408**

| Medication | Order | Taking? | Sig | Documenting Provider | Last Dose | Status |
|---|---|---|---|---|---|---|
| alprazolam (XANAX) 2 MG tablet | 7154652 | Yes | | Historical Provider, MD | Taking | Active |
| carisoprodol (SOMA) 350 MG tablet | 7154653 | Yes | | Historical Provider, MD | Taking | Active |
| ZOVIA 1/35E, 28, 1-35 MG-MCG per tablet | 7154654 | Yes | | Historical Provider, MD | Taking | Active |
| LIDODERM 5 % | 7154655 | Yes | | Historical Provider, MD | Taking | Active |
| mirtazapine (REMERON) 30 MG tablet | 7154656 | Yes | | Historical Provider, MD | Taking | Active |
| nitrofurantoin (MACRODANTIN) 50 MG capsule | 7154657 | Yes | | Historical Provider, MD | Taking | Active |
| OPANA ER 30 MG 12 hr tablet | 7154658 | Yes | | Historical Provider, MD | Taking | Active |
| oxymorphone (OPANA) 10 MG tablet | 7154659 | No | | Historical Provider, MD | Not Taking | Active |

Restricted Information Copy Release PROHIBITED Unauthorized Release

| | | | | | |
|---|---|---|---|---|---|
| valacyclovir (VALTREX) 1000 MG tablet | 7154660 | Yes | Historical Provider, MD | Taking | Active |
| zolpidem (AMBIEN CR) 12.5 MG CR tablet | 7154661 | Yes | Historical Provider, MD | Taking | Active |

**Patient Instructions**

# Riverside Medical Clinic

# Costochondritis: After Your Visit

## Your Care Instructions

You have chest pain because the cartilage of your rib cage is inflamed. This problem is called costochondritis. This type of chest wall pain may last from days to weeks. It is not a heart problem. Sometimes costochondritis occurs with a cold or the flu, and other times the exact cause is not known.

**Follow-up care is a key part of your treatment and safety.** Be sure to make and go to all appointments, and call your doctor if you are having problems. It's also a good idea to know your test results and keep a list of the medicines you take.

## How can you care for yourself at home?

- Take medicines for pain and inflammation exactly as directed.
  - If the doctor gave you a prescription medicine, take it as prescribed.
  - If you are not taking a prescription pain medicine, ask your doctor if you can take an over-the-counter medicine.
  - Do not take two or more pain medicines at the same time unless the doctor told you to. Many pain medicines have acetaminophen, which is Tylenol. Too much acetaminophen (Tylenol) can be harmful.
- It may help to use a warm compress or heating pad (set on low) on your chest. You can also try alternating heat and ice. Put ice or a cold pack on the area for 10 to 20 minutes at a time. Put a thin cloth between the ice and your skin.
- Avoid any activity that strains the chest area. As your pain gets better, you can slowly return to your normal activities.
- Do not use tape, an elastic bandage, a "rib belt," or anything else that restricts your chest wall motion.

## When should you call for help?

**Call 911** anytime you think you may need emergency care. For example, call if:

- You have new or different chest pain or pressure. This may occur with:
  - Sweating.
  - Shortness of breath.
  - Nausea or vomiting.
  - Pain that spreads from the chest to the neck, jaw, or one or both shoulders or arms.
  - Dizziness or lightheadedness.
  - A fast or uneven pulse.

  After calling 911, chew 1 adult-strength aspirin. Wait for an ambulance. Do not try to drive yourself.
- You have severe trouble breathing.

**Call your doctor now** or seek immediate medical care if:

- You have a fever or cough.
- You have any trouble breathing.
- Your chest pain gets worse.

Riverside Medical Clinic Protected Information Reproduction PROHIBITED

Watch closely for changes in your health, and be sure to contact your doctor if:

- Your chest pain continues even though you are taking anti-inflammatory medicine.
- Your chest wall pain has not improved after 5 to 7 days.

## Where can you learn more?

Go to http://www.healthwise.net/rmc

Enter **K868** in the search box to learn more about "**Costochondritis: After Your Visit.**"

© 2006-2012 Healthwise, Incorporated. Care instructions adapted under license by Riverside Medical Clinic. These care instructions are for use with your licensed healthcare professional. If you have questions about a medical condition or this instruction, always ask your healthcare professional. Healthwise, Incorporated disclaims any warranty or liability for your use of this information.

Content Version: 9.2.102713; Last Revised: March 22, 2011

Riverside POLICE LEVEL Copy Restricted Release PROHIBITED Angel... 2014 July Unauthorized

**Level of Service**

**PR OFFICE/OUTPT VISIT,EST,LEVL III [99213]**

**Problem List** Date Reviewed: **11/8/2012**

None

**History**

**Last reviewed in this visit by Dana Bangean, RN on 11/8/2012 at 2:08 PM**

Sections Reviewed
Tobacco

**Medical History**

None

**Social History**

| Category | History |
|---|---|
| **Smoking Tobacco Use** | **Never Smoker** |
| **Smokeless Tobacco Use** | **Never Used** |
| **Tobacco Comment** | |
| **Alcohol Use** | **Yes; (social)** |
| **Drug Use** | **No** |
| **Sexual Activity** | **Yes; Male partners** |
| **ADL** | **Not Asked** |

**Family and Education**

Marital Status
Single

**Substances and Sexuality**

| Smoking Status | Amount |
|---|---|
| **Never Smoker** | N/A |

Smokeless Tobacco Status
**Never Used**

| Alcohol Use | Amount |
|---|---|
| **Yes** | N/A |
| social | |

| Drug Use | Frequency |
|---|---|
| No | N/A |

| Sexually Active | Partners |
|---|---|
| **Yes** | Male |

**Surgical History**

| Past Surgical History | Last Occurrence | Comments |
|---|---|---|
| NoHis | | |

**All Flowsheet Templates (all recorded)**

Encounter Vitals Flowsheet
Custom Formula Data Flowsheet
Anthropometrics Flowsheet

**Nursing Initial Assessment**

None

**All Charges for This Encounter**

| Code | Description | Service Date | Service Provider | Modifiers | Quantity |
|---|---|---|---|---|---|
| J1885 | PR KETOROLAC TROMETHAMINE INJ | 11/8/2012 | Eli Marrero, LVN | | 4 |
| 99213 | PR OFFICE/OUTPT VISIT,EST,LEVL III | 11/8/2012 | Jessie Rollins, DO | | 1 |

**Open Standing Orders**

(None)

**Open Future Orders**

(None)

**Encounter Vitals Flowsheet Audit Trail (all recorded)**

| Flow Time | Flow Value | User | File Time | Action |
|---|---|---|---|---|
| BP | | | | |
| 11/08/12 1513 | 121/88 mmHg | EM | 11/08/12 1514 | Current |
| 11/08/12 1409 | 110/78 mmHg | DB | 11/08/12 1410 | Current |
| Heart Rate | | | | |
| 11/08/12 1513 | 89 | EM | 11/08/12 1514 | Current |
| 11/08/12 1409 | 80 | DB | 11/08/12 1410 | Current |
| Resp | | | | |
| 11/08/12 1513 | 18 | EM | 11/08/12 1514 | Current |
| 11/08/12 1409 | 16 | DB | 11/08/12 1410 | Current |
| Temp | | | | |
| 11/08/12 1409 | 98.6 °F (37 °C) | DB | 11/08/12 1410 | Current |
| Temp Source | | | | |
| 11/08/12 1409 | Oral | DB | 11/08/12 1410 | Current |
| SpO2 | | | | |
| 11/08/12 1409 | 98 % | DB | 11/08/12 1410 | Current |
| Weight | | | | |
| 11/08/12 1409 | 102 lb 9.6 oz (46.539 kg) | DB | 11/08/12 1410 | Current |
| Height | | | | |
| 11/08/12 1409 | 5' 4.5" (1.638 m) | DB | 11/08/12 1410 | Current |
| Pain Score | | | | |
| 11/08/12 1513 | Comment: to home with moderate relief noted | EM | 11/08/12 1514 | Current |

RIVERSIDE POLICE DEPT LEVEL ONLY 2013 Restricted Information CONFIDENTIAL Unauthorized Release PROHIBITED

**User Key** (r) = User Recd, (t) = User Taken, (c) = User Cosigned

| Initials | Effective Dates | Name | Provider Type | Discipline |
|---|---|---|---|---|
| DB | 03/08/12 - | Dana Bangean, RN | Registered Nurse | |
| EM | 02/08/11 - | Eli Marrero, LVN | Licensed Vocational Nurse | |

## Flowsheet Row Details (all recorded)

**BMI (Calculated)**

Effective: 06/02/06
Row Information: BMI=Body Mass Index:({Weight Scale}/35.2)/({Height}*0.0254)^2Threshold of overweight (BMI>/= 25 Kg/m)source: http://www.cdc.gov/nccdphp/dnpa/bmi/adult_BMI/about_adult_BMI.htm

**BP**

| Warning Min/Max | Absolute Min/Max | |
|---|---|---|
| 90 / 200 | 0 / 500 | Systolic |
| 40 / 90 | 0 / 300 | Diastolic |

**BSA (Calculated - sq m)**

Effective: 06/02/06
Row Information: BSA=Body Surface Area.BSA (sq meters) = sqrt ([Height (cm) x Weight (kg)]/3600).BSA is calculated using the Mosteller Formula. Mosteller RD: Simplified Calculation of Body Surface Area. N Engl J Med 1987 Oct 22;317(17):1098.

**Height**

| Warning Min/Max | Absolute Min/Max |
|---|---|
| 1' (0.305 m) / 8' (2.438 m) | 1" (0.025 m) / 10' (3.048 m) |

**Pain Score**

Zero = 0 - No pain
1 = 1
Two = 2
Three = 3
Four = 4
Five = 5
SIX = 6
SEVEN = 7
EIGHT = 8
NINE = 9
TEN = 10 - Worst pain ever

**Pulse**

| Warning Min/Max | Absolute Min/Max |
|---|---|
| 50 / 200 | 0 / 500 |

**Resp**

| Warning Min/Max | Absolute Min/Max |
|---|---|
| 8 / 30 | 0 / 100 |

**SpO2**

| Warning Min/Max | Absolute Min/Max |
|---|---|

Copy Released ... Police Dept ... Officer ... 2019 ... (watermark, partially legible)

Br███ Ni██████████

90 % / 100 %                    0 % / 100 %

## Temp

| Warning Min/Max | Absolute Min/Max |
|---|---|
| 92 °F (33.3 °C) / 105 °F (40.6 °C) | 0 °F (-17.8 °C) / 150 °F (65.6 °C) |

## Temp src

Oral = Oral
Tympanic = Tympanic
Rectal = Rectal
Axillary = Axillary
Temporal = Temporal

## Weight

| Warning Min/Max | Absolute Min/Max |
|---|---|
| 5 lb (2.268 kg) / 300 lb (136.079 kg) | 0.1 oz (0.003 kg) / 1500 lb (680.396 kg) |

## Vitals - Last Recorded

| BP | Pulse | Temp | Resp | Ht | Wt |
|---|---|---|---|---|---|
| 121/88 | 89 | 98.6 °F (37 °C) (Oral) | 18 | 5' 4.5" (1.638 m) | 102 lb 9.6 oz (46.539 kg) |

| BMI | SpO2 | LMP |
|---|---|---|
| 17.34 kg/m2 | 98% | 10/31/2012 |

Vitals History Recorded

## All Flowsheet Templates (all recorded)

Encounter Vitals Flowsheet
Custom Formula Data Flowsheet
Anthropometrics Flowsheet

00012410

RIVERSIDE POLICE DEPT - Restricted Information
Other LEA Copy
ROZ Jul 31, 2014 11:01AM Unauthorized Release PROHIBITED



# Lewis Declaration
# Exhibit 2



RIVERSIDE MEDICAL CLINIC
Legendary Care™

RIVERSIDE MEDICAL CLINIC, LLC
3660 ARLINGTON AVENUE
RIVERSIDE CA 92506-3912

B[redacted], N[redacted]
MRN: [redacted], DOB: [redacted], Sex: F

## Immunizations

**Current Immunizations** — Never Reviewed

No immunizations on file.

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| B[redacted], N[redacted] | [redacted] | xxx-xx-xxxx | Female | [redacted] |
| **Address** | **Phone** | **Email** | | |
| [redacted] | [redacted] | — | | |
| **Reg Status** | **PCP** | **Date Last Verified** | **Next Review Date** | |
| ELAPSED | — | 11/06/12 | 05/05/13 | |

## Visit Summary

**Reason for Visit**

**Rib Injury** — pt c/o intermittent left rib pain (5/10) and hard to take a deep breath from being bear hug from boyfriend 4 days ago. pt hard a pop and got the wind knocked out of her. pt tried aleve and opana with no relief. NAD

**Diagnoses**

| Diagnosis | Comments |
|---|---|
| **Rib pain** - Primary | |
| **Rib injury** | |

**Problem List** as of 11/6/2012 — Date Reviewed: **11/6/2012**

None

**Allergies as of 11/6/2012** — Review status set to Review Complete by Prateek Jindal, DO on 11/6/2012

No Known Allergies

**Flowsheets (all recorded)**

Encounter Vitals

| Row Name | 11/06/12 1714 |
|---|---|
| Enc Vitals | |
| BP | 99/65 -SN |
| Pulse | 85 -SN |
| Resp | 16 -SN |
| Temp | 98.5 °F (36.9 °C) -SN |
| Temp src | Oral -SN |
| SpO2 | 96 % -SN |
| Weight | 101 lb (45.8 kg) -SN |
| Height | 5' 4.5" (1.638 m) |



Legendary Care™

RIVERSIDE MEDICAL CLINIC, LLC
3660 ARLINGTON AVENUE
RIVERSIDE CA 92506-3912
Amb Encounter Report

B[redacted] N[redacted]
MRN: [redacted], DOB: [redacted] Sex: F

## Visit Summary (continued)

### Flowsheets (all recorded) (continued)

| | |
|---|---|
| | -SN |
| Peak Flow | — |
| Pain Score | Five -SN |
| Pain Loc | RIB CAGE -SN |
| Pain Edu? | — |
| Excl. in GC? | — |

Custom Formula Data

| Row Name | 11/06/12 1714 |
|---|---|
| OTHER | |
| BSA (Calculated - sq m) | 1.44 sq meters -SN |
| IBW/kg (Calculated) Male | 60.35 kg -SN |
| Low Range Vt 6cc/kg MALE | 362.1 mL -SN |
| Adult Moderate Range Vt 8cc/kg MA | 482.8 mL -SN |
| Adult High Range Vt 10cc/kg MALE | 603.5 mL -SN |
| IBW/kg (Calculated) FEMALE | 55.85 kg -SN |
| Low Range Vt 6cc/kg FEMALE | 335.1 mL -SN |
| Adult Moderate Range vt 8cc/kg FEMALE | 446.8 mL -SN |
| Percent Weight Change Since Birth | 0 -SN |
| IBW/kg (Calculated) | 55.85 -SN |
| Low Range Vt 6cc/kg | 335.1 mL -SN |
| Adult Moderate Range Vt 8cc/kg | 446.8 mL -SN |
| Adult High Range Vt 10cc/kg | 558.5 mL -SN |



Legendary Care℠

RIVERSIDE MEDICAL CLINIC, LLC
3660 ARLINGTON AVENUE
RIVERSIDE CA 92506-3912
Amb Encounter Report

B[redacted], N[redacted]
MRN: [redacted] DOB: [redacted] Sex: F

## Visit Summary (continued)

### Flowsheets (all recorded) (continued)

Vital Signs

| | |
|---|---|
| BMI (Calculated) | 17.1 -SN |

Relevant Labs and Vitals

| | |
|---|---|
| Temp (in Celsius) | 36.9 -SN |

Anthropometrics

| Row Name | 11/06/12 1714 |
|---|---|
| **Anthropometrics** | |
| Height | — |
| Weight | — |
| Frame Size | — |
| Weight Change | 100 -SN |
| BMI (Calculated) | — |
| Growth Pattern Indices / Percentile Ranks | — |
| Body Compartment Estimates | — |



Legendary Care™

RIVERSIDE MEDICAL CLINIC, LLC
3660 ARLINGTON AVENUE
RIVERSIDE CA 92506-3912
Amb Encounter Report

B[redacted], N[redacted]
MRN: [redacted] DOB: [redacted], Sex: F

## Flowsheets (all recorded)

Nursing Flowsheet

| Row Name | 11/06/12 1713 |
|---|---|
| **Mental Eye Motor Verbal** | |
| Choose Adult/Child or Infant | — |
| CHILD / ADULT - Eye Opening | 4 -SN |
| CHILD / ADULT - Verbal Response | 5 -SN |
| CHILD / ADULT - Motor Response | 6 -SN |
| CHILD / ADULT - Total Score | 15 -SN |
| **Eye** | |
| Pupil Right | — |
| Pupil Left | — |
| Unequal Pupil R (In mm) | — |
| Unequal Pupil L (In mm) | — |
| Visual Acuity OD | — |
| Visual Acuity OS | — |
| **Breathing** | |
| Airway | — |
| Breathing | Normal -SN |
| Level of Distress | None -SN |
| Breath Sounds Right | Clear -SN |
| Breath Sounds Left | Clear -SN |
| **Cardiac** | |
| Chest Pain | — |
| Radiates: | — |
| Severity | — |
| Time of Onset | — |
| Pacer | — |



Legendary Care™

RIVERSIDE MEDICAL CLINIC, LLC
3660 ARLINGTON AVENUE
RIVERSIDE CA 92506-3912
Amb Encounter Report

B[redacted] N[redacted]
MRN: [redacted], DOB: [redacted], Sex: F

| | |
|---|---|
| 12 Lead EKG | — |
| EKG Monitor/Rhythym | — |
| Pain Relieved: | — |
| Peripheral Pulse | — |
| Pulse Site | — |
| Capillary Refill Time | — |

Skin

| | |
|---|---|
| Skin Condition | — |
| Wound Type | — |
| Controlled Bleeding | — |
| Muscular / Skeletal | — |
| Motor Intact | — |
| Neuro Intact | — |
| Sensory Intact | — |

Dressing

| | |
|---|---|
| Dressing Site | — |
| Dressing Status | — |
| Drains | — |
| Output (cc) | — |
| Drain Appearance | — |
| Drainage Color | — |
| Drainage Size/Amount | — |

Abdomen

| | |
|---|---|
| Abdomen | — |
| Area | — |

GI/URO

| | |
|---|---|
| GI | — |
| Urinary | — |
| Pregnant (wks and G/P/AB) | — |
| Vaginal Bleeding (pads/hr) | — |
| Vaginal Discharge (days) | — |



Legendary Care™

RIVERSIDE MEDICAL CLINIC, LLC
3660 ARLINGTON AVENUE
RIVERSIDE CA 92506-3912
Amb Encounter Report

B[redacted], N[redacted]
MRN: [redacted], DOB: [redacted], Sex: F

MISC

| | |
|---|---|
| Note | — |
| Appliances | — |
| Patient Instructions given | — |
| Pain Score | — |

OTHER

| | |
|---|---|
| Airway | Patent -SN |

User Key — (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| SN | Spencer Nguyen, RN | 05/01/12 - |

**Vitals** — Most recent update: 11/6/2012 5:15 PM

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 99/65 | 85 | 98.5 °F (36.9 °C) (Oral) | 16 | 5' 4.5" (1.638 m) |

| Wt | LMP | SpO2 |
|---|---|---|
| 101 lb (45.8 kg) | 10/31/2012 | 96% |

## Patient History

### Medical as of 11/6/2012

Past Medical History: None
Pertinent Negatives: None

### Surgical as of 11/6/2012

Past Surgical History: None
Pertinent Negatives: None

### Family as of 11/6/2012

None

### Family Status as of 11/6/2012

None

### Tobacco Use as of 11/6/2012

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Never Smoker | — | — | — | — |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| — | — | Never Used | — | Provider |

### Alcohol Use as of 11/6/2012



Legendary Care™

RIVERSIDE MEDICAL CLINIC, LLC
3660 ARLINGTON AVENUE
RIVERSIDE CA 92506-3912
Amb Encounter Report

B█, N█
MRN: █, DOB: █, Sex: F

## Flowsheets (all recorded) (continued)

### Alcohol Use as of 11/6/2012 (continued)

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Yes | | — | — | Provider |

### Drug Use as of 11/6/2012

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

### Sexual Activity as of 11/6/2012

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Yes | — | — | — | Provider |

### Activities of Daily Living as of 11/6/2012

None

### Occupational as of 11/6/2012

None

### Socioeconomic as of 11/6/2012

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Single | — | — | — | — | English | Not Hispanic, Latino/a, or Spanish origin | White or Caucasian | — |

## Medications

### Medications at Start of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **alprazolam (XANAX) 2 MG tablet (Taking)**<br>Class: Historical Med | | | 10/23/2012 | |
| **carisoprodol (SOMA) 350 MG tablet (Taking)**<br>Class: Historical Med | | | 10/23/2012 | |
| **LIDODERM 5 % (Taking)**<br>Class: Historical Med | | | 9/19/2012 | |
| **mirtazapine (REMERON) 30 MG tablet (Taking)**<br>Class: Historical Med | | | 9/19/2012 | |
| **nitrofurantoin (MACRODANTIN) 50 MG capsule (Taking)**<br>Class: Historical Med | | | 8/15/2012 | |
| **OPANA ER 30 MG 12 hr tablet (Taking)**<br>Class: Historical Med | | | 10/23/2012 | |



Legendary Care™

RIVERSIDE MEDICAL CLINIC, LLC
3660 ARLINGTON AVENUE
RIVERSIDE CA 92506-3912
Amb Encounter Report

B[redacted], N[redacted]
MRN: [redacted], DOB: [redacted] Sex: F

## Medications (continued)

### Medications at Start of Encounter (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Earliest Fill Date: 10/23/2012 | | | | |
| **oxymorphone (OPANA) 10 MG tablet (Taking)**<br>Class: Historical Med<br>Earliest Fill Date: 10/23/2012 | | | 10/23/2012 | |
| **valacyclovir (VALTREX) 1000 MG tablet (Taking)**<br>Class: Historical Med | | | 9/19/2012 | |
| **zolpidem (AMBIEN CR) 12.5 MG CR tablet (Taking)**<br>Class: Historical Med | | | 10/23/2012 | |
| **ZOVIA 1/35E, 28, 1-35 MG-MCG per tablet (Taking)**<br>Class: Historical Med | | | 11/4/2012 | |

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 11/6/2012 5:10 PM | Prateek Jindal, DO | MAIN URGENT CARE | Main Clinic |

### Reason for Call

**Rib Injury** pt c/o intermittent left rib pain (5/10) and hard to take a deep breath from being bear hug from boyfriend 4 days ago. pt hard a pop and got the wind knocked out of her. pt tried aleve and opana with no relief. NAD

### Care Advice Given

No Care Advice given for this encounter.

### All Meds and Administrations

(There are no med orders for this encounter)

## Orders





Legendary Care™

RIVERSIDE MEDICAL CLINIC, LLC
3660 ARLINGTON AVENUE
RIVERSIDE CA 92506-3912
Amb Encounter Report

B[redacted], N[redacted]
MRN: [redacted], DOB: [redacted], Sex: F

## Lab and Imaging Orders

### X-ray ribs left 2 view

Electronically signed by: **Prateek Jindal, DO on 11/06/12 1753** Status: **Completed**
Ordering user: Prateek Jindal, DO 11/06/12 1753 Authorized by: Prateek Jindal, DO
Frequency: 11/06/12 -
Diagnoses
Rib pain [786.50 (ICD-9-CM)]

Questionnaire

| Question | Answer |
|---|---|
| Is there a chance that you are pregnant? | No |
| Reason for Exam: | pain x 4 days |

## Other Orders

No orders found

## Result Summary

### All Results

No results found

## Progress Notes

### Prateek Jindal, DO at 11/6/2012 5:55 PM

Version 1 of 1

Author Type: Physician Status: Signed

**Subjective:**

**Patient ID:** N[redacted] B[redacted] is a 25 y.o. female.

Patient's medications, allergies, past medical, surgical, social and family histories were reviewed and updated as appropriate.

**Chest Pain**

This is a new problem. The current episode started in the past 7 days (4 days). The onset quality is sudden (after receiving a surprise bear hug). The problem occurs constantly. The problem has been unchanged. The pain is present in the lateral region (left). The pain is severe. The pain does not radiate. Pertinent negatives include no shortness of breath. The pain is aggravated by breathing and movement. She has tried acetaminophen, NSAIDs and analgesics (Ice, heat, Aleve, Tylenol, Opana, Soma) for the symptoms. The treatment provided no relief.

Review of Systems
Respiratory: Negative for shortness of breath.
Cardiovascular: Positive for chest pain **(Left rib cage after bear hug)**.

**Objective:**



RIVERSIDE MEDICAL
CLINIC, LLC
3660 ARLINGTON AVENUE
RIVERSIDE CA 92506-3912
Amb Encounter Report

B███ N███
MRN: ███████   DOB: ███████, Sex: F

**Legendary Care™**

## Progress Notes (continued)

**Prateek Jindal, DO at 11/6/2012  5:55 PM (continued)**    Version 1 of 1

Physical Exam
Nursing note and vitals reviewed.
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
Pulmonary/Chest: Effort normal and breath sounds normal. No accessory muscle usage. Not tachypneic. No respiratory distress. She has no decreased breath sounds. She has no wheezes. She has no rhonchi. She has no rales. She exhibits tenderness **(L upper lateral chest wall)**.
Neurological: She is alert and oriented to person, place, and time.
Skin: No bruising and no ecchymosis noted.

XR: no def fx.

### Assessment:

1. **Rib pain**                        X-ray ribs left 2 view
2. Rib injury

### Plan:

Reassurance. Cont chronic pain meds. Increase OTC Aleve from 1 BID to 2 BID w/food. Rib belt provided with instructions. PMD f/u. RTC prn worse.

### Procedure Notes
No notes of this type exist for this encounter.

### H&P Notes
No notes of this type exist for this encounter.

### Follow-up and Disposition History
11/06/2012 1819 - Prateek Jindal, DO

Dispositions:                Return if symptoms worsen or fail to improve.

### All Notes
No notes of this type exist for this encounter.



RIVERSIDE
MEDICAL
CLINIC

Legendary Care™

RIVERSIDE MEDICAL CLINIC, LLC
3660 ARLINGTON AVENUE
RIVERSIDE CA 92506-3912
Amb Encounter Report

B[redacted] N[redacted]
MRN: [redacted], DOB: [redacted], Sex: F

## Visit Summary

### Reason for Visit

**Rib Injury** — x 6 days, pt here for recheck on ribs injury, taking Oxymorphone ER 30 mg with no relief. Pt roomed, stable.

### Diagnoses

| | Comments |
|---|---|
| **Costochondritis** - Primary | |

### **Problem List** as of 11/8/2012

Date Reviewed: **11/8/2012**

None

### Allergies as of 11/8/2012

Review status set to Review Complete by Dana Bangean, RN on 11/8/2012

No Known Allergies

### Flowsheets (all recorded)

Encounter Vitals

| Row Name | 11/08/12 1409 | 11/08/12 1513 |
|---|---|---|
| **Enc Vitals** | | |
| BP | 110/78 -DB | 121/88 -EM |
| Pulse | 80 -DB | 89 -EM |
| Resp | 16 -DB | 18 -EM |
| Temp | 98.6 °F (37 °C) -DB | — |
| Temp src | Oral -DB | — |
| SpO2 | 98 % -DB | — |
| Weight | 102 lb 9.6 oz (46.5 kg) -DB | — |
| Height | 5' 4.5" (1.638 m) -DB | — |
| Peak Flow | — | — |
| Pain Score | — | — to home with moderate relief noted -EM |
| Pain Loc | — | — |
| Pain Edu? | — | — |
| Excl. in GC? | — | — |

Custom Formula Data

| Row Name | 11/08/12 1409 |
|---|---|
| **OTHER** | |
| BSA (Calculated - sq m) | 1.46 sq meters -DB |
| IBW/kg (Calculated) Male | 60.35 kg -DB |
| Low Range Vt | 362.1 mL -DB |



RIVERSIDE MEDICAL CLINIC
Legendary Care™

RIVERSIDE MEDICAL CLINIC, LLC
3660 ARLINGTON AVENUE
RIVERSIDE CA 92506-3912
Amb Encounter Report

B[redacted] N[redacted]
MRN: [redacted], DOB: [redacted] Sex: F

## Visit Summary (continued)

### Flowsheets (all recorded) (continued)

| | |
|---|---|
| 6cc/kg MALE | |
| Adult Moderate Range Vt 8cc/kg MA | 482.8 mL -DB |
| Adult High Range Vt 10cc/kg MALE | 603.5 mL -DB |
| IBW/kg (Calculated) FEMALE | 55.85 kg -DB |
| Low Range Vt 6cc/kg FEMALE | 335.1 mL -DB |
| Adult Moderate Range vt 8cc/kg FEMALE | 446.8 mL -DB |
| Percent Weight Change Since Birth | 0 -DB |
| IBW/kg (Calculated) | 55.85 -DB |
| Low Range Vt 6cc/kg | 335.1 mL -DB |
| Adult Moderate Range Vt 8cc/kg | 446.8 mL -DB |
| Adult High Range Vt 10cc/kg | 558.5 mL -DB |

Vital Signs

| | |
|---|---|
| BMI (Calculated) | 17.4 -DB |

Relevant Labs and Vitals

| | |
|---|---|
| Temp (in Celsius) | 37 -DB |

Anthropometrics

| Row Name | 11/08/12 1409 |
|---|---|
| **Anthropometrics** | |
| Height | — |
| Weight | — |
| Frame Size | — |
| Weight Change | 100 -DB |
| BMI | — |

Printed on 11/19/21 9:08 AM Page 12

00103506



Legendary Care™

RIVERSIDE MEDICAL CLINIC, LLC
3660 ARLINGTON AVENUE
RIVERSIDE CA 92506-3912
Amb Encounter Report

B[redacted], N[redacted]
MRN: [redacted], DOB: [redacted], Sex: F

## Visit Summary (continued)

### Flowsheets (all recorded) (continued)

| | |
|---|---|
| (Calculated) Growth Pattern Indices / Percentile Ranks | — |
| Body Compartment Estimates | — |

User Key (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| DB | Dana Bangean, RN | 03/08/12 - |
| EM | Eli Marrero, LVN | 02/08/11 - |

### Vitals

Most recent update: 11/8/2012 3:14 PM

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 121/88 | 89 | 98.6 °F (37 °C) (Oral) | 18 | 5' 4.5" (1.638 m) |

| Wt | LMP | SpO2 |
|---|---|---|
| 102 lb 9.6 oz (46.5 kg) | 10/31/2012 | 98% |

## Patient History

### Medical as of 11/8/2012

Past Medical History: None
Pertinent Negatives: None

### Surgical as of 11/8/2012

Past Surgical History: None
Pertinent Negatives: None

### Family as of 11/8/2012

None

### Family Status as of 11/8/2012

None

### Tobacco Use as of 11/8/2012

| Smoking Status | Smoking Start Date | Smoking Quit Date | Packs/Day | Years Used |
|---|---|---|---|---|
| Never Smoker | — | — | — | — |

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|



RIVERSIDE MEDICAL CLINIC
Legendary Care™

RIVERSIDE MEDICAL CLINIC, LLC
3660 ARLINGTON AVENUE
RIVERSIDE CA 92506-3912
Amb Encounter Report

B[redacted] N[redacted]
MRN: [redacted] DOB: [redacted] Sex: F

## Visit Summary (continued)

### Tobacco Use as of 11/8/2012 (continued)

| Types | Comments | Smokeless Tobacco Status | Smokeless Tobacco Quit Date | Source |
|---|---|---|---|---|
| — | — | Never Used | — | Provider |

### Alcohol Use as of 11/8/2012

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Yes | | — | social | Provider |

### Drug Use as of 11/8/2012

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| No | — | — | — | Provider |

### Sexual Activity as of 11/8/2012

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Yes | — | Male | — | Provider |

### Activities of Daily Living as of 11/8/2012

None

### Occupational as of 11/8/2012

None

### Socioeconomic as of 11/8/2012

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Single | — | — | — | — | English | Not Hispanic, Latino/a, or Spanish origin | White or Caucasian | — |

## Medications

### Medications at Start of Encounter

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **alprazolam (XANAX) 2 MG tablet (Taking)**<br>Class: Historical Med | | | 10/23/2012 | |
| **carisoprodol (SOMA) 350 MG tablet (Taking)**<br>Class: Historical Med | | | 10/23/2012 | |
| **LIDODERM 5 % (Taking)**<br>Class: Historical Med | | | 9/19/2012 | |
| **mirtazapine (REMERON) 30 MG tablet (Taking)** | | | 9/19/2012 | |



Legendary Care™

RIVERSIDE MEDICAL CLINIC, LLC
3660 ARLINGTON AVENUE
RIVERSIDE CA 92506-3912
Amb Encounter Report

B[redacted] N[redacted]
MRN: [redacted], DOB: [redacted], Sex: F

## Medications (continued)

### Medications at Start of Encounter (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Class: Historical Med | | | | |
| **nitrofurantoin (MACRODANTIN) 50 MG capsule (Taking)**<br>Class: Historical Med | | | 8/15/2012 | |
| **OPANA ER 30 MG 12 hr tablet (Taking)**<br>Class: Historical Med<br>Earliest Fill Date: 10/23/2012 | | | 10/23/2012 | |
| **valacyclovir (VALTREX) 1000 MG tablet (Taking)**<br>Class: Historical Med | | | 9/19/2012 | |
| **zolpidem (AMBIEN CR) 12.5 MG CR tablet (Taking)**<br>Class: Historical Med | | | 10/23/2012 | |
| **ZOVIA 1/35E, 28, 1-35 MG-MCG per tablet (Taking)**<br>Class: Historical Med | | | 11/4/2012 | |
| **oxymorphone (OPANA) 10 MG tablet**<br>Class: Historical Med<br>Earliest Fill Date: 10/23/2012 | | | 10/23/2012 | |

### Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **methylPREDNISolone (MEDROL) 4 MG tablet**<br>Sig: Take 6 tablets orally on day 1, then take one tablet less than the previous day until all gone. | 21 tablet | 0 | 11/8/2012 | 11/15/2012 |

### Ordered Facility-Administered Medications

| | Dose | Freq | Start | End |
|---|---|---|---|---|
| **ketorolac (TORADOL) injection 60 mg**<br>Route: Intramuscular | 60 mg | ONCE | 11/8/2012 | 11/8/2012 |

### Call Information

| | Provider | Department | Center |
|---|---|---|---|
| 11/8/2012 1:50 PM | Jessie Rollins, DO | MAIN URGENT CARE | Main Clinic |

### Reason for Call

**Rib Injury** x 6 days, pt here for recheck on ribs injury, taking Oxymorphone ER 30 mg with no relief. Pt roomed, stable.

### Care Advice Given

No Care Advice given for this encounter.

### All Meds and Administrations



Legendary Care™

RIVERSIDE MEDICAL CLINIC, LLC
3660 ARLINGTON AVENUE
RIVERSIDE CA 92506-3912
Amb Encounter Report

B[redacted] N[redacted]
MRN: [redacted], DOB: [redacted], Sex: F

**All Meds and Administrations**

ketorolac (TORADOL) injection 60 mg [7154874]

Ordering Provider: Jessie Rollins, DO
Ordered On: 11/08/12 1440
Dose (Remaining/Total): 60 mg (0/1)
Frequency: ONCE

Status: Completed (Past End Date/Time)
Starts/Ends: 11/08/12 1445 - 11/08/12 1442
Route: Intramuscular
Rate/Duration: — / —

| Timestamps | Action | Dose | Route / Site | Other Information |
|---|---|---|---|---|
| 11/08/12 1442 | Given | 60 mg | Intramuscular Left Ventrogluteal | Performed by: Eli Marrero, LVN |

## Orders

**Lab and Imaging Orders**

No orders found

**Other Orders**

No orders found

## Result Summary

**All Results**

No results found

## Progress Notes

**Jessie Rollins, DO at 11/8/2012 8:43 PM** Version 1 of 1

Author Type: Physician Status: Signed

**Subjective:**

**Patient ID:** N[redacted] B[redacted] is a 25 y.o. female.

Patient's medications, allergies, past medical, surgical, social and family histories were reviewed and updated as appropriate.

**Chest Pain**

This is a new problem. The current episode started in the past 7 days. The onset quality is sudden (someone "bear hugged" her and she felt a pop). The problem has been gradually worsening. The pain is severe. Pertinent negatives include no fever. Prior diagnostic workup includes chest x-ray.

Review of Systems
Constitutional: Negative for fever and chills.
Cardiovascular: Positive for chest pain.
Skin: Negative for itching and rash.



Legendary Care™

RIVERSIDE MEDICAL CLINIC, LLC
3660 ARLINGTON AVENUE
RIVERSIDE CA 92506-3912
Amb Encounter Report

B[redacted], N[redacted]
MRN: [redacted], DOB: [redacted], Sex: F

**Progress Notes (continued)**

**Jessie Rollins, DO at 11/8/2012 8:43 PM (continued)** Version 1 of 1

**Objective:**

Physical Exam

Constitutional: She appears well-developed and well-nourished.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She exhibits tenderness.

**Exquisite TTP to light touch**

Neurological: She is alert.
Skin: Skin is warm.
Psychiatric: She has a normal mood and affect.

**Assessment:**

1. **Costochondritis**

**Plan:**

Toradol
Medrol Dose Pack
Monitor Sx. Instructions and warnings given.
Follow up with PMD; may return to UC or ER if symptoms worsen.

**Procedure Notes**

No notes of this type exist for this encounter.



RIVERSIDE MEDICAL CLINIC

Legendary Care™

RIVERSIDE MEDICAL CLINIC, LLC
3660 ARLINGTON AVENUE
RIVERSIDE CA 92506-3912
Amb Encounter Report

B[redacted] N[redacted]
MRN: [redacted], DOB: [redacted], Sex: F

**H&P Notes**

No notes of this type exist for this encounter.

**All Notes**

No notes of this type exist for this encounter.

**Order**

**X-ray ribs left 2 view [7154662]**

Electronically signed by: **Prateek Jindal, DO on 11/06/12 1753** Status: **Completed**
Ordering user: Prateek Jindal, DO 11/06/12 1753 Authorized by: Prateek Jindal, DO
Ordered during: Office Visit on 11/06/2012
Frequency: 11/06/12 -
Diagnoses
Rib pain [786.50 (ICD-9-CM)]

Questionnaire

| Question | Answer |
|---|---|
| Is there a chance that you are pregnant? | No |
| Reason for Exam: | pain x 4 days |

## X-ray ribs left 2 view

**Results** Status: **Final result**
**Normal** **(Exam End: 11/6/2012 6:06 PM)**

X-ray ribs left 2 view [7154873] (Normal) Resulted: 11/07/12 1052, Result status: Final result

Resulted by: Jaspret Brar, MD Performed: 11/06/12 1757 - 11/06/12 1806
Accession number: E129977
Narrative:
FINDINGS: There is no definite evidence of acute displaced fracture of the ribs. No pneumothorax is identified. Lung parenchyma demonstrates no focal lesion.

IMPRESSIONS:

No definite acute osseous left rib abnormality.

32.8

Scan on 11/6/2012 7:46 PM by Grace Jimenez (below)



RIVERSIDE MEDICAL
CLINIC, LLC
3660 ARLINGTON AVENUE
RIVERSIDE CA 92506-3912

B█████ N███
MRN: █████, DOB: █████████, Sex: F

**Legendary Care™**

## Order (continued)

### Patient Information Sheet

<table>
<tr><td>☐ New Patient</td></tr>
<tr><td>☐ Name Change</td></tr>
<tr><td>☐ Address Change</td></tr>
<tr><td>☐ Insurance Change</td></tr>
<tr><td>☐ Other</td></tr>
</table>

**OFFICE USE ONLY**

Doctor #:
Account #:
Family Mem
Medical Rec

**PATIENT INFORMATION**

Last Name: B█████   First Name: N   M.I.   Sex (M or F): F   Date of Birth   Social Security No.

Patient's Address: ████   Apt. No.   City   State   Zip Code

Home Phone   Work Phone: ████   3rd/Cell Primary Contact Number: ← SAME   Message Phone   Marital Status (S, M, D, or W)

Patient's Employer: N/A   Employer's Street Address   City, State, Zip Code   Telephone

Language of Preference   Interpreter Required? ☐ Yes ☐ No   E-mail Address

Ethnicity: ☐ Hispanic or Latino  ☑ Non-Hispanic or Non-Latino  ☐ Unknown  ☐ Decline to Provide

Race: ☐ American Indian or Alaska Native  ☐ Native Hawaiian or Other Pacific Islander  ☐ Black or African American  ☑ White  ☐ Unknown  ☐ Decline to Provide

**GUARANTOR/FINANCIAL RESPONSIBILITY INFORMATION (COMPLETE ONLY IF PATIENT IS A MINOR OR FULL-TIME STUDENT)**

Father's Name (last, first, M.I.)   Father's Address (if different than patient's)

Father's Employer   Employer's Street Address   City, State, Zip

Father's Social Security No.   Date of Birth   Business Phone

Mother's Name (last, first, M.I.)   Mother's Address (if different than patient's)

Mother's Employer   Employer's Street Address   City, State, Zip

Mother's Social Security No.   Date of Birth   Business Phone

**SPOUSE OR EMERGENCY INFORMATION**

Last Name   First Name   Relationship to Patient   Telephone

**INSURANCE INFORMATION**

Primary Insurance Co.   Policy Number   Group Number: SOCIAL SECURITY #   Plan Code

Subscriber Name: █████   Date of Birth   Employer: entertainment partners

Secondary Insurance Co.   Policy Number   Group Number   Plan Code

Subscriber Name   Date of Birth   Subscriber ID   Employer

**DOES THE PATIENT HAVE ANY OTHER MEDICAL INSURANCE? IF YES, PLEASE COMPLETE BELOW:**

Insurance Co.   Subscriber   Policy Number

**NEAREST RELATIVE (NOT LIVING WITH YOU)**

Relative's Name: Nancy Souza   Street Address   Telephone Number

Missed appointments may be subject to a charge if 24 hour prior notice is not given.

All returned checks will be subject to a $20.00 processing fee. Failure to replace and pay all returned checks and the processing fee could result in the item being turned over to the District Attorney's Office.

My signature below hereby authorizes the above named insurance company(s) to pay for all medical services rendered. I understand that I am financially responsible for all charges not covered by my insurance company. I authorize release of medical information to said insurance company. Additionally, my signature provides willing consent to the procedures which may be performed, including emergency treatment or services, and which may include but is not limited to, laboratory procedures, x-ray exams, medical or surgical treatment or procedures, anesthesia, or services rendered to the patient under the ░░░░░░░ ░░░ the patient's physician or his designate.

Signature   Date: 11/6/12   If Not Patient, Relationship

100-095   OVER   PATIENT INFO FORM ENGLISH



RIVERSIDE MEDICAL CLINIC

Legendary Care™

RIVERSIDE MEDICAL
CLINIC, LLC
3660 ARLINGTON AVENUE
RIVERSIDE CA 92506-3912

B[redacted] N[redacted]
MRN: [redacted] DOB: [redacted], Sex: F

## Order (continued)

### CONSENT TO USE AND DISCLOSE PROTECTED HEALTH INFORMATION

By signing this form, you are granting consent to Riverside Medical Clinic to use and disclose your protected health information for the purpose of treatment, payment and healthcare operations. Our Notice of Privacy Practices provides more detailed information about how we may use and disclose this protected health information. You have the legal right to review our Notice of Privacy Practices before you sign this consent, and we encourage you to read it in full.

You may obtain a copy of the Notice of Privacy Practices by viewing our website www.riversidemedicalclinic.com or by contacting our Quality Management Department at (951) 782-5103.

You have the right to request a restriction or limitation on the medical information we use or disclose about you for treatment, payment or health care operations. You also have the right to request a limit on the medical information we disclose about you to someone who is involved in your care or the payment for your care, like a family member or friend.

To request restrictions, you must make your request in writing to Riverside Medical Clinic Medical Records Department at 3660 Arlington Avenue Riverside, CA 92506. Please tell us (1) What information you want to limit (2) whether you want to limit our use, disclosure or both; and (3) to whom you want the limits to apply, for example, disclosures to your spouse.

You have the right to revoke this consent in writing, except to the extent we already have used or disclosed your protected health information in reliance on your consent.

### NOTICE TO CONSUMERS

Medical doctors are licensed and regulated by the Medical Board of California
(800) 633-2322
www.mbc.ca.gov

[redacted] 11/6/12

Signature (Patient / Parent / conservator / guardian) Date

Scan on 11/6/2012 7:47 PM by Grace Jimenez (below)



Legendary Care™

RIVERSIDE MEDICAL CLINIC, LLC
3660 ARLINGTON AVENUE
RIVERSIDE CA 92506-3912

B[redacted], N[redacted]
MRN: [redacted] DOB: [redacted] Sex: F

Order (continued)

RIVERSIDE MEDICAL CLINIC

# Authorization to Contact Information

PATIENT NAME: N[redacted] B[redacted] DOB: [redacted]

CHART NO.: [redacted] DR: ______ APPT: ______

Dear Patient,

You have the right to specify how and when we communicate with you about your medical care/services. For example, you can ask that we only contact you by telephone to discuss appointments, results or other medical information. Please review the following choices and indicate to us which method of communication is best for you.

**STANDARD COMMUNICATION**

NB Standard Communication: All information on my account can be used to communicate with me, including address and home telephone number. My work telephone number may be used for messages.

**RESTRICTED COMMUNICATION**

____ Only contact me by telephone at: ______

____ Do not send mail to my home address. Only send written communications regarding my medical information to the address listed below:

Street: ______

Apt. or Suite: ______

City: ______ Street: ______ Zip: ______ - ______

____ Special Instructions:

______

My signature below authorizes the doctor and/or staff member to communicate in the method indicated above. This includes:

- Stating that he/she is associated with the doctor's office and/or Riverside Medical Clinic to any person or answering device that may answer the telephone.
- Sharing the information regarding my appointments, test results or other medical information with any person or answering device that may answer the telephone.

Signature: [redacted] Date: 11/6/12

525-733 (4/12)

Scan on 11/6/2012 7:47 PM by Grace Jimenez (below)



RIVERSIDE MEDICAL
CLINIC, LLC
3660 ARLINGTON AVENUE
RIVERSIDE CA 92506-3912

B███ N███
MRN: ███████ DOB: ███████ Sex: F



Legendary Care™

## Order (continued)

Patient Name: N███ B███   MR#: ███████

# Notice of Privacy Practices
# Patient Acknowledgement

The Riverside Medical Clinic *Notice of Privacy Practices* provides detailed information about how we may use and disclose your protected health information. It also describes your right to request restrictions on how we use and disclose this information. You are being given a copy of the *Notice of Privacy Practices* at this time and we encourage you to read it in full.

Our *Notice of Privacy Practices* is also available for viewing on the RMC website which can be accessed at www.riversidemedicalclinic.com. Additional copies may be obtained by contacting our Customer Relations Department at (951) 782-5102 or (951) 697-5477.

By signing below, I acknowledge that I have been given a copy of the Riverside Medical Clinic *Notice of Privacy Practices*.

Signature: ███████████   Date: 4/6/12
_____
____tient/_____ator/Guardian)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### For RMC Staff – Use Only if Unable to Obtain acknowledgment

*Complete only if no signature is obtained.  If it is not possible to obtain the individual's Acknowledgment, describe the good faith efforts made to obtain the individual's Acknowledgment, and the reasons why the Acknowledgment was not obtained.*

*Reasons why the acknowledgment was not obtained:*

☐ Patient refused to sign this Acknowledgment even though the patient was asked to do so and the patient was given the Notice of Privacy Practices.

☐ Other: _____

Signature: _____   Date: _____ Time: _____

Print/Type Name: _____

525-761 (9/11)

Scan on 11/6/2012  7:48 PM by Grace Jimenez (below)

00103516



Legendary Care™

RIVERSIDE MEDICAL CLINIC, LLC
3660 ARLINGTON AVENUE
RIVERSIDE CA 92506-3912

B[redacted], N[redacted]
MRN: [redacted] DOB: [redacted] Sex: F

Order (continued)

RIVERSIDE MEDICAL CLINIC

# Member Acknowledgement of Financial Responsibility

## Patie[redacted] Se[redacted]ces

AFFIX LABEL HERE

Dear Patient,

If you are a member of a Preferred Provider Organization (PPO), Health Maintenance Organization (HMO) or other Managed Care Plan, your Health Plan will only reimburse Riverside Medical Clinic (RMC) for services if the patient is eligible at the time of service, and the supplies or equipment are a Covered Benefit. The specifics of your benefits, coverage and copay requirements are outlined in the Evidence of Coverage manual sent to the subscriber at the time of enrollment.

Riverside Medical Clinic cannot assume financial risk for services or copays, which are your responsibility or are not covered by your Health Insurance Plan.

Your signature below acknowledges that a Riverside Medical Clinic staff member has notified you that one or more of the following may be applicable under the terms of your Health Plan coverage. Where applicable, you will be financially responsible to reimburse RMC for these services or supplies.

____ Cosmetic service(s) are NOT a covered benefit under your Health Plan.

____ The equipment or supply dispensed is not covered under your Health Plan.

NB Your health plan may consider these services non-covered and you could be held financially responsible.

____ The service, equipment, medication or supply provided may have higher copay, coinsurance or deductible, than was collected at the time of service.

NB Services rendered by RMC or Non-RMC providers, that are NOT prior authorized, may be denied.

NB I understand that I will be liable for services if found ineligible after services have been rendered. Effective date with HMO ____________

The specifics services or supplies reference above are as follows:

| Description | Date of Service | Physician |
|---|---|---|
| | | |

N[redacted] B[redacted]
Member or Legal Representative (please print) Date: 11/6/12

[signature]
Signature of Member or Legal Respresentative Date: 11/6/12

525-762 (5/09)

Scan on 11/22/2013 9:35 AM by Christina Bain: CITY OF RIVERSIDE POLICE DEPT. (below)



RIVERSIDE MEDICAL CLINIC
Legendary Care℠

RIVERSIDE MEDICAL CLINIC, LLC
3660 ARLINGTON AVENUE
RIVERSIDE CA 92506-3912

B[redacted] N[redacted]
MRN: [redacted], DOB: [redacted], Sex: F

Order (continued)

CITY OF RIVERSIDE 1028892

RIVERSIDE POLICE DEPARTMENT
AUTHORIZATION FOR MEDICAL AND/OR HOSPITAL INFORMATION

I hereby request and authorize you to furnish to the Riverside Police Department, or its representative, any and all present information you may have concerning:

N[redacted] B[redacted] [redacted]
(Victim's Name) (Date of Birth)

with respect to any illness or injury, consultation, prescriptions or treatment, including x-ray plates, and copies of all hospital or medical records.

A photo static copy of this authorization shall be considered as effective and valid as the original. Your reports shall include history, your findings, diagnosis and prognosis.

______________________________
(Name of Medical Facility and / or Doctor)

is released from all legal liability that may arise from the release of the information requested.

Signatu[redacted] [redacted] 10/31/13
Date

Witness #568 10·31·13
Date

POLICE DEPARTMENT
10540 MAGNOLIA AVENUE #B • RIVERSIDE, CALIFORNIA 92505 • (951) 353-7600

RIVERSIDE MEDICAL CLINIC RECEIVED NOV 12 2013 34160 MEDICAL RECORDS

Scan on 11/19/2021 9:01 AM by Michelle Talerico: 11/05/2021 ROI Subpoena (below)



RIVERSIDE MEDICAL CLINIC
Legendary Care™

RIVERSIDE MEDICAL
CLINIC, LLC
3660 ARLINGTON AVENUE
RIVERSIDE CA 92506-3912

B[redacted], N[redacted]
MRN: [redacted], DOB: [redacted], Sex: F

## Order (continued)

Attorney's Name, Address, & Phone:
ELI A. ALCARAZ (Cal. Bar No. 288594)
FRANCES S. LEWIS (Cal. Bar No. 291055)
Assistant United States Attorneys/Attorneys for USA
3403 Tenth Street, Suite 200
Riverside, California 92501
Telephone: (951) 276-6938/(213) 894-4850
E-mail: eli.alcaraz@usdoj.gov/frances.lewis@usdoj.gov

Contact: FBI SA David Staab, (951) 897-3047

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>PLAINTIFF<br>v.<br>JOHN JACOB OLIVAS,<br>DEFENDANT(S) | CASE NUMBER<br>ED CR 18-231-JGB<br><br>**SUBPOENA IN A CRIMINAL CASE** |

TO: Riverside Medical Clinic, Custodian of Records, 7117 Brockton Ave., Riverside, CA 92506

☑ **YOU ARE HEREBY COMMANDED** to appear in the United States District Court at the place, date and time specified below to testify in the above case.

Place: United States District Court, 3470 Twelfth Street, Riverside, CA 92501, Courtroom: 1
Date: 11/30/2021, Time: 9:00 a.m.,

☑ **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):
Any and all medical files for N[redacted] B[redacted] (DOB [redacted]) from visit(s) from in or about November 2012, including any records for MRN# [redacted]

Kiry K. Gray, Clerk of Court

November 5, 2021
Date

**END OF REPORT**

**Report Settings**

| | | |
|---|---|---|
| **Account:** | B[redacted],N[redacted] [redacted] | **Riverside Medical Clinic** |
| **Patient:** | B[redacted] N[redacted] [redacted] | **3660 Arlington Ave.** |
| **Submission Information** | | **Riverside, CA 92506** |
| **User:** | [ 1570] | **Business Office** |
| **Time:** | Thu Nov 11, 2021 12:23 PM | **(951) 782-3050** |
| | | **TIN: - 33-0587303** |

**Transaction Information**

| | | Service Date From | Service Date To | Total Amount |
|---|---|---|---|---|
| **Charges** | | 01/01/2000 | 11/11/2021 | 335.00 |

| Tx # | Procedure | Diagnoses | Service Provider | Date | Amount | |
|---|---|---|---|---|---|---|
| 1 | A4466-PR ELASTIC G... | 786.50 (ICD-9-CM)-Che... | Prateek Jindal, DO [1054] | 11/06/2012 | | 16.00 |
| | (Match Pmt) 6 | 2000-INSURANCE PAYMENT (INSURANCE) | | 11/19/2012 | 10.80 | |
| | (Match Pmt) 15 | 1000-PATIENT PAYMENT (ACCOUNT) | | 12/12/2012 | 1.20 | |
| | (Match Adj) 7 | 3000-CONTRACTUAL WRITE-OFF (INSURANCE) | | 11/19/2012 | 4.00 | |
| 2 | 99202-PR OFFICE/OU... | 786.50 (ICD-9-CM)-Che... 848.3 (ICD-9-CM)-Sprain c | Prateek Jindal, DO [1054] | 11/06/2012 | | 129.00 |
| | (Match Pmt) 6 | 2000-INSURANCE PAYMENT (INSURANCE) | | 11/19/2012 | 66.08 | |
| | (Match Pmt) 15 | 1000-PATIENT PAYMENT (ACCOUNT) | | 12/12/2012 | 24.01 | |
| | (Match Adj) 8 | 3000-CONTRACTUAL WRITE-OFF (INSURANCE) | | 11/19/2012 | 38.91 | |
| 3 | 71100-CHG X-RAY RIB... | 786.50 (ICD-9-CM)-Che... | Jaspret Singh Brar, MD... | 11/06/2012 | | 61.00 |
| | (Match Pmt) 9 | 2000-INSURANCE PAYMENT (INSURANCE) | | 11/19/2012 | 35.83 | |
| | (Match Pmt) 15 | 1000-PATIENT PAYMENT (ACCOUNT) | | 12/12/2012 | 3.98 | |
| | (Match Adj) 10 | 3000-CONTRACTUAL WRITE-OFF (INSURANCE) | | 11/19/2012 | 21.19 | |
| 4 | 99213-PR OFFICE/OU... | 733.6 (ICD-9-CM)-Tietz... | Jessie E Rollins, DO [1... | 11/08/2012 | | 125.00 |
| | (Match Pmt) 11 | 2000-INSURANCE PAYMENT (INSURANCE) | | 11/21/2012 | 53.54 | |
| | (Match Pmt) 15 | 1000-PATIENT PAYMENT (ACCOUNT) | | 12/12/2012 | 22.61 | |
| | (Match Adj) 12 | 3000-CONTRACTUAL WRITE-OFF (INSURANCE) | | 11/21/2012 | 48.85 | |
| 5 | J1885-PR KETOROLA... | 733.6 (ICD-9-CM)-Tietz... | Eli Marrero, LVN [90071] | 11/08/2012 | | 4.00 |
| | (Match Pmt) 13 | 2000-INSURANCE PAYMENT (INSURANCE) | | 11/27/2012 | 0.83 | |
| | (Match Adj) 14 | 3000-CONTRACTUAL WRITE-OFF (INSURANCE) | | 11/27/2012 | 3.08 | |
| | (Match Adj) 16 | 5015-SMALL BALANCE WRITE OFF (ACCOUNT) | | 01/11/2013 | 0.09 | |
| **Payments** | | | Matched to charges | | | 218.88 |
| **Adjustments** | | | Matched to charges | | | 116.12 |

Note: This report contains only those payments and adjustments which are matched to the charges listed in the Charges section.

# Lewis Declaration
# Exhibit 3

Riverside Police Department
Continuation Sheet

File [redacted]
Det. B. Isaac #

After they arrived at the suspect's house, he put the gun down on a table and then grabbed the victim and shoved her to the ground. S/Olivas then began trying to pull the victim's pants off of her. V#1 said she was begging him to stop and he said "No, shut the fuck up and do what I say". The suspect continued to pull on the pants and they eventually came off of the victim. V#1 said she tried to crawl across the floor to get away and the suspect grabbed her leg and yanked her back across the floor. As a result of this the victim's leg got cut and was bleeding. V#1 said the suspect held her arms over her head and "Forced himself on me". V#1 said she kept asking him to stop and he wouldn't, so after....he got up to go to the bathroom. While the suspect was in the bathroom, V#1 grabbed the gun on the table, took out the magazine, took the round out of the chamber and hid it with the pots and pans in the kitchen. V#1 said the suspect was so drunk that he didn't realize the gun was gone and he went upstairs. I asked V#1 if the suspect raped her and she said "Yes". I asked the victim if the suspect's sons were in the house and she said they were not, it was just the two of them.

V#1 said the next morning they got up and the suspect was hung over. She also said that his two sons came to the house. About that time the suspect asked the victim where his gun was. V#1 said she told the suspect's thirteen year old son to go upstairs and keep his father busy looking for the gun upstairs. V#1 then went downstairs, put the gun back together and put it near the kitchen sink and then she told the suspect she had found where he had left his gun from the night before. I asked the victim if she ever told anyone about the rape and she said no, she didn't want to look like a victim.

V#1 then began talking about a later time when she told the suspect that she wanted to leave and he said no you're not and grabbed her by her arm. He then turned her sideways. The suspect put his arms around the victim and started squeezing. The victim heard "Pop pop" and immediately she couldn't breathe. V#1 said she started crying because she couldn't talk and the suspect asked her what was wrong. V#1 was able to tell him that she needed to go to the hospital and he said "You're not going to the hospital". V#1 said the suspect kept her in his house for three days and parked his work car behind her to make sure she couldn't leave. When she again asked him to take her to the

Riverside Police Department Confidential Information - Unauthorized Distribution Prohibited - Restricted

Riverside Police Department
Continuation Sheet

Page 6                                                    File [REDACTED]
                                                          Det. B. Isaac #

hospital, S/Olivas said "I want to make sure I know what you're going to say".  V#1 said that she wouldn't tell them what happened and he said "No, cause there going to look at it the wrong way and blah, blah, blah".  V#1 said after three days, she still wasn't improving, so the suspect took her to "the Riverside Medical Clinic Urgent Care".  Basically the victim said when the suspect squeezed her, he separated her cartilage from her ribs.  V#1 said she was in a "Binder" for five weeks after that.

After leaving the doctor, V#1 drove back to the suspect's residence, because she was in pain and knew he wouldn't be home for several hours.  She said when he arrived home, she was already in bed.  V#1 said the suspect started grabbing at her and wanted to have sex.  The victim told him no, she was still in great pain and S/Olivas told her that he didn't care.  She said the suspect held her wrists together above her head with one of his hands and forced her down.  V#1 told him to stop, that she was in pain and the suspect told her "I don't care, shut the fuck up".  V#1 told him "Let me know when you're done".  She said she rolled her eyes and just laid there.  I asked the victim if she had to guess the amount of time between the first rape and the second rape she said about two months.  She told me that there were a lot of times that he would coearse sex and I asked her if the two rapes were different than those and she said those two times were like "Hold me down don't move".

V#1 told me about an incident where she had taken an Ambien to help her sleep through her nightmares.  She said the suspect actually videotaped himself sodomizing her while she is "Completely out of it" and could barely speak.  She said in the video you can hear the suspect's voice asking her questions.  V#1 said her eyes were barely open and the suspect asked her if he was "Fucking her in the ass, do you like that".  **(Pause interview)**

V#1 then told me about another incident where the suspect had his thirteen year old son call his parents and ask them to come over to his house.  The victim said he ended up pulling his service weapon on his mother and father in the bedroom.  She said the suspect's father went after him and tackled him and the two of them were wrestling on the ground over the gun.  V#1 said she screamed for the two boys to go to the other room.  V#1 said the suspect's thirteen year old son saw his father and grandfather wrestling on the ground over the gun.  I asked the victim, why the suspect pulled a

# Lewis Declaration
# Exhibit 4

FD-302 (Rev. 5-8-10)

OFFICIAL RECORD

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry 06/29/2015

On June 29, 2015, Writer received a fax from DI[redacted] BI[redacted]. The fax contained the dates of service for the medical appointments of her daughter, NI[redacted] BR[redacted] for 2012. The fax is attached hereto.

Investigation on 06/29/2015 at Riverside, California, United States (Fax)

File # [redacted] Date drafted 06/29/2015

by David Staab

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Attn:

Dave Staab

From:

Debbie Brown

4 pages total w/ including cover sheet

| Claim ID | Status | Date of Service | Charge |
|---|---|---|---|
| | PAID | 11/21/2012 | 116.00 |
| | DENIED | 11/21/2012 | 116.00 |
| | DENIED | 11/21/2012 | 116.00 |
| | PAID | 11/16/2012 | 170.78 |
| 1 | PAID | 11/16/2012 | 170.78 |
| 1 | REVERSED | 11/16/2012 | -170.78 |
| | DENIED | 11/16/2012 | 170.78 |
| | PAID | 11/15/2012 | 135.00 |
| | PAID | 11/15/2012 | 75.95 |
| | PAID Riverside | 11/8/2012 | 125.00 |
| 1.23E+264 | PAID " " | 11/8/2012 | 4.00 |
| | PAID Riverside | 11/6/2012 | 145.00 |
| | PAID Riverside | 11/6/2012 | 61.00 |
| | PAID | 10/25/2012 | 70.00 |
| | PAID | 10/11/2012 | 170.78 |
| | PAID | 10/10/2012 | 1742.00 |
| | REVERSED | 10/10/2012 | -1742.00 |
| | PAID | 10/10/2012 | 1742.00 |
| 1.23E+296 | PAID | 9/19/2012 | 86.90 |
| | PAID | 9/19/2012 | 190.00 |
| | PAID | 9/13/2012 | 70.00 |
| | PAID | 9/12/2012 | 170.78 |
| | PAID | 8/15/2012 | 350.00 |
| | PAID | 8/14/2012 | 170.00 |

| | | | | |
|---|---|---|---|---|
| [redacted] | | PAID | 8/13/2012 | 143.52 |
| [redacted] | R1 | REVERSED | 8/13/2012 | -143.52 |
| [redacted] | | PAID | 8/13/2012 | 143.52 |
| [redacted] | | PAID | 8/13/2012 | 170.78 |
| [redacted] | | PAID w/ John Burbank - ~~Roundtrip~~ | 7/26/2012 | 77.60 |
| [redacted] | 1.22E+171 | PAID | 7/26/2012 | 116.00 |
| [redacted] | A1 | PAID | 7/26/2012 | 116.00 |
| [redacted] | R1 | REVERSED | 7/26/2012 | -116.00 |
| [redacted] | | PAID | 7/26/2012 | 110.00 |
| [redacted] | | PAID | 7/16/2012 | 170.78 |
| [redacted] | | DENIED | 7/16/2012 | 170.78 |
| [redacted] | | PAID | 7/13/2012 | 597.31 |
| [redacted] | 1.22E+113 | PAID | 7/13/2012 | 195.00 |
| [redacted] | | PAID | 7/3/2012 | 57.16 |
| [redacted] | | PAID | 6/21/2012 | 170.78 |
| [redacted] | | DENIED | 6/21/2012 | 170.78 |
| [redacted] | 12180220097 | PAID | 6/20/2012 | 190.00 |
| [redacted] | 12180220723 | PAID | 6/18/2012 | 254.00 |
| [redacted] | | PAID | 6/18/2012 | 62.31 |
| [redacted] | 12156220035 | DENIED Roundtrip. Back to Riverside | 5/23/2012 | 114.00 |
| 1 [redacted] | | PAID | 5/23/2012 | 170.00 |
| [redacted] | 1.23E+287 | PAID | 5/23/2012 | 170.78 |
| [redacted] | 12304220038 | DENIED | 5/23/2012 | 170.78 |
| 1 [redacted] | | PAID Riverside | 5/17/2012 | 3488.25 |
| [redacted] | 12177223057 | PAID " | 5/17/2012 | 553.00 |
| 1 [redacted] | 1 | PAID " | 5/17/2012 | 553.00 |
| 1 [redacted] | 1 | REVERSED " | 5/17/2012 | -553.00 |
| 1 [redacted] | | PAID Debby went / not Nicole w/ Signed Release | 5/11/2012 | 190.00 |

| | | | |
|---|---|---|---|
| [redacted] | Debbie want PAID not Nicole w/ | Release 5/4/2012 | 190.00 |
| [redacted] | PAID | 4/25/2012 | 286.24 |
| [redacted] | PAID | 4/24/2012 | 225.00 |
| [redacted] | PAID | 4/24/2012 | 135.00 |
| [redacted] | PAID Labs | 4/11/2012 | 871.00 |
| [redacted] | PAID Lab | 4/11/2012 | 1961.54 |
| [redacted] | PAID Labs | 3/22/2012 | 22.00 |
| [redacted] | | | $15,460.36 |

# Lewis Declaration
# Exhibit 5

File Number: [redacted]
Disc Number: 10_31_2013 02_49PM

together and I set it on the kitchen, uh he has like the kitchen, you know how the kitchen sink it has like that little bar on the top? I just set it like right in between the thing and I said, "Oh John, I found your gun." And that was the end of that. So he didn't even know that I had taken it and hid it. Nothing. Only the son did.

BI: Okay.

NB: So then after that um he had.

BI: Did you ever tell anybody about that incident? Not your mom, you don't have a best friend? Okay.

NB: (Crying) I didn't want anyone to know. I didn't want to be looked at like a victim. I didn't want people to feel pity for me. I didn't want anyone to know that he did that.

BI: Okay.

NB: (Crying) Being a federal agent, who does that? I couldn't, I couldn't wrap my head around it. UI kind just tried to ignore it.

BI: Okay, go ahead.

NB: Um and um and then there was another time um that he, after, do you want me to go into how he hurt my ribs?

BI: Uh huh.

NB: Cause he raped me after that too.

BI: Okay. Same day, next?

NB: No, it was a few a months later.

BI: Do you have any idea approximately when the that first incident happened?

NB: I'm trying to remember. I don't remember.

BI: Okay, okay.

NB: Um but I um went to uh I wanted to leave and um I sat on the edge of the bed as I'm sitting on this chair now, and uh he said, "No you're not." And grabbed me by my arm and turned me sideways so now I'm facing this way but he's facing like, like that towards me. Like, this was so his chest is to me. My shoulder is

DRAFT

UNCLASSIFIED

File Number: [redacted]
Disc Number: 10_31_2013 02_49PM

now in between his Pecs. He wrapped his arms around me and he squeezed while my arms were down like this, so when he squeezed, my elbow and everything went right into my ribs and I felt pop, pop and then I couldn't breathe. So I started to cry. He uh freaked out and said, "What's wrong?" Like he didn't know. And I said, I couldn't talk. So I just kept pointing to my side. He ripped my shirt in two and he's like, "I don't see anything. I don't see anything." And I just kept pointing to my side. So he ran downstairs and got ice, again like he always did after he would hurt me then he would take care of me. So he ran downstairs, he got a bag of ice, ran upstairs and laid it on my side and was like, "Oh, are you okay?" This and that. And I said, "I think I need to go to the hospital." He said, "You're not going to the hospital." He goes, "It'll be fine. It's not even bruising." I said, "No, I can't breathe. You don't understand." Like I was breathing like (making breathing sound). I mean that's as big as a breath I could take. And I said, "John, something's wrong. I need to go to the hospital." He said, "You're not going anywhere." And he kept me in his house for 3 days and parked his car behind mine so I couldn't leave.

BI: He what?

KT: He parked his car behind her so she couldn't leave.

BI: Okay.

NB: Um he told me that he called out of work um the day because I was in the house for 3 days and he was there the whole time. And he told me that he had called out of work but for all I know he went in while I was sleeping in the morning. Cause I couldn't sleep at night 'cause I was afraid of him so I would sleep during the day while he was gone. So I don't know if he went to work and then came back without me knowing, like UI waking up. Um but he told me, like I'd wake up he'd be there and he said he called out of work and said it had something to do with his son or something. I don't remember exactly verbatim what he had told me. But it was something about, uh something about that he had so many vacation days or whatever and he could take it off and it wasn't a big deal. And he tried to make it like, oh well I'm taking care of you. And I was like, "Well if you're taking care of me then take me to the hospital." And he goes, "Well I want to make sure I know what you're going to say." And I said, "Well I'm going to tell them what happened." And he goes, "No, cause they're going to look at it the wrong way" and blah, blah, blah. So that's why he made me stay there for 3 days. But after 3 days when I wasn't getting better then he finally took me over there to the hospital.

BI: Which hospital?

NB: Uh it's actually an urgent care. It's, uh I guess Riverside Medical Clinic.

UNCLASSIFIED

DRAFT

File Number: [redacted]
Disc Number: 10_31_2013 02_49PM

BI: Okay. He took you to urgent care.

NB: Yeah.

BI: And what did they find out?

NB: Um rib pain, primary rib injuries and then they said, um I don't know how to pronounce that. Pretty much the cartilage gave me a lung contusion.

BI: Where your cartilage runs off of your ribs.

NB: So I was in a binder for 5 weeks.

BI: Okay.

NB: And I had to go back to the doctor's two more times after that because of the inflammation and the pain wasn't going down so I had to get a shot um in my side for the inflammation to go down so I could get some relief.

BI: Okay, so, okay.

NB: And then um I drove back to his house, 'cause it was my left side. I learned how to drive stick with my father so I drive left-handed so it was very hard to lift my arm up to drive and so I'm trying to drive right-handed and I feel like I'm going to crash, like I'm driving with the wrong hand. So I ended up driving back to his house 'cause I knew he had a meeting that night and he wasn't going to be home until at least 9. So I drove back to his house and I just stayed there and then when he got home um he came in the room and he had just got home from the gym and jumped in the shower. He got out of the shower and I was already in bed and I was just in a um tank top and just some shorts and his son came in and asked me to tuck him in and so I walked down the hallway and his son would get in the bed. And then he just liked us to turn the light off like once he's in the bed. So I told him goodnight. I turned the light off and shut his door a little bit and I walked back down 'cause the, the room's only 2 down from the master bedroom, so then I went into the master bedroom and I laid down. John started grabbing on me and wanted to have sex and I told him, "Are you joking me? Like my ribs are fractured or something is wrong." Like, "Really." And he said, "I don't care." And I said, "But it hurts. Like I can't breathe. Let alone have sex." So he decided he didn't care. So he would hold my wrists like this with one hand over my head and he would just pin me down like that. And then I would just tell him to stop and I said it hurt. (Crying.) And he goes, "I don't care. Shut the fuck up." And I just looked at him and said, "Let me know when you're done." And I just rolled my eyes and I just laid there.

DRAFT

# Lewis Declaration
# Exhibit 6

File Number: [redacted] Disc 1D-1

SA: You didn't witness it that's just what Rita told you. Okay. So you stayed home?

NB: Um hmm, I didn't go over there.

SA: Went, went in your little corner and mind your own manners kind of thing. Okay, Then, and then what any…

NB: He came back and went to bed.

SA: Life goes on. Okay. When's the next thing that happens?

NB: Um my rib.

SA: Is that right away right after that, a couple days?

NB: A couple days. Cause um I was, he took me I think on the third day cause he locked me in the house for two days he didn't let me go to the…

SA: Okay.

NB: …um hospital or urgent care.

SA: So, what's the first day you go to urgent care?

NB: Um the sixth.

SA: So later that night then. It's a couple days or the next day then .

NB: It was it happened okay, third, fourth, so it probably happened the next night or the next day I'm sorry. It happened, it happened during the day cause the boys were in pool and I said I wanna (Ph) go home and I, I got to the end of the bed and then that's when he um when he said N[redacted]i, and I said what, and I turned just at my waist like this and he was right there and so now my shoulder was in his pecks he wrapped his arms around me and just squeezed.

SA: Okay.

NB: And I heard it pop.

SA: So, so the night of the third is the night he wrestles his dad with the gun.

NB: Uh huh.

SA: And.

DRAFT

File Number: [redacted] Disc 1D-1

NB: I went to urgent care.

SA: And that was, that was the night that you wanted to leave right?

NB: Yeah.
SA: You wanted to leave that night because you were done you, you had enough.

NB: And then I tried to leave again.

SA: And you tried to leave the next morning or sometime the next day.

NB: It's either the next day or the day after that.

SA: Okay let, let, let's work backwards because we have documentation from the urgent care right so we know what day you went to the urgent care.

NB: Yeah.

SA: About how many days between when he squeezed you and did you actually go to urgent care?

NB: Um like two days.

SA: So two or three days.

NB: Three days yeah it, it was like two days I think.

SA: Okay so if we work backwards from the first day which was the sixth you said right for urgent care?

NB: Yeah.

SA: So that puts it on the fourth.

NB: So it was, yeah so it must've been the next day when I tried to leave again during the day and he flipped out.

SA: Okay. So does that sound right is that do you remember?

NB: Yeah. Because I know, cause he wouldn't let me to go to the hospital.

SA: Right.

NB: Like that's how I know and if it's on the sixth then that's when it happened.

SA: Right well we'll, we're gonna (Ph) have documents.

File Number: [redacted] Disc 1D-1

NB: I just, everything's….

SA: Yeah.

NB: …like yeah a blur you know.

SA: Right and that's…

NB: and nothing (UI) happened all the same day like it just feels like one long day kind is kind of what this feels like so it's hard for me to break it down.

SA: Well and that's why we're here today to try to break it down and I'm not trying to put words in your mouth…

NB: No.

SA: …okay I'm trying to help you.

NB: Yeah.

SA: …I'm trying to help us pin point a timeline.

NB: Yeah. It happened it probably did happen the next day cause the boys were in the pool and I was like oh um you know I want to go, I'm leaving and then that's when he was like come here and that's when he squeezed me really, really hard and I just heard like pop, pop and it just knocked the wind out of me and I was like (making a sound trying to breathe) and then I just started crying but I couldn't talk, and then he kept saying, what's wrong with you, what's wrong with you and I just kept pointing at my side. And he ripped my shirt in two, like ripped it off and then like ripped it off and was like checking and he's like what is wrong with you and I kept smacking his hand like don't touch it, like it hurts. And he ran downstairs all boyfriend of the year, grabbed a bag of ice like trying to play like really? You know damn well what you were doing. Like you meant to hurt me. Like.

SA: Okay, so you, you say that now. You're text messages don't say that.

NB: Nope.

SA: Okay so what are your text messages say?

NB: Um that it we that he bear hugged me too hard.

SA: Okay and why do your text messages say that?

DRAFT

File Number: [redacted] Disc 1D-1

NB: Because I wasn't gonna (Ph) tell anybody that that's what he did because he hurt me.

SA: Okay but, but these text messages are between you and him.

NB: Uh huh.

SA: Right? And, and you're, you're basically telling him I know you didn't mean to do it I know you meant to bear hug me dah, dah, dah, dah (Ph).

NB: (UI) to the hospital.

SA: Right. Cause you were trying to get him to let you go to the hospital?

NB: Uh huh.

SA: So you were trying (UI).

NB: Trying to make a story to him of what I would I say.

SA: Okay.

NB: Like, oh no you didn't hurt me. You would've never done that to me.

SA: Okay.

NB: Don't worry I just need to go the doctor and I'll tell them you didn't I mean you just bear hugged my too hard it wasn't a big deal that's how I played it.

SA: Okay and, and in your mind what are you really thinking?

NB: I need to get the hell outta (Ph) here.

SA: Okay. Do you think he meant to squeeze you?

NB: Oh yeah, oh yeah he did, he did not want me going. I mean he pulled a gun out and pointed at my head and then pointed it at his own mother.

SA: Right.

NB: And then like squeezes me and like I mean he squeezed me hard. And like I said I'm a hundred pounds. Like he his arms are like as big as my legs, bigger than my legs like there's no way that he just bear hugged me and was like oh whoops.

SA: Right.

DRAFT

File Number: [redacted] Disc 1D-1

NB: No like he grabbed me and he squeezed like I felt him squeezing.

SA: Okay. So, so at what do you can you talk?

NB: Um probably like I don't know, three, four or five minutes later.

SA: Okay.
NB: Like once I could get my (UI).

SA: Did, did he knock the air out of you?

NB: Yeah.

SA: Okay. He squeezed you hard enough to knock the air out of you?

NB: Oh yeah that's why I was like, I just kept going (puff) and the I just started crying like and then the tears were running down my face (UI) but I couldn't talk.

SA: Okay.

NB: So like , like I just kept motioning like smacking his hand like quit touching me it hurts like but I couldn't say that because I couldn't talk.

SA: Okay.

NB: And once I got the air like once I was able to like breath after like a minute or two whatever um then I was like what the hell's wrong with you? And he's like what are talking about I didn't mean to hurt you and then I was just like oh my god whatever (UI) now I have to stay.

SA: Why do you feel you have to stay?

NB: Cause I couldn't drive. I was in so much pain.

SA: Okay.

NB: I was like oh my god that was one of the worse things I've ever felt. It was horrible.

SA: Okay. So then…

NB: And I knew it was bad because I was on my pain medication from my leg, so for me to be in that much pain and being on pain medication already, I knew it was bad.

SA: Okay.

DRAFT

File Number: [redacted] Disc 1D-1

NB: Like I knew I needed to go to the doctor.

SA: And did you ask to go that day?

NB: Yeah. I begged him and he's like no. You're not going. You're fine put ice on it.

SA: And why, why was he so hesitant to let you go to the doctor?

NB: Because he said he didn't want them to think that he beat me.

SA: Okay. And the real reason, the reality is.

NB: He put hands on me, he did it. But he just didn't want me to tell them that and then when we got to urgent care (UI) to check your vitals right, and the nurse called me in and he tried to go in the room with me.

SA: Okay so this is, this is…

NB: At the urgent care.

SA: …couple days later now.

NB: Finally when he took me, yeah.

SA: So how long does he, does he go to work the next day?

NB: He does (UI) he came home. I think he left cause, I don't know if he went to work or he left when I was sleeping and like he's all buddy, buddy with his boss. He always leaves. He'd be home at like one o'clock in the afternoon.

SA: What time would he normally go in?

NB: Like nine, or ten and he'd be home like, and that's why my dad, my dad used to joke and that's why I remember cause my dad would say oh that's our tax payers money going to work cause he was never at work. So that's how I remember.

SA: Okay so, so he uh…

TJ: Did you ask to go the next day to the hospital?

NB: I asked to go the, that day, the next day. And then I think I went the next day after that.

SA: Okay so…

DRAFT

File Number: [redacted] Disc 1D-1

TJ: (UI) go ahead.

SA: …I was gonna (Ph) say so the next day when he was gone or at work…

NB: I think I was sleeping, cause when I woke up he was there.

SA: Okay. Did you take Ambien (Ph) that night?

NB: No. I was in so much pain I just no, (UI).

SA: Did you normally sleep late?

NB: Yeah usually I went to bed late yeah, and then I slept in the morning.

SA: Okay so, um when you got up when you got up the next morning so this is approximately November fifth now, he was already home from wherever he went.

NB: Uh huh.

SA: So you couldn't just go to the doctor?

NB: Uh Uh (Ph)

SA: And you couldn't just leave?

NB: Uh uh (Ph).

SA: Okay. And did you ask him to go to the doctor?

NB: (UI) yeah.

SA: And what was his answer.

NB: No. He was like I don't know what you're gonna (Ph) say I don't trust you.

SA: So what would you tell him?

NB: Same thing I just told you I just kept playing it no babe you would never hurt me you. I know you love me.

SA: Did you tell them, did you ever tell John that you and I know what happened but I would never tell them that? I would just tell them this, did you ever say that? Or did you always just say no John I know you're playing.

NB: I just always made it like he just did no wrong.

DRAFT

File Number: [redacted] Disc 1D-1

SA: Okay.

NB: I just didn't want (UI) like I said I didn't want to make him mad.

SA: Okay. Um so then approximately the next day you go to the doctor.

NB: He took but he tried to even come in that room and the nurse is like sir you need to wait outside.

TJ: Why did he finally give in and take you (UI).

NB: Because I told him that if he didn't let me go I'm gonna (Ph) call my mom and tell her what really happened. And he knew damn well my mom would be like on it.

SA: So, so what gave you the courage then to tell him that? At this point in the relationship?

NB: Because I was in so much pain I didn't want any more.

SA: So…

NB: I was like I need to go to the doctor. Like, something is wrong.

SA: Are you, but are you still in fear that he's (UI) about everything else about him being a cop, about everything else?

NB: I was but I figured that I played it good enough that he believed me. Like I just kept you know babying him and like no babe like I love you, like no.

SA: But, but you just told Troy that um you told him that if you didn't take me that I'm gonna call my mom.

NB: Uh huh. And tell her…

SA: And tell her what really happened.

NB: Uh huh.

SA: What gave you the courage to tell him that cause that's really the first time you kind of threatened him.

NB: I stood up yeah. Because I just was in so much pain that I was like seriously if you don't take me to the doctor like I'm gonna (Ph) call my mom and tell her or I'm gonna (Ph) call your mom and have your mom take me and then I'm gonna (Ph) tell her what you did.

DRAFT

File Number: [redacted] Disc 1D-1

SA: Okay.

NB: And then that's when he was just like, I didn't do anything.

SA: But you didn't fear any wrath at that point?

NB: No because I had told him so many times that like he didn't do anything wrong and he knew he had it in text so he was just like whatever.

SA: Okay so, so in those two days roughly you're texting him all that stuff. Where are you guys at when you're texting is he gone?

NB: Yeah he'd go to the gym or like go get food at like Del Taco or something.

SA: So you would text him during the couple minutes he was gone (UI).

NB: Well when he'd go to the gym he'd be gone for an hour, like an hour and a half he would be gone.

SA: Okay.

NB: And then he'd take like his son to m(UI) tai or jujitsu and things like that so he would leave throughout the day but um when I was, when that happened he was with me like stuck to my side and then I don't know, I don't remember if he left, he might of left and went to the gym or took Jacob to m(UI) thi or something I just remember like I was in so much pain that I couldn't even lift my arm like any higher than like this. And I drive left handed and I tried to drive right handed and not working so I'm like I was trying to drive and I was like I can't lift my arm high enough to drive I can't drive home and I needed someone to drive me to the urgent care. So then finally he said you know um I didn't do anything wrong how dare you even say that now I'm not gonna (Ph) take you. And I said then I'm gonna (Ph) call my mom. And he's like who, um and then he's like and then what, she'll call the cops and then who are they gonna (Ph) believe. He goes a pill popping junky like you, he goes or a federal agent like me. He goes, cause I'm a golden boy.

SA: Who took those pictures of your pill bottles that's on your phone, did you take those pictures? All your med, all your medication (UI) stacked up and there's a picture of it on your phone?

TJ: Um I asked you this a while ago you, you knew the reason uh.

SA: I actually should probably have it.

NB: Is it for my doctor?

DRAFT

File Number: [redacted] Disc 1D-1

TJ: No it's a picture of your like prescription pills I, I think you left them at John's house somewhere there was a reason you said for taking the picture. Um…

SA: I do not have it (UI)

NB: (UI)

SA: No it's, its not important I'm just, I'm just…

NB: oh, okay, okay

SA: …trying to (UI) because I, I just I noticed (UI) you made a comment about pill popping junky and I didn't know if he…

NB: (UI).

SA: …right if he did it or what.

NB: No. There is one time that he, that I did wake up and all my pills were like strewed about in the safe and he's the only other one, the other person that knew where the key was. So, I don't know if he (UI) like opened it up and (UI) and then like took a picture of it so like trying to make it look like I abuse drugs or that I would any type of that, type person. But I have never in my life left pills out like that. I have three dogs. My stuff is always up high I never leave stuff on the floor so for my pills to be strewed out like that was very odd and I asked him about it and he said that he didn't know, so…

SA: Okay. Alright so, um I'm trying to so you're not a, are you not a, earlier this morning you were telling us that you, you didn't tell your parents cause you were afraid of, that he, what would happen. You, you didn't call the police because of the reasons you said. I'm trying to figure out in this, in this instance now why you (UI).

NB: (OV) Cause I was in pain and I was done, I was done with him. I was like I am done.

SA: You're not worried about the ramifications so…(OV)

NB: I was at the point where it's like if he hit me then good like I thought like punch me in the face and then I can call nine, one, one and get in an ambulance and get the hell outta here.

SA: Okay.

NB: Like I really was to the point where if he came at me (UI).

DRAFT

File Number: [redacted] Disc 1D-1

SA: You…

TJ: What got you to that point? Like what, explain to us like you could've said the same to thing to him at any of those any other points and threatened him with calling your mother.

NB: Yeah.

TJ: But what was it that took you to that point where you were (UI) you didn't care what he said and you were willing to take a risk, whereas you weren't on the other ones.

NB: Because I just, I was so like it was just the day in and day out with like the abuse that it just kinda, it sounds really bad but I kinda just got used to it. And so I just kinda look like what else are you gonna do? Like you've done everything else, you've raped me, you've hit me, you've choked me you've belittled me. What else can you really do? You held a gun to my head, you just didn't shoot me. So really? What else is there for you to do? That's how I felt.

SA: Okay.

NB: And I was just angry and I was like I need to go to the doctor. He needs to take me to the doctor. Like you did this we need to go. So he was just like, okay (UI) and that's when he tried to go into the room cause he wanted to make sure what I told the nurse.

SA: Okay.

NB: And he stood right outside the door

SA: Okay so would you, what were you gonna tell the nurse?

NB: That he did it.

SA: And what did you tell the nurse?

NB: That it, that he bear hugged me too hard.

SA: Okay.

NB: So she said it was done non-maliciously, and I said yes cause he was right outside the door. Like right there.

SA: Okay and this is at, where at?

NB: Um I think it's like the Riverside Urgent Care or something.

DRAFT

File Number: [redacted] Disc 1D-1

SA: So you think you were in the room and Jake was there or?

NB: I could have been I don't, I don't honestly I don't remember.

SA: Okay no problem I'm just trying to understand if.

NB: Yeah I don't.

SA: The reason why is because someone's gonna (Ph) get on the stand and tell you well you could've left look you're texting each other and you guys are (UI) you know he's clearly gone why are you sending him text messages and that's why I'm trying to just iron this out just figure out if…

NB: Yeah.

SA: …you know figure out where we're at but if you don't remember that's fine. Okay so, so you go and they give you a binder. We know that okay. And you go home and what happens next?

NB: Um I went home in a binder and then my parents were just like what the hell are you doing?

SA: Uh so you go back to John's house right the eight?

NB: Yeah. Yeah he um, he was in the car and he told his co-worker all about it. See he told his co-worker that he hurt me.

SA: Who'd he tell?

NB: He didn't give me the name, the guy he was with, the, the guy who's in the car with him.

SA: Was he talking to you on the phone?

NB: Uh huh.

SA: And what'd he say?

NB: He told me that he told his partner, or his uh co-worker whatever what happened to my ribs.

SA: What'd he…

NB: To make sure that the story stayed straight. And he also notified his boss

SA: So he told him what, what did John tell them? That he squeezed you?

DRAFT

File Number: [redacted] Disc 1D-1

NB: That, yeah that we were like horse playing or rough housing or whatever and then he liked bear hugged me like to give me a big hug and that he accidently squeezed me too hard.

SA: He had the phone on speaker or something?

NB: No that's, that's what he told me that he had said to the guy.

SA: Okay so you weren't talking to John when he's talking to his partner (UI).

NB: No I talked to John after…

SA: Okay.

NB: …and then John said I told my partner, like who was sitting next to him I told him what happened. Like…

SA: Looking for you to affirm it, and what did you do?

NB: I was just kinda (Ph) like why would you tell him that? That's none of his business, like I didn't say oh okay yeah, no. I was just like why would you tell him that? That's part of our relationship do not talk about our relationship to other people, I made it like very, like stop.

SA: Okay. No more, and then you, you did you go home between the urgent care and the next act of violence that we know comes up here?

NB: Uh huh. Yeah I went home um and then um (UI) (OV) yeah.

SA: Review your notes for me here and make sure that.

NB: Yeah cause that yeah and then he had stolen money out of my wallet.

SA: Okay I saw that rant, about the hundred dollars.

NB: Uh huh. I was so pissed.

SA: Okay so did that hundred dollars happen after he hurt you?

NB: Uh huh.

SA: And were you in Riverside still or were you in Simi when you realized it?

NB: I was in Riverside.

SA: Okay. And did you confront him on it?

DRAFT

File Number: [redacted] Disc 1D-1

NB: Yeah. I called him I was like what the hell are you doing?

SA: And what did he say?

NB: Well you owe me that hundred dollars I said that's fine just ask me for it do not go in my purse in my wallet. And he's like I've already been through your purse and your wallet. I said what? He goes I went through it to make sure you didn't have any guys phone numbers or anything in your wallet that you shouldn't have. I didn't even know he had gone through my, I didn't even, I was like. My father doesn't even go through my mother's purse. Are you kidding me right now? Like, I didn't even know.

SA: I can't find anything in my wife's purse so I don't, I don't even try.

NB: I know (UI) yeah so it's like I didn't even know and then I had cause it was for the Verizon bill or the electric bill or something whatever.

SA: Okay. So, so…

NB: Yeah and then…

SA: …so this is it looks like a couple days later right. So about, about the sixth, sixth or the first urgent care visit do you back or do you go home and go to the doctor?

NB: Um the sixth and the eight were at urgent care.

SA: So why did you go back?

NB: Back to John?

SA: No, to urgent care two days later.

NB: Cause I was still in a lot of pain.

SA: Okay

NB: And it wasn't getting better.

SA: Okay. So what did they tell you then?

NB: They gave me a shot in my butt. It hurt so bad it made my whole leg go numb. I don't know it was like some inflammation thing cause they said I had a pulmonary embolism on my lung that's why I couldn't' breath.

SA: Okay. And they said that that was caused by what?

DRAFT

File Number: [redacted] Disc 1D-1

NB: By the injury.

SA: By the squeezing?

NB: Uh huh from the ribs.

SA: Okay.

NB: (UI) cartilage.

JR: Is there any talk about getting you to a hospital (UI).

NB: No but they well they I they said they could to a cat scan um I think it was a cat scan. And they said uh, ah, yea a cat scan, uh, is that the bone one? MRI, I don't know, one of them. They said that they would do it and I, he goes but I can already tell you look I think that they're fractured and he's like but if you want to go through the radiation you can, but I had fourteen surgeries in the last six years so I really didn't want to go under any like more x-rays or any test that I didn't need so I just said screw it just put me in a binder you can't do anything further, if they're broken anyways you're not gonna (Ph) put me in a cast so…

SA: Right.

NB: I'm good to go.

JR: Did John go with you the second time you went back?

NB: Uh no. He was uh I don't know where he was he didn't go with back. I went by myself.

JR: When you went back (UI) did you think about at that time (UI).

NB: Leaving him?

JR: Yeah.

NB: (UI)

JR: (UI) when you're there, he's not there.

NB: I, I guess…

JR: Now is the time you can let them know look, I know what I said before but he was standing outside, I'm here to tell you this is what happened.

DRAFT

File Number: [redacted] Disc 1D-1

NB: No I that's why like when I went to my doctor, that's why it was more of like uh to her, because I knew her. I didn't know these people the different doctor and honestly (UI) I'll be honest it didn't even cross my mind to say something, like oh by the way can you edit the file and say that he did it? Like no. That didn't even cross my mind to even say that (UI).

SA: Okay, so you back the eighth they give you the shot and you go back to John's house? Or do you go home?

NB: No I went back to John's house.

SA: And you drove yourself on the eight to urgent care?

NB: Yes.

SA: And this is the time when you were trying to drive left handed…

[end of recording 01:01:43]

[Beginning of recording 1:11:17]

NB: (UI) so I figured out that I can't drive right handed.

SA: Okay. Okay.

NB: Yeah. That would've been a good one, but I got there yeah

SA: Okay and then, and then later that day when he tells you that he told his co-worker what happened?

NB: Uh huh.

SA: Okay.

NB: And that he had alerted his boss. Whatever. And then um after that is on the tenth um that's when he then again forced himself on me when I was in the binder.

SA: Okay. I'm sorry N[redacted] but you have to tell us. Take your time.

NB: He wanted to have sex the first time so I tried and it hurt too bad because the movement.

SA: Right.

NB: Of my rib. So I told him no.

DRAFT

File Number: [redacted] Disc 1D-1

SA: So when you say the first time, when was it?

NB: Like…

SA: That day, the same day?

NB: Yeah like when I came home and then I told him like I think it's in text I put like no more sex like laugh out loud like ha, ha! Like making it like a joke but it was like cause I was in pain but I…

SA: So, so you come home from the doctor on the eighth like that's all the same day or is it not.

NB: Yeah on the same day.

SA: So, so he wants to have sex on the ninth or the eighth?

NB: Uh huh.

SA: And you, you try.

NB: Yeah, but it was like I was dying of pain.

SA: So what happened, did you stop? Did he stop?

NB: No. He finished what he needed to do and that was the end of that.

SA: Okay. So that was that night. And you were you're in the binder and everything but you were trying. You agreed, that night you were agreeable to it? Okay. And I know you, you told the detectives in the past that he used to try to coerce sex all the time, was this one of those times? Okay. And was that different from the first time when he held you down and pulled your pants off and raped you?

NB: Oh that was brutal that was…

SA: Okay.

NB: …yeah, that, that he didn't even ask.

SA: Okay.

JR: (UI).

NB: (UI) like wrapped around Velcro (UI).

JR: (UI) for your ribs.

DRAFT

File Number: [redacted] Disc 1D-1

NB: Yeah it goes all the way around.

SA: So then that's the night of the eighth?

NB: Yeah.

SA: So you, you ask him to stop that night?

NB: Yeah I told him that it was hurting me.

SA: And what'd he say?

NB: Shut the fuck up.

SA: And what happened? He just kept going?

NB: Uh huh. And I just like turned my head to the side cause I didn't want him to see me crying.

SA: You cried and…

NB: Yeah, yeah.

SA: Okay. So that's that sorry. Do you need a break?

NB: (UI) I'm okay and then um after that then…

SA: The ninth comes and goes.

NB: Uh huh.

SA: Anything on the ninth that happened?

NB: Uh uh.

SA: Any arguments?

NB: No.

SA: Okay.

NB: I was just in a bad mood. Whatever and then uh the next night is uh he was doing it again like come on, come on, I was like stop I'm in pain like I'm in the binder John like no and he didn't care so…

SA: Okay. And what happened?

DRAFT

File Number: [redacted] Disc 1D-1

NB: Uh.

SA: Where you at? Or where you guys? In bed? This is at night.

NB: Were in his room in bed and…

SA: Are you trying, are you trying to sleep?

NB: I told him I just wanted to lay down and watch tv I didn't want to do anything

SA: And he's, he's coercing you and trying to talk you into having sex?

NB: Uh huh but I told him I was in pain.

SA: So you don't agree this time, you tell him no.

NB: (UI).

SA: And then what happens?

NB: He did it anyways. He crawled on top of me and I'm like John no and I was pushing him on his chest like on his pecks. I was like stop it. And he was like no and then he held my hands over my head and he just told me to shut the fuck up.

SA: So he, he, what, what were you wearing when you went to bed?

NB: A t-shirt and underwear like panties.

SA: Okay. And so he, he crawls on top of you, now I'm sorry N[redacted] but we have to go through it okay? Do you need a break? Are you okay?

NB: I'm fine.

SA: Okay. So he, he grabs your arms and puts them on top of your head like he did last time?

NB: Uh huh.

SA: And is he holding with both arms, one arm?

NB: One.

SA: Okay. And is he…

NB: His left hand.

DRAFT

File Number: [redacted] Disc 1D-1

SA: …and he pulls your underwear off?

NB: (UI).

SA: And what are you doing at this time?

NB: I'm trying to kick like I was trying to keep them on with my knee. I was trying to move knees out but it wasn't working cause he was too heavy.

SA: Are you, telling him no?

NB: I was like John stop it. Like no. And he was just like shut up N[redacted] and I was like no I'm being serious, like then I like started to be a bitch like I'm being serious. Like I'm not joking any more like this isn't funny, stop it. And then like that's when got like mad and was just like bitch, like no, like who the fuck are you to tell me what to do? Shut the fuck up.

SA: Did he say that?

NB: Yeah. And I was like, and then…

SA: So then is he drinking that night or is he sober?

NB: No completely sober.

SA: Okay. So then he, he pulled your panties off and does he rape you?

NB: Yeah he rapes me.

SA: Okay. And you couldn't kick him off?

NB: No.

SA: And where's his gun at?

NB: On the dresser.

SA: Right next to the bed?

NB: Yeah and I was just staring at it. And just wishing I could just get up and just ugh.

SA: Go ahead say it.

NB: I wanted to just shoot him. I couldn't believe he it's like you broke my ribs and you did this to me and then you're gonna rape me? How much torture you need

DRAFT

File Number: [redacted] Disc 1D-1

to put me through? And then on top of it you're yelling and screaming at me that I'm a bitch? Like what? I was a stupid whore like, I don't get it. Yeah.

SA: You okay? You need a sec?

NB: I'm fine.

SA: Okay. So what happens after?

NB: Um he rolled over and went to bed.

SA: Did you leave, did you go downstairs?

NB: No. I was in so much pain after that I couldn't move.

SA: Pain? From your ribs or pain from down below?

NB: Pain in my ribs. Everything, everything hurt. Everything. I just, I couldn't' even move I just laid there just like dying just like oh my god like just someone shoot me like I was in so much pain (UI).

SA: Did you call or text anybody?

NB: No.

SA: Were the kids in the house?

NB: No.

SA: So you were by yourselves?

NB: Yeah. I don't think the kids were (UI) or Jacob was probably at the, at the grandma's house. (UI) wasn't really with us much.

SA: Okay.

NB: Until I started keeping John home from the bars and staying home and then paying attention to his frickin kid. You know it's I like I sat downstairs every night and did the kid's homework, I helped them study for tests like I did all that John didn't do any of that…

SA: Right.

NB: …cause he was always at the bars. And then when I moved in it was more like a family type thing and then I remember Jacob said you know I'm so happy that N[redacted] (UI) stay in his own bed…

DRAFT

# Lewis Declaration
# Exhibit 7

Tutwiler: or sodomy?

John: Nothing. We have, we have engaged in sodomy and we have engaged in sex. Um, all the times that we have engaged in uh you know both a lot of times we would video tape it. But there was never an instance of not just rape, not forceful penetration but also sexual assault where I'm throwing myself on her, taking her clothes off forcefully or even more than importantly, if she says hey I don't want you that's fine.

Tutwiler: Ok

John: We didn't have the type of relationship that if she said no now. We would later on that day or the next day and likewise there's times where I'm working fourteen hours a day or…

Tutwiler: But you never had sex against her will

John: Negative, never

Tutwiler Um, she said there was a time where you got pissed off and, and you got mad and so you squeezed her until her rib cage popped.

John: No, I did squeeze her but it wasn't a squeeze it was a hug.

Tutwiler: [UI]

John: I hugged her. I said look, for whatever reason I think she was going somewhere and I said no don't leave. Let's stay here and I hugged her. I'm two hundred and seventy pounds. At the time she was ninety, ninety five plus and what happened is that when I hugged her .She started to feel a little bit of pain she's like ouch what was that. Did you hear that and I said yeah what was that and she goes oh maybe nothing .So we, we, we uh you know UI

Tutwiler: [UI] out of anger squeeze her , hug her?

John: Negative, no I did not. In fact I did um take her to the urgent care and I was there with her when they did the x-rays and they put her in some brace or some shit, but…

Tutwiler: She said that you wouldn't let her go for like three days

John: That's a negative. She is home by herself. I, I work, I work Monday thru Friday and on the weekends I have my kids. In fact I had my oldest…

Tutwiler: She said you would block you would take your car and block her car in so she couldn't leave

John: Negative, that is not true

Tutwiler :Ok, um she said there was an incident were you guys were hanging out at Kilarny's. You were, you were drunk. She said you guys got in your truck you pulled out your duty weapon stuck it in your mouth and you said what would do if I pulled the trigger then you pointed the gun at her and said what would you do if I shot you

John: Oh my god

DRAFT