TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ELI A. ALCARAZ (Cal. Bar No. 288594)
Assistant United States Attorney
Riverside Branch Office
     3403 Tenth Street, Suite 200
     Riverside, California 92501
     Telephone: (951) 276-6938
     Facsimile: (951) 276-6202
     Email:    Eli.Alcaraz@usdoj.gov
FRANCES S. LEWIS (Cal. Bar No. 291055)
Assistant United States Attorney
Deputy Chief, General Crimes Section
     312 North Spring Street, 11th Floor
     Los Angeles, California 90012
     Telephone: (213) 894-4850
     Facsimile: (213) 894-0141
     Email:    Frances.Lewis@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ED CR No. 18-231-JGB |
| Plaintiff, | JOINT STATEMENT OF THE CASE |
| v. | Trial Date: November 30, 2021<br>Time:       9:00 a.m. |
| JOHN JACOB OLIVAS, | Place:      Courtroom of the<br>             Hon. Jesús G. Bernal |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Eli A. Alcaraz and Frances S. Lewis, and defendant, John Jacob Olivas, by and through his counsel of record, Meghan Blanco, submit the following Joint Statement of the Case to be read to the jury in this matter.

1    The parties respectfully request the opportunity to make
2 modifications to this joint statement if necessary.
3 Dated: November 28, 2021          Respectfully submitted,

                                    TRACY L. WILKISON
                                    United States Attorney

                                    SCOTT M. GARRINGER
                                    Assistant United States Attorney
                                    Chief, Criminal Division

                                    */s/ Frances S. Lewis*
                                    ELI A. ALCARAZ
                                    FRANCES S. LEWIS
                                    Assistant United States Attorneys

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA


13 Dated: November 28, 2021          */s/ Meghan Blanco (w/ auth.)*
                                    MEGHAN BLANCO

                                    Attorney for Defendant
                                    JOHN JACOB OLIVAS

2

**JOINT STATEMENT OF THE CASE**

The indictment in this case charges defendant John Jacob Olivas with three counts of deprivation of rights under color of law, in violation of Title 18, United States Code, Section 242.

Specifically, the United States alleges that at all relevant times Mr. Olivas was a Special Agent of United States Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI"), formerly known as "ICE, Office of Investigations."

In Count One, the United States alleges that between August 2011 and January 2012, Mr. Olivas, while acting in his official capacity or purporting to act in his official capacity as an ICE special agent, willfully deprived victim K.L. of the right secured and protected by the Constitution and laws of the United States to be free from deprivations of liberty without due process of law, which includes the right to bodily integrity.  Specifically, in or about January 2012, the United States alleges that Mr. Olivas attempted to engage in vaginal intercourse with K.L. without her consent and by using force against her, after communicating to K.L. that the police would not be responsive to any report she may make about Mr. Olivas because of his position as a federal law enforcement officer.  This offense included attempted aggravated sexual abuse.

In Count Two, the United States alleges that, between March 2012 and September 29, 2012, Mr. Olivas, while acting in his official capacity or purporting to act in his official capacity as an ICE special agent, willfully deprived victim N.B. of the right secured and protected by the Constitution and laws of the United

States to be free from deprivations of liberty without due process of law, which includes the right of bodily integrity.  Specifically, in or about September 2012, the United States alleges that Mr. Olivas engaged in vaginal intercourse with N.B. without her consent and by using force against N.B., after communicating to N.B. that the police would not be responsive to any report she may make about Mr. Olivas because of his position as a federal law enforcement officer.  The offense included aggravated sexual abuse.

In Count Three, the United States further alleges that, between September 30, 2012 and November 2012, Mr. Olivas, while acting in his official capacity or purporting to act in his official capacity as an ICE special agent, willfully deprived N.B. of the right secured and protected by the Constitution and the laws of the United States to be free from deprivations of liberty without due process of law, which includes the right to bodily integrity.  Specifically, on or about November 9, 2012, the United States alleges that Mr. Olivas engaged in vaginal intercourse with N.B. without her consent and by using force against N.B., after communicating to N.B. that the police would not be responsive to any report she may make about Mr. Olivas because of her position as a federal law enforcement officer.  This offense included aggravated sexual abuse.

Mr. Olivas has pleaded not guilty to the charges and denies the allegations in the charges.