MEGHAN BLANCO (California State Bar No. 238171)
LAW OFFICES OF MEGHAN BLANCO
28202 Cabot Road, Suite 300
Laguna Niguel, CA 92677
Telephone: (949) 296-9869
Facsimile: (949) 606-8988
mblanco@meghanblanco.com

Attorney for Defendant:
JOHN JACOB OLIVAS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORMIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>JOHN JACOB OLIVAS,<br><br>        Defendant. | Case No. 18 CR 231-JGB<br><br>***DEFENDANT OLIVAS'S PROPOSED VOIR DIRE QUESTIONS*** |

1

# DEFENDANT OLIVAS'S PROPOSED VOIR DIRE QUESTIONS

## JURY SERVICE

1. . Do you have any medical issues or concerns regarding COVID-19 that would interfere with your ability to attend trial, be a fair juror or prevent you from considering all the evidence?
2. Are you affiliated with any organizations to which you contribute monetary support?
3. Do/did you support (financial or otherwise), or belong to as a member, any group or organization concerned with victims of sex-related crimes, rape, or molestation, such as Rape Crisis Center, Battered Women's Alternative, or Stand Against Domestic Violence?
4. Have you ever previously served on a jury?
    a. If so, where?
    b. Without stating the verdict, was your jury able to reach a verdict?

## EDUCATION

   c. What is the highest level of education?
   d. Have you received any special training, including any legal, technical, medical, psychological, law enforcement, criminal justice, or scientific training?

## EXPERIENCE WITH CRIMINAL JUSTICE SYSTEM

5. Do you know any person connected to the court system (lawyer, judge, bailiff, clerk, reporter)?
6. Have you, a close friend, or a relative ever been a victim of any crime?
    a. Nature of crime(s)?
    b. When did this occur?
    c. Was anyone arrested?
    d. Was there a trial?

e. Did you attend trial?

f. How do you feel about the response of law enforcement in these cases?

g. How do you feel about the response of the defense in these cases?

h. How do you feel about the response of the judicial system in these cases?

7. Have you, close friend, or a relative ever been the victim of sexual misconduct of ever been sexually touched, assaulted, molested or taken advantage of in a manner considered to be inappropriate?

　a. Who?

　b. Nature of the misconduct?

　c. When did this occur?

　d. How do you feel about the incident?

8. Have you, a close friend, or a relative ever been ACCUSED of any crime?

　a. Who?

　b. Nature of crime(s)?

　c. When did this occur?

　d. Was anyone arrested?

　e. Was there a trial?

　f. Did you attend trial?

　g. Do you feel that this person was falsely accused?

9. Have you had a positive or negative experience with the criminal or civil justice system or anyone involved with the criminal or civil justice system (judges/prosecutor/defense attorney/law enforcement)?

10. Have you or a family member ever utilized the services of any District Attorney's Office or US Attorney's Office?

FAMILIARITY WITH THIS CASE

11. Do you recall reading or hearing anything about this case from any source?
    a. If "Yes", please state where you obtained the information and what you recall reading/hearing.
    b. If "Yes", did you develop any opinions based on what you read or heard?
    c. If you formed any opinions based on what you read or heard could you set those opinions aside and make your decisions in this case strictly based upon the evidence that is presented and the court's instructions on the law?

TRIAL ISSUES

12. Would be able to give a person the presumption of innocence if you heard that they were accused of a similar crime previously?
13. If you heard that a person was accused of a similar crime would automatically assume that they committed the crime charged? __
14. Would the fact that a person has been convicted of a crime against an accuser in this case mean that you would be more likely to assume that they person committed the current crime?
15. Is there anything about the nature of the charges in this case that would prevent or substantially impair your ability to be fair, serve as an impartial juror in this case and follow the court's instructions on the law? ____
16. When judging the credibility of witnesses, you may consider a variety of factors including whether the witness has special training or skills, whether the witness has been convicted of a felony or engaged in conduct that reflects on his/her believability, whether the witness's perception or memory may have been influenced by a variety of factors including the use of drugs or alcohol, or whether the witness was promised leniency in exchange for his

or her testimony. Not all of these factors will apply to every witness. However, you must use the same standards to evaluate the credibility of each witness regardless of which side calls the witness, or who they may be, or what they do for a living. Can you follow this rule of law?

17. When judging the credibility of witnesses, would you automatically accept the testimony of a police officer simply because he/she is a law enforcement officer?

18. Have you, a close friend, or a relative ever been personally impacted by drug or alcohol use or addiction?

19. As a juror you will be asked to discuss your position with your fellow jurors, giving them the benefit of your thinking as to the evidence in the case, and you will be asked to listen to their opinions about the evidence so that you may benefit from their thinking as well. Can you share your opinions with your fellow jurors and listen to their opinion about the evidence in the case?

20. The prosecution and the defendant are entitled to a fair trial. Is there anything about the nature of the charges in this case that would make it impossible for you to be a fair trial juror in this matter? Can you think of any reason that you might not be a fair and impartial juror to either side?

21. Do you have any ethical, religious, political, moral, or other beliefs that may prevent you from serving as a juror?