TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ELI A. ALCARAZ (Cal. Bar No. 288594)
Assistant United States Attorney
Riverside Branch Office
    3403 Tenth Street, Suite 200
    Riverside, California 92501
    Telephone: (951) 276-6938
    Facsimile: (951) 276-6202
    Email:    Eli.Alcaraz@usdoj.gov
FRANCES S. LEWIS (Cal. Bar No. 291055)
Assistant United States Attorney
Deputy Chief, General Crimes Section
    312 North Spring Street, 15th Floor
    Los Angeles, California 90012
    Telephone: (213) 894-4850
    Facsimile: (213) 894-0141
    Email:    Frances.Lewis@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ED CR No. 18-231-JGB |
|---|---|
| Plaintiff, | GOVERNMENT'S PRETRIAL EXHIBIT LIST |
| v. | Trial Date:  November 30, 2021 |
| JOHN JACOB OLIVAS, | Time:        8:30 a.m. |
| Defendant. | Location:    Courtroom of the Hon. Jesús G. Bernal |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Eli A. Alcaraz and Frances S. Lewis, hereby submit the Government's Pretrial Exhibit List.

1    The government respectfully reserves the right to update,

2  modify, and edit the exhibit list and exhibits below.

3   Dated: November 29, 2021          TRACY L. WILKISON
                                      United States Attorney
4
                                      SCOTT M. GARRINGER
5                                     Assistant United States Attorney
                                      Chief, Criminal Division
6

7                                     _____/s/_____
                                      ELI A. ALCARAZ
8                                     FRANCES S. LEWIS
                                      Assistant United States Attorneys
9
                                      Attorneys for Plaintiff
10                                    UNITED STATES OF AMERICA

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES v. JOHN JACOB OLIVAS**
ED CR 18-231-JGB
GOVERNMENT'S PRETRIAL EXHIBIT LIST

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| **VOLUME 1** | | | |
| 1. | 8/8/2012 video recording [NB iPhone 4S extraction, 00031528, file IMG_0859.MOV] [physical exhibit] | | |
| 1A | Transcript 8/8/2012 recording | | |
| 2. | KL bruise photographs [00014989-996] | | |
| 3. | Wet Electric Facebook advertisement [00022840] | | |
| 4. | Wet Electric Facebook event page [00022843-846] | | |
| 5. | 3/22/2012 Photograph at BJ's [NB iPhone 4S extraction, 00031528, file IMG_4672.jpg] | | |
| 6. | 4/14/2012 Photograph at restaurant [NB iPhone 4S extraction, 00031528, file IMG_0062.jpg] | | |
| 7. | 4/28/2012 Photograph at Killarney's [NB iPhone 4S extraction, 00031528, file IMG_4971.jpg] | | |
| 8. | 5/4/2012 video recording (home) [NB Droid extraction, 00102561] [physical exhibit] | | |
| 9. | Screenshot from 5/4/2012 home video | | |
| 10. | 5/4/2012 video recording (concert) [NB Droid extraction, 00102580] [physical exhibit] | | |
| 11. | Smile Empty Soul event post [00103006-103009] | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 12. | 5/13/12 video recording<br>[NB Droid extraction, 00102556]<br>[physical exhibit] | | |
| 12A | Transcript 5/13/12 recording | | |
| 13. | Screenshot from 5/13/12 video | | |
| 14. | 6/27/2012 Flowers on Droid<br>[NB Droid extraction,<br>IMG_20120627_111527.jpg] | | |
| 15. | 6/29/2012 newspaper photograph<br>[DB iPhone 4 extraction, 00093442,<br>file IMG_5586.jpg] | | |
| 16. | 10/1/12 text messages between NB and<br>defendant re: pool 2:08pm PDT<br>[NB iPhone 4S extraction, 00031528] | | |
| 17. | 10/18/12 text messages between NB and<br>defendant 1:41pm PDT<br>[NB iPhone 4S extraction, 00031528] | | |
| 18. | 8/2/2012 photograph<br>[NB iPhone 4S extraction, 00031528,<br>file IMG_9497.jpg] | | |
| 19. | 8/7/2012 photograph<br>[NB iPhone 4S extraction, 00031528,<br>file IMG_8453.jpg] | | |
| 20. | 10/1/12 text messages between NB and<br>defendant re: picture 10:59am PDT<br>[NB iPhone 4S extraction, 00031528] | | |
| 21. | 10/17/12 text messages between NB and<br>defendant 5:21pm PDT<br>[NB iPhone 4S extraction, 00031528] | | |
| 22. | 10/11/12 text messages between NB and<br>defendant 5:02pm PDT<br>[NB iPhone 4S extraction, 00031528] | | |
| 23. | KL photograph of Vegas pool party<br>[00103458] | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 24. | SoCal Edison utility records<br><br>[0010361-364] | | |
| 25. | Custodian of records declaration for SoCal Edison<br><br>[00103605] | | |
| 26. | 11/18/12 SMS text messages between NB and defendant 3:13pm PST<br>[NB iPhone 4S extraction, 00031528] | | |
| 27. | 11/17/12 text messages between NB and defendant re: urgent care 2:21pm PST<br>[NB iPhone 4S extraction, 00031528] | | |
| 28. | 11/15/12 text messages between NB and defendant 6:05pm PST re: son's party<br>[NB iPhone 4S extraction, 00031528] | | |
| 29. | 11/19/12 text messages between NB and defendant 1:58pm PST<br>[NB iPhone 4S extraction, 00031528] | | |
| 30. | 10/7/2012 photograph<br>[NB iPhone 4S extraction, 00031528, file IMG_0162.jpg] | | |
| 31. | 10/31/12 Halloween photograph<br>[00102628] | | |
| 32. | 10/31/2012 flowers photograph<br>[NB iPhone 4S extraction, 00031528, file IMG_6035.jpg] | | |
| 33. | 10/5-10/6/12 text messages between NB and LT 1:37pm PDT<br>[NB iPhone 4S extraction, 00031528] | | |
| 34. | SMS text messages between DB and NB<br>[DB iPhone 4 extraction, 00093442] | | |
| 35. | iMessages between DB and NB<br>[DB iPhone 4 extraction, 00093442]<br>[NB iPhone 4S extraction, 00031528] | | |
| 36. | Screenshots of text message between NB | | |

3

| No. | Description | Date Identified | Date Admitted |
|-----|-------------|-----------------|---------------|
|     | and Rita Olivas on 11/4/2012 [NB iPhone 4S extraction, 00031528, IMG_3610.png through IMG_3615.png] [00027989] | | |
| 37. | 12/2/2012 photograph [NB iPhone 4S extraction, 00031528, file IMG_0305.jpg] | | |
| 38. | 12/2/2012 photograph [NB iPhone 4S extraction, 00031528, file IMG_0295_2.jpg] | | |
| 39. | 10/31/13 photograph [NB iPhone 4S extraction, 00031528, file IMG_3635.jpg] [102841] | | |
| 40. | 9/29/12 text messages between NB and Rita Olivas [NB iPhone 4S extraction, 00031528] | | |
| 41. | 10/18/12 text messages between NB and defendant 2:20pm PDT [NB iPhone 4S extraction, 00031528] | | |
| 42. | 10/10/12 text messages between NB and defendant 11:08pm PDT [NB iPhone 4S extraction, 00031528] | | |
| 43. | 9/27/12 text and SMS messages between NB and defendant 5:38pm PDT [NB iPhone 4S extraction, 00031528] | | |
| 44. | Screenshots of May 2013 text messages between KL and NB [NB iPhone 4S extraction, 00031528, files IMG_3627.png and IMG_3628.png] | | |
| 45. | Screenshot of February 2013 text messages between NB and defendant [NB iPhone 4S extraction, 00031528, IMG_5124.png] | | |
| 46. | Screenshot of April 2013 text messages between NB and defendant | | |

| No. | Description | Date Identified | Date Admitted |
|-----|-------------|-----------------|---------------|
|  | [NB iPhone 4S extraction, 00031528, IMG_5133.png to 5137.png] | | |
| 47. | Photographs of Olivas residence ~2014 [00103623-628] | | |
| 48. | Screenshot of March/April 2013 text messages between NB and defendant [NB iPhone 4S extraction, 00031528, file IMG_5128.png to 5132.png] | | |
| 49. | Screenshot of May 2013 Olivas Facebook post [NB iPhone 4S extraction, 00031528] | | |
| 50. | Screenshot of November 2012 text messages between NB and defendant [NB iPhone 4S extraction, 00031528, file IMG_5103.png] | | |
| 51. | Screenshot of text messages between NB and defendant re: deleting friends [NB iPhone 4S extraction, 00031528, file IMG_3542.png] | | |
| 52. | Screenshot of text messages between NB and defendant re: dangerous job [NB iPhone 4S extraction, 00031528, file IMG_3657.png] | | |
| 53. | Screenshot of text messages between NB and defendant re: looking [NB iPhone 4S extraction, 00031528, file IMG_1888.png] | | |
| 54. | Screenshot of March 1, 2013, text messages between NB and defendant [NB iPhone 4S extraction, 00031528, file IMG_3658.png] | | |
| 55. | Screenshot of text messages between NB and defendant re: urgent care [NB iPhone 4S extraction, 00031528, file IMG_5101.png] | | |
| 56. | Screenshot of Feb 2013 text messages between NB and defendant | | |

| No. | Description | Date Identified | Date Admitted |
|-----|-------------|-----------------|---------------|
|     | [NB iPhone 4S extraction, 00031528, file IMG_3664.png] | | |
| 57. | Screenshot of text messages between NB and defendant re: RPD [NB iPhone 4S extraction, 00031528, file IMG_3695.png] | | |
| 58. | 9/27/12 Note from NB to herself [NB iPhone 4S extraction, 00031528] | | |
| 59. | 9/27/12 text messages between NB and defendant re: list 10:36am PDT [NB iPhone 4S extraction, 00031528] | | |
| 60. | 12/14/12 photograph radio gear [NB iPhone 4S extraction, 00031528, file IMG_7558.jpeg] | | |
| 61. | Riverside PD investigative reports | | |
| 62. | 1/9/2013 photograph [NB iPhone 4S extraction, 00031528, file IMG_0305.jpg] | | |
| 63. | Screenshot of Dec. 2012 text messages between NB and defendant re: federal agent [NB iPhone 4S extraction, 00031528, file IMG_4968.png] | | |
| 64. | Screenshot of text messages between NB and defendant re: 26 messages [NB iPhone 4S extraction, 00031528, file IMG_4982.png] | | |
| 65. | 1/17/13 photograph [NB iPhone 4S extraction, 00031528, file IMG_0152.jpg] | | |
| **VOLUME 2** | | | |
| 66. | Screenshot of text messages between NB and defendant re: calling guys [NB iPhone 4S extraction, 00031528, file IMG_5047.png] | | |

6

| No. | Description | Date Identified | Date Admitted |
|-----|-------------|-----------------|---------------|
| 67. | 2/14/13 photograph<br>[NB iPhone 4S extraction, 00031528, file imagejpeg-2.jpg] | | |
| 68. | Screenshots of text messages between NB and defendant re: hurt<br>[NB iPhone 4S extraction, 00031528, files IMG_5097.png to 5099.png] | | |
| 69. | Screenshot of text messages between NB and defendant re: bruising<br>[NB iPhone 4S extraction, 00031528, file IMG_5053.png] | | |
| 70. | Screenshot of post by x_jayjacob_x of red-tshirt and truck ~April 2013<br>[NB iPhone 4S extraction, 00031528, file IMG_3563.png] | | |
| 71. | Screenshot of post by x_jayjacob_x of genetics gear logo ~April 2013<br>[NB iPhone 4S extraction, 00031528, file IMG_3560.png] | | |
| 72. | Screenshot of post by x_jayjacob_x of Mr. Steroid ~May 2013<br>[NB iPhone 4S extraction, 00031528, file IMG_3557.png] | | |
| 73. | Screenshot of account screen for x_jayjacob_x<br>[NB iPhone 4S extraction, 00031528, file IMG_3603.png] | | |
| 74. | Screenshot of post by x_jayjacob_x of black t-shirt white truck ~April 2013<br>[NB iPhone 4S extraction, 00031528, file IMG_3569.png] | | |
| 75. | Screenshot of post by x_jayjacob_x pool party holding red t-shirt<br>[NB iPhone 4S extraction, 00031528, file IMG_3576.png] | | |
| 76. | Screenshot of post by x_jayjacob_x interior truck ~May 2013 | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | [NB iPhone 4S extraction, 00031528, file IMG_3591.png] | | |
| 77. | Screenshot of post by x_jayjacob_x re: bodies ~April 2013 [NB iPhone 4S extraction, 00031528, file IMG_3595.png] | | |
| 78. | Screenshot of Facebook post by "John Olivas" on March 28, 2012 [NB iPhone 4S extraction, 00031528, file IMG_3551.jpg] | | |
| 79. | Screenshot of post by geneticsgear re: rape ~June 2013 [NB iPhone 4S extraction, 00031528, file IMG_2577.png] | | |
| 80. | Screenshot of search for geneticsgear [NB iPhone 4S extraction, 00031528, file IMG_3639.png] | | |
| 81. | Screenshot of http:// geneticsgear.com/about-us page [102822] | | |
| 82. | Screenshot of post by x_jayjacob_x of t-shirts ~July 2013 [00102648] | | |
| 83. | Screenshot of post by x_jayjacob_x of defendant's back ~April 2013 [00102734] | | |
| 84. | 12/6/2013 photograph FB profile [DB iPhone 4 extraction, 00093442, file IMG952013120695131628.jpg] | | |
| 85. | 11/18/12 text messages between NB and defendant 9:49pm PST [NB iPhone 4S extraction, 00031528] | | |
| 86. | 11/9/12 text messages between NB and defendant 4:33pm PST [NB iPhone 4S extraction, 00031528] | | |

| No. | Description | Date Identified | Date Admitted |
|-----|-------------|-----------------|---------------|
| 87. | March 2012 Facebook messages from NB's Droid phone | | |
| 88. | Photographs of Killarney's [00102952, 00102955, 00102956, 00102975, 00102968] | | |
| 89. | 11/21/12 text messages between NB and defendant 12:16pm PST [NB iPhone 4S extraction, 00031528] | | |
| 90. | Date unknown – recording sent via text on 3/31/2013 [NB iPhone 4S extraction, 00031528, file IMG953550.3gp] [physical exhibit] | | |
| 91. | Screenshots from recording sent via text on 3/31/2013 | | |
| 92. | 11/22/12 text messages between NB and defendant 9:07 pm PST [NB iPhone 4S extraction, 00031528] | | |
| 93. | 11/9/12 text messages between NB and defendant 9:37am PST [NB iPhone 4S extraction, 00031528] | | |
| 94. | 11/13/12 text messages between NB and defendant 11:26pm PST [NB iPhone 4S extraction, 00031528] | | |
| 95. | 11/5/12 text messages between NB and defendant 10:08pm PST [NB iPhone 4S extraction, 00031528] | | |
| 96. | 11/6/12 text messages between NB and defendant 3:02pm PST [NB iPhone 4S extraction, 00031528] | | |
| 97. | 11/7/12 text messages between NB and defendant 8:15am PST [NB iPhone 4S extraction, 00031528] | | |
| 98. | 11/5/12 text messages between NB and defendant 7:49am PST | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | [NB iPhone 4S extraction, 00031528] | | |
| 99. | 11/13/12 text messages between NB and defendant 7:56am PST<br>[NB iPhone 4S extraction, 00031528] | | |
| 100. | 11/8/12 text messages between NB and defendant 7:19am PST<br>[NB iPhone 4S extraction, 00031528] | | |
| 101. | *[intentionally left blank]* | | |
| 102. | Jail Call #1<br>[physical exhibit] | | |
| 102A | Transcript Jail Call #1 | | |
| 103. | Jail Call #2<br>[physical exhibit] | | |
| 103A | Transcript Jail Call #2 | | |
| 104. | Jail Call #3<br>[physical exhibit] | | |
| 104A | Transcript Jail Call #3 | | |
| 105. | Jail Call #4<br>[physical exhibit] | | |
| 105A | Transcript Jail Call #4 | | |
| 106. | Jail Call #5<br>[physical exhibit] | | |
| 106A | Transcript Jail Call #5 | | |
| 107. | Jail Call #6<br>[physical exhibit] | | |
| 107A | Transcript Jail Call #6 | | |
| 108. | Excerpts from iPhone 4S Cellebrite extraction report<br>[NB iPhone 4S extraction, 00031528] | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 109. | Excerpts from iPhone 4 Cellebrite extraction report [DB iPhone 4 extraction, 00093442] | | |
| 110. | Excerpts from Motorola Droid extraction | | |
| 111. | 11/20/13 3:30 p.m. recorded interview of defendant by RPD Det. Tutwiler [00012675] [physical exhibit] | | |
| 111A | Transcript of 11/20/13 3:30 p.m. recorded interview | | |
| 112. | 11/20/13 3:37 p.m. recorded interview of John Olivas by RPD Det. Tutwiler [00012676] [physical exhibit] | | |
| 112A | Transcript of 11/20/13 3:37 p.m. recorded interview | | |
| 113. | 6/24/12 text messages between NB and defendant [NB iPhone 4S extraction, 00031528] | | |
| 114. | 6/25/12 text messages between NB and defendant [NB iPhone 4S extraction, 00031528] | | |
| 115. | Photo from 9/28/12 3am video | | |
| 116. | Photo from 10/1/12 video | | |
| 117. | Redacted photo from 10/1/12 video | | |
| 118. | Facebook records [00103521-103604] | | |
| 119. | Facebook custodian of records declaration [00103556] | | |
| 120. | *[intentionally left blank]* | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 121. | 3/31/05 email from defendant to RA [00014975] | | |
| 122. | Defendant voicemail to RA - Track 2 [00014978] [physical exhibit] | | |
| 122A | Transcript of Voicemail – Track 2 | | |
| 123. | Defendant voicemail to RA - Track 3 [00014979] [physical exhibit] | | |
| 123A | Transcript of Voicemail – Track 3 | | |
| 124. | Olivas voicemail to Avant - Track 6 [00014982] [physical exhibit] | | |
| 124A | Transcript of Voicemail – Track 6 | | |
| 125. | Olivas voicemail to Avant - Track 7 [00014983] [physical exhibit] | | |
| 125A | Transcript of Voicemail – Track 7 | | |
| 126. | Transcripts of Family Law Proceedings with RA on 12/16/14, 1/8/15, 2/26/15 [00013263-304] | | |
| 127. | Certified Transcript of Family Law Proceedings with RA on 10/2/2015 [00021511-532] | | |
| 128. | 2005 RA request for restraining order [00012167-179] | | |
| 129. | 2007 RA request for restraining order [00012180-194] | | |
| 130. | 10/16/2012 DMV Record for defendant [00014503] | | |
| 131. | Defendant's certified conviction | | |

| No. | Description | Date Identified | Date Admitted |
|-----|-------------|-----------------|---------------|
|      | records<br>[00031346-393] | | |
| 132. | Riverside DA Investigator's Report<br>[00021469-474]<br><br>*[for identification only]* | | |
| 133. | 11/28/12 text messages between NB and defendant re: 26 texts 12:05am PST<br>[NB iPhone 4S extraction, 00031528] | | |
| 134. | 4/1/13 text messages between NB and defendant re: investigation<br>[NB iPhone 4S extraction, 00031528] | | |
| 135. | Declaration of MO in support of divorce filing<br>[00022359] | | |
| 136. | 2/10/13 text messages between NB and defendant<br>[NB iPhone 4S extraction, 00031528] | | |
| 137. | 2/15/13 text messages between NB and defendant<br>[NB iPhone 4S extraction, 00031528] | | |
| 138. | 12/27/12 text messages between NB and defendant<br>[NB iPhone 4S extraction, 00031528] | | |
| 139. | 11/14/12 text messages between NB and defendant 1:41pm PST<br>[NB iPhone 4S extraction, 00031528] | | |
| 140. | 10/30/12 SMS messages between NB and defendant<br>[NB iPhone 4S extraction, 00031528] | | |
| **VOLUME 3** | | | |
| 141. | 4/30/13 text messages between NB and defendant<br>[NB iPhone 4S extraction, 00031528] | | |
| 142. | 5/9/13 text messages between NB and KL | | |

13

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | [NB iPhone 4S extraction, 00031528] | | |
| 143. | 3/31/13 SMS messages between NB and defendant<br>[NB iPhone 4S extraction, 00031528] | | |
| 144. | 5/19/13 Extraction Data re: House Facebook post<br>[NB iPhone 4S extraction, 00031528] | | |
| 145. | 3/2/13 SMS messages between NB and defendant<br>[NB iPhone 4S extraction, 00031528] | | |
| 146. | 3/12/13 text messages between NB and defendant<br>[NB iPhone 4S extraction, 00031528] | | |
| 147. | 11/13/12 text messages between NB and defendant 4:27pm PST<br>[NB iPhone 4S extraction, 00031528] | | |
| 148. | 11/14/12 text messages between NB and defendant 10:40pm PST<br>[NB iPhone 4S extraction, 00031528] | | |
| 149. | 1/5/12 text messages between NB and defendant<br>[NB iPhone 4S extraction, 00031528] | | |
| 150. | ICE Code of Conduct 1033.1: Employee Code of Conduct, 8/7/2012<br>[00030088-094] | | |
| 151. | ICE Code of Conduct 3002.1: ICE Badge and Credential Program, 1/12/2010<br>[00030096-114] | | |
| 152. | Defendant's Student Transcript Detailed Report<br>[00030117-119] | | |
| 153. | ICE Integrity Reinforcement Course 102.04 Description<br>[00030115] | | |

14

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 154. | Pages from Integrity Reinforcement Student Study Guide [00030120-121] | | |
| 155. | Pages from ICE Integrity Reinforcement Training [00030127-129] | | |
| 156. | ICE Integrity Reinforcement Training signature page, October 2009 [00031394] | | |
| 157. | Pages from ICE Integrity Awareness Program [00030122-126] | | |
| 158. | HSI Special Agent On-the-Job Training and Evaluation Handbook [00031395-410] | | |
| 159. | Interim ICE Firearms Policy [00102256-267] | | |
| 160. | *[intentionally left blank]* | | |
| 161. | Olivas firearms and badges serialized history [00102246-102250] | | |
| 162. | Photo of Sig Sauer P229 [00102552] | | |
| 163. | Photo of M4 rifle [00102607] | | |
| 164. | Photo of ICE Special Agent badge [00103661] | | |
| 165. | Photo of Olivas residence [00102254] | | |
| 166. | *[intentionally left blank]* | | |
| 167. | *[intentionally left blank]* | | |
| 168. | *[intentionally left blank]* | | |
| 169. | *[intentionally left blank]* | | |
| 170. | NB Verizon tolls (-9800 and -2803) | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | [00014544] | | |
| 171. | Verizon Custodian of Records Declaration [00014544] | | |
| 172. | Defendant's HSI phone Sprint tolls (-2698) [00014915-918, 00014931-14946, 00014919-930] | | |
| 173. | Sprint Custodian of Records Declaration [00014913-914] | | |
| **VOLUME 4** | | | |
| 174. | Defendant's AT&T tolls (-1831) [00015100-15944] | | |
| **VOLUME 3 (CONT.)** | | | |
| 175. | Defendant's AT&T Subscriber info (-1831) [00016341-342] | | |
| 176. | AT&T Custodian of Records Declaration [00015096-099] | | |
| 177. | *[intentionally left blank]* | | |
| 178. | *[intentionally left blank]* | | |
| 179. | *[intentionally left blank]* | | |
| 180. | Riverside Urgent Care docs produced by Riverside Medical Clinic [00103495-00103512] | | |
| 181. | *[intentionally left blank]* | | |
| 182. | Dr. Wudka progress notes [00012326] | | |
| 183. | *[intentionally left blank]* | | |
| 184. | *[intentionally left blank]* | | |
| 185. | *[intentionally left blank]* | | |
| 186. | *[intentionally left blank]* | | |
| 187. | *[intentionally left blank]* | | |
| 188. | *[intentionally left blank]* | | |

| No. | Description | Date Identified | Date Admitted |
|-----|-------------|-----------------|---------------|
| 189. | *[intentionally left blank]* | | |
| 190. | *[intentionally left blank]* | | |
| 191. | Dr. Shelby report [00031567-31591]  *[for identification only]* | | |
| 192. | Dr. Shelby Curriculum Vitae [00031494-519]  *[for identification only]* | | |
| 193. | *[intentionally left blank]* | | |
| 194. | *[intentionally left blank]* | | |
| 195. | *[intentionally left blank]* | | |
| 196. | *[intentionally left blank]* | | |
| 197. | *[intentionally left blank]* | | |
| 198. | *[intentionally left blank]* | | |
| 199. | *[intentionally left blank]* | | |
| 200. | *[intentionally left blank]* | | |
| **VOLUME 5** | | | |
| 201. | *[intentionally left blank]* | | |
| 202. | Transcript 10/31/13 2:49 p.m. interview of N.B. by RPD Det. Isaac & Tutwiler [00028177-28195] | | |
| 203. | Transcript 10/31/13 3:26 p.m. interview of N.B. by RPD Det. Isaac & Tutwiler [00028196-28210] | | |
| 204. | Transcript 11/5/13 interview of C.B. by RPD Det. Tutwiler [00028638-644]  *[for identification only]* | | |
| 205. | Transcript 11/7/13 8:56 a.m. interview of D.B. by RPD Det. Isaac & Tutwiler [00028645-693]  *[for identification only]* | | |
| 206. | Transcript 11/7/13 interview of N.B. by RPD Det. Isaac & Tutwiler [00028211-28289] | | |
| 207. | Transcript 11/8/13 interview of Jaykb | | |

17

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | Olivas by Det. Hopewell [00028622-28637]<br><br>*[for identification only]* | | |
| 208. | Transcript 11/12/13 interview of D.B. and N.B. by RPD Det. Isaac & Tutwiler [00028309-28332]<br><br>*[for identification only]* | | |
| 209. | Transcript 11/14/13 interview of L.T. by RPD Det. Tutwiler [00028610-28621]<br><br>*[for identification only]* | | |
| 210. | Transcript 11/14/13 interview of B.M. by RPD Det. Tutwiler [00028700-705]<br><br>*[for identification only]* | | |
| 211. | Transcript 11/19/13 interview of N.B. by RPD Det. Isaac [00028569-28576] | | |
| 212. | Transcript 11/20/13 interview of defendant's parents by RPD Det. Isaac, Tutwiler, and Dotson [00028577-596]<br><br>*[for identification only]* | | |
| 213. | Transcript 11/20/13 interview of Rita Olivas by RPD Det. Tutwiler [00028597-599]<br><br>*[for identification only]* | | |
| 214. | Transcript 12/16/13 interview of Rita Olivas by RPD Det. Tutwiler [00028600-606]<br><br>*[for identification only]* | | |
| 215. | Transcript 12/18/13 interview of N.B. by RPD Det. Isaac & Tutwiler [00028562-28568]<br><br>*[for identification only]* | | |
| 216. | *[intentionally left blank]* | | |
| 217. | *[intentionally left blank]* | | |

18

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 218. | *[intentionally left blank]* | | |
| 219. | *[intentionally left blank]* | | |
| 220. | *[intentionally left blank]* | | |
| 221. | *[intentionally left blank]* | | |
| 222. | 8/4/2014 FBI Serial 1 – Case Opening [00014494-497]<br><br>*[for identification only]* | | |
| 223. | 8/5/2014 FBI Serial 2 – Case Opening [00014507-511]<br><br>*[for identification only]* | | |
| 224. | 8/11/2014 FBI Serial 3 – N.B. 302 – recorded interview [00014512]<br><br>*[for identification only]* | | |
| 225. | Transcript 8/11/14 interview of N.B. by FBI SA Staab [00029283-486] | | |
| **VOLUME 6** | | | |
| 226. | N.B.'s personal notes/chronology [0000001-38] | | |
| 227. | 9/8/2014 FBI Serial 14 – K.L. 302 [00014962]<br><br>*[for identification only]* | | |
| 228. | 9/9/2014 FBI Serial 18 – K.L. 302 – recorded interview [00014966] | | |
| 229. | Transcript 9/9/14 interview of K.L. by FBI SA Staab [00029487-571]<br><br>*[for identification only]* | | |
| 230. | 9/16/2014 FBI Serial 26 – K.L. 302 – recorded interview [00014970]<br><br>*[for identification only]* | | |
| 231. | Transcript 9/16/14 interview of K.L. by FBI SA Staab | | |

| No. | Description | Date Identified | Date Admitted |
|-----|-------------|-----------------|---------------|
|     | [00029572-603] | | |
| 232. | 9/17/2014 FBI Serial 27 – R.A. 302 – recorded interview [00014971] *[for identification only]* | | |
| 233. | Transcript 9/17/14 interview of R.A. by FBI SA Staab [00028831-28934] *[for identification only]* | | |
| 234. | Riverside PD Report 5/19/05 by R.A. [00014972-974] *[for identification only]* | | |
| 235. | 9/22/14 FBI Serial 28 – Receipt RPD records and RPD phone extractions [00014986] *[for identification only]* | | |
| 236. | 9/22/14 FBI Serial 31 – K.L. 302 – recorded interview – provides photos [00014988] *[for identification only]* | | |
| 237. | 9/23/14 FBI Serial 32 – I.T. 302 – recorded interview [00014997] *[for identification only]* | | |
| 238. | Transcript 9/23/14 interview of I.T. by FBI SA Staab [00028966-989] *[for identification only]* | | |
| 239. | 9/23/14 FBI Serial 34 – C.B. 302 – recorded interview [00014999] *[for identification only]* | | |
| 240. | Transcript 9/23/14 interview of C.B. by FBI SA Staab [00029062-115] *[for identification only]* | | |

| No. | Description | Date Identified | Date Admitted |
|-----|-------------|-----------------|---------------|
| 241. | 9/24/14 FBI Serial 36 – D.B. 302 – recorded interview [00015000]<br><br>*[for identification only]* | | |
| 242. | Transcript 9/24/14 interview of D.B. by FBI SA Staab [00028990-29061]<br><br>*[for identification only]* | | |
| 243. | 10/3/14 FBI Serial 48 – R.A. – recorded interview [00015091]<br><br>*[for identification only]* | | |
| 244. | Transcript 10/3/14 interview of R.A. by FBI SA Staab [00029116-175]<br><br>*[for identification only]* | | |
| 245. | 10/31/14 FBI Serial 62 – C.R. 302 re: contact in Georgia [00016388]<br><br>*[for identification only]* | | |
| 246. | 11/20/14 FBI Serial 70 – K.L. 302 – recorded interview [00020992]<br><br>*[for identification only]* | | |
| 247. | 12/2/14 FBI Serial 73 – Surveillance of residence on Digger Pine [00020995]<br><br>*[for identification only]* | | |
| 248. | 1/12/15 FBI Serial 75 – R.A. 302 re: [00020997-998]<br><br>*[for identification only]* | | |
| 249. | 2/5/15 FBI Serial 78 – C.R. recorded interview [00021000]<br><br>*[for identification only]* | | |
| 250. | Transcript 2/5/15 interview of C.R. by FBI SA Staab | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | [00029203-243] <br><br> *[for identification only]* | | |
| | **VOLUME 7** | | |
| 251. | 4/28/15 FBI Serial 83 – N.B. 302 [00021112] <br><br> *[for identification only]* | | |
| 252. | 6/30/15 FBI Serial 105 – N.B. 302 [00021431] <br><br> *[for identification only]* | | |
| 253. | 8/15/15 FBI Serial 120 – N.B. 302 [00021454] <br><br> *[for identification only]* | | |
| 254. | 8/31/15 FBI Serial 124 – N.B. 302 [00021464-465] <br><br> *[for identification only]* | | |
| 255. | 11/16/15 FBI Serial 141 – receipt of OCRCFL reports for three phones [00021505] <br><br> *[for identification only]* | | |
| 256. | OCRCFL Report of Examination, 9/25/15, for iPhone 4S and iPhone 4 [00021506-507] <br><br> *[for identification only]* | | |
| 257. | OCRCFL Report of Examination, 9/25/15, for Droid and SD Card [00021508-509] <br><br> *[for identification only]* | | |
| 258. | 11/17/15 FBI Serial 143 – M.H. 302 [00021533] <br><br> *[for identification only]* | | |
| 259. | 7/30/18 FBI Serial 186 – M.H. 302 [00029755] <br><br> *[for identification only]* | | |
| 260. | 8/12/16 FBI Serial 160 – K.L. 302 – recorded interview | | |

| No. | Description | Date Identified | Date Admitted |
|-----|-------------|-----------------|---------------|
| | [00022178]<br><br>*[for identification only]* | | |
| 261. | Transcript 8/12/2016 Interview K.L. by FBI SA Staab<br>[00029689-723] | | |
| 262. | 10/4/17 FBI Serial 176 – M.H. 302 – recorded interview<br>[00022752]<br><br>*[for identification only]* | | |
| 263. | Transcript 10/4/17 interview of M.H. by FBI SA Staab<br>[00029620-688]<br><br>*[for identification only]* | | |
| 264. | 12/13/17 FBI Serial 180 – Wet Electric Facebook research<br>[00022839]<br><br>*[for identification only]* | | |
| 265. | 8/31/20 FBI Serial 278 – M.H. 302<br>[100813-815]<br><br>*[for identification only]* | | |
| 266. | 11/18/21 FBI Serial 364 – R.A. 302<br>[00103418-420]<br><br>*[for identification only]* | | |
| 267. | 11/17/21 FBI Serial 362 – N.B. 302<br>[00103404-406]<br><br>*[for identification only]* | | |
| 268. | 11/16/21 FBI Serial 363 – N.B. 302<br>[00103408-414]<br><br>*[for identification only]* | | |
| 269. | 11/20/21 FBI Serial 367 – K.L. 302<br>[00103445-455]<br><br>*[for identification only]* | | |
| 270. | 11/19/21 FBI Serial 368 – M.H. (M.O.) 302<br>[00103460-103462] | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | *[for identification only]* | | |
| 271. | 11/23/21 FBI Serial 377 – N.B. 302<br><br>*[for identification only]* | | |
| 272. | 11/22/21 FBI Serial 387 – C.N. 302<br><br>*[for identification only]* | | |
| 273. | 11/24/21 FBI Serial 380 – K.L. 302<br><br>*[for identification only]* | | |
| 274. | GJ Transcript (Staab)<br><br>*[for identification only]* | | |
| 275. | 12/29/12 text messages between NB and defendant<br>[NB iPhone 4S extraction, 00031528] | | |
| 276. | 12/23/12 text messages between NB and defendant<br>[NB iPhone 4S extraction, 00031528] | | |
| 277. | 12/11/12 text messages between NB and TG<br>[NB iPhone 4S extraction, 00031528] | | |
| 278. | 11/15/12 text messages between NB and defendant<br>[NB iPhone 4S extraction, 00031528] | | |
| 279. | 12/5/12 text messages between NB and TG<br>[NB iPhone 4S extraction, 00031528] | | |
| 280. | | | |
| 281. | | | |
| 282. | | | |
| 283. | | | |
| 284. | | | |
| 285. | | | |
| 286. | | | |
| 287. | | | |
| 288. | | | |
| 289. | | | |