# LIST OF EXHIBITS AND WITNESSES

| Case Number | EDCR18-00231-JGB | | Title | USA v. JOHN JACOB OLIVAS |
|---|---|---|---|---|

| | |
|---|---|
| **Judge** | JESUS G. BERNAL, U.S. DISTRICT JUDGE |
| **Dates of Trial or Hearing** | 11/30/21 - 12/10/21 |
| **Court Reporters or Tape No.** | Phyllis A. Preston / Laura Elias-12/3/21 only |
| **Deputy Clerks** | Maynor Galvez |

**FILED**
**CLERK, U.S. DISTRICT COURT**
**12/10/2021**
CENTRAL DISTRICT OF CALIFORNIA
BY: ___MG___ DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Frances Lewis, AUSA | Megan Blanco, Retained |
| Eli Alcaraz, AUSA | |
| | |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | See attached government's exhbit/witness list | Gov. |
| | | | | | | | |
| | | | | | | Barest Koeberlein (12/9/21) | Defendant |
| | | | 500 | 12/9/21 | 12/9/21 | string of texts (black binder) | Defendant |
| | | | 501 | 12/9/21 | 12/9/21 | report of digital data | Defendant |
| | | | 502 | 12/9/21 | 12/9/21 | report of digital data | Defendant |
| | | | 504 | 12/10/21 | 12/10/21 | calendar | Defendant |
| | | | 505 | 12/10/21 | 12/10/21 | texts | Defendant |
| | | | | | | Brian Huddleston  (12/9/21) | Defendant |
| | | | | | | Jacob Olivas (12/10/21) | Defendant |
| | | | | | | David Stabb (12/10/21) | Defendant |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**UNITED STATES v. JOHN JACOB OLIVAS**
ED CR 18-231-JGB
GOVERNMENT'S PRETRIAL EXHIBIT LIST

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| VOLUME 1 | | | |
| 1. | 8/8/2012 video recording [NB iPhone 4S extraction, 00031528, file IMG_0859.MOV] [physical exhibit] | 12/3/21 | 12/3/21 |
| 1A | Transcript 8/8/2012 recording | | |
| 2. | KL bruise photographs [00014989-996] | 12/2/21 | 12/2/21 |
| 3. | Wet Electric Facebook advertisement [00022840] | 12/2/21 | 12/2/21 |
| 4. | Wet Electric Facebook event page [00022843-846] | | |
| 5. | 3/22/2012 Photograph at BJ's [NB iPhone 4S extraction, 00031528, file IMG_4672.jpg] | 12/7/21 | 12/7/21 |
| 6. | 4/14/2012 Photograph at restaurant [NB iPhone 4S extraction, 00031528, file IMG_0062.jpg] | | |
| 7. | 4/28/2012 Photograph at Killarney's [NB iPhone 4S extraction, 00031528, file IMG_4971.jpg] | 12/2/21 | 12/2/21 |
| 8. | 5/4/2012 video recording (home) [NB Droid extraction, 00102561] [physical exhibit] | 12/2/21 | 12/2/21 |
| 9. | Screenshot from 5/4/2012 home video | 12/2/21 | 12/2/21 |
| 10. | 5/4/2012 video recording (concert) [NB Droid extraction, 00102580] [physical exhibit] | 12/2/21 | 12/2/21 |
| 11. | Smile Empty Soul event post [00103006-103009] | 12/2/21 | 12/2/21 |
| 12. | 5/13/12 video recording | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
|  | [NB Droid extraction, 00102556] [physical exhibit] | 12/2/21 | 12/2/21 |
| 12A | Transcript 5/13/12 recording |  |  |
| 13. | Screenshot from 5/13/12 video | 12/2/21 | 12/2/21 |
| 14. | 6/27/2012 Flowers on Droid [NB Droid extraction, IMG_20120627_111527.jpg] | 12/3/21 | 12/3/21 |
| 15. | 6/29/2012 newspaper photograph [DB iPhone 4 extraction, 00093442, file IMG_5586.jpg] |  |  |
| 16. | 10/1/12 text messages between NB and defendant re: pool 2:08pm PDT [NB iPhone 4S extraction, 00031528] | 12/3/21 | 12/3/21 |
| 17. | 10/18/12 text messages between NB and defendant 1:41pm PDT [NB iPhone 4S extraction, 00031528] | 12/3/21 | 12/3/21 |
| 18. | 8/2/2012 photograph [NB iPhone 4S extraction, 00031528, file IMG_9497.jpg] | 12/3/21 | 12/3/21 |
| 19. | 8/7/2012 photograph [NB iPhone 4S extraction, 00031528, file IMG_8453.jpg] | 12/3/21 | 12/3/21 |
| 20. | 10/1/12 text messages between NB and defendant re: picture 10:59am PDT [NB iPhone 4S extraction, 00031528] |  |  |
| 21. | 10/17/12 text messages between NB and defendant 5:21pm PDT [NB iPhone 4S extraction, 00031528] | 12/3/21 | 12/3/21 |
| 22. | 10/11/12 text messages between NB and defendant 5:02pm PDT [NB iPhone 4S extraction, 00031528] | 12/3/21 | 12/3/21 |
| 23. | KL photograph of Vegas pool party [00103458] | 12/2/21 | 12/2/21 |
| 24. | SoCal Edison utility records |  |  |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | [0010361-364] | 12/2/21 | 12/2/21 |
| 25. | Custodian of records declaration for SoCal Edison [00103605] | | |
| 26. | 11/18/12 SMS text messages between NB and defendant 3:13pm PST [NB iPhone 4S extraction, 00031528] | | |
| 27. | 11/17/12 text messages between NB and defendant re: urgent care 2:21pm PST [NB iPhone 4S extraction, 00031528] | | |
| 28. | 11/15/12 text messages between NB and defendant 6:05pm PST re: son's party [NB iPhone 4S extraction, 00031528] | 12/7/21 | 12/7/21 |
| 29. | 11/19/12 text messages between NB and defendant 1:58pm PST [NB iPhone 4S extraction, 00031528] | 12/7/21 | 12/7/21 |
| 30. | 10/7/2012 photograph [NB iPhone 4S extraction, 00031528, file IMG_0162.jpg] | 12/3/21 | 12/3/21 |
| 31. | 10/31/12 Halloween photograph [00102628] | 12/8/21 | 12/8/21 |
| 32. | 10/31/2012 flowers photograph [NB iPhone 4S extraction, 00031528, file IMG_6035.jpg] | 12/3/21 | 12/3/21 |
| 33. | 10/5-10/6/12 text messages between NB and LT 1:37pm PDT [NB iPhone 4S extraction, 00031528] | | |
| 34. | SMS text messages between DB and NB [DB iPhone 4 extraction, 00093442] | | |
| 35. | iMessages between DB and NB [DB iPhone 4 extraction, 00093442] [NB iPhone 4S extraction, 00031528] | | |
| 36. | Screenshots of text message between NB and Rita Olivas on 11/4/2012 | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
|  | [NB iPhone 4S extraction, 00031528, IMG_3610.png through IMG_3615.png] [00027989] |  |  |
| 37. | 12/2/2012 photograph [NB iPhone 4S extraction, 00031528, file IMG_0305.jpg] | 12/7/21 | 12/7/21 |
| 38. | 12/2/2012 photograph [NB iPhone 4S extraction, 00031528, file IMG_0295_2.jpg] | 12/7/21 | 12/7/21 |
| 39. | 10/31/13 photograph [NB iPhone 4S extraction, 00031528, file IMG_3635.jpg] [102841] | 12/7/21 | 12/7/21 |
| 40. | 9/29/12 text messages between NB and Rita Olivas [NB iPhone 4S extraction, 00031528] | 12/7/21 | 12/7/21 |
| 41. | 10/18/12 text messages between NB and defendant 2:20pm PDT [NB iPhone 4S extraction, 00031528] | 12/3/21 | 12/3/21 |
| 42. | 10/10/12 text messages between NB and defendant 11:08pm PDT [NB iPhone 4S extraction, 00031528] | 12/3/21 | 12/3/21 |
| 43. | 9/27/12 text and SMS messages between NB and defendant 5:38pm PDT [NB iPhone 4S extraction, 00031528] | 12/3/21 | 12/3/21 |
| 44. | Screenshots of May 2013 text messages between KL and NB [NB iPhone 4S extraction, 00031528, files IMG_3627.png and IMG_3628.png] |  |  |
| 45. | Screenshot of February 2013 text messages between NB and defendant [NB iPhone 4S extraction, 00031528, IMG_5124.png] | 12/7/21 | 12/7/21 |
| 46. | Screenshot of April 2013 text messages between NB and defendant [NB iPhone 4S extraction, 00031528, | 12/7/21 | 12/7/21 |

| No. | Description | Date Identified | Date Admitted |
|-----|-------------|-----------------|---------------|
| | IMG_5133.png to 5137.png] | | |
| 47. | Photographs of Olivas residence ~2014 [00103623-628] | 12/1/21 | 12/1/21 |
| 48. | Screenshot of March/April 2013 text messages between NB and defendant [NB iPhone 4S extraction, 00031528, file IMG_5128.png to 5132.png] | 12/7/21 | 12/7/21 |
| 49. | Screenshot of May 2013 Olivas Facebook post [NB iPhone 4S extraction, 00031528] | | |
| 50. | Screenshot of November 2012 text messages between NB and defendant [NB iPhone 4S extraction, 00031528, file IMG_5103.png] | 12/3/21 | 12/3/21 |
| 51. | Screenshot of text messages between NB and defendant re: deleting friends [NB iPhone 4S extraction, 00031528, file IMG_3542.png] | | |
| 52. | Screenshot of text messages between NB and defendant re: dangerous job [NB iPhone 4S extraction, 00031528, file IMG_3657.png] | 12/3/21 | 12/3/21 |
| 53. | Screenshot of text messages between NB and defendant re: looking [NB iPhone 4S extraction, 00031528, file IMG_1888.png] | 12/7/21 | 12/7/21 |
| 54. | Screenshot of March 1, 2013, text messages between NB and defendant [NB iPhone 4S extraction, 00031528, file IMG_3658.png] | 12/7/21 | 12/7/21 |
| 55. | Screenshot of text messages between NB and defendant re: urgent care [NB iPhone 4S extraction, 00031528, file IMG_5101.png] | 12/3/21 | 12/3/21 |
| 56. | Screenshot of Feb 2013 text messages between NB and defendant [NB iPhone 4S extraction, 00031528, | 12/7/21 | 12/7/21 |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | file IMG_3664.png] | | |
| 57. | Screenshot of text messages between NB and defendant re: RPD<br>[NB iPhone 4S extraction, 00031528, file IMG_3695.png] | 12/7/21 | 12/7/21 |
| 58. | 9/27/12 Note from NB to herself<br>[NB iPhone 4S extraction, 00031528] | 12/3/21 | 12/3/21 |
| 59. | 9/27/12 text messages between NB and defendant re: list 10:36am PDT<br>[NB iPhone 4S extraction, 00031528] | 12/3/21 | 12/3/21 |
| 60. | 12/14/12 photograph radio gear<br>[NB iPhone 4S extraction, 00031528, file IMG_7558.jpeg] | 12/7/21 | 12/7/21 |
| 61. | Riverside PD investigative reports | | |
| 62. | 1/9/2013 photograph<br>[NB iPhone 4S extraction, 00031528, file IMG_0305.jpg] | 12/7/21 | 12/7/21 |
| 63. | Screenshot of Dec. 2012 text messages between NB and defendant re: federal agent<br>[NB iPhone 4S extraction, 00031528, file IMG_4968.png] | 12/7/21 | 12/7/21 |
| 64. | Screenshot of text messages between NB and defendant re: 26 messages<br>[NB iPhone 4S extraction, 00031528, file IMG_4982.png] | 12/7/21 | 12/7/21 |
| 65. | 1/17/13 photograph<br>[NB iPhone 4S extraction, 00031528, file IMG_0152.jpg] | 12/7/21 | 12/7/21 |
| **VOLUME 2** | | | |
| 66. | Screenshot of text messages between NB and defendant re: calling guys<br>[NB iPhone 4S extraction, 00031528, file IMG_5047.png] | 12/7/21 | 12/7/21 |
| 67. | 2/14/13 photograph<br>[NB iPhone 4S extraction, 00031528, | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | file imagejpeg-2.jpg] | 12/7/21 | 12/7/21 |
| 68. | Screenshots of text messages between NB and defendant re: hurt [NB iPhone 4S extraction, 00031528, files IMG_5097.png to 5099.png] | 12/7/21 | 12/7/21 |
| 69. | Screenshot of text messages between NB and defendant re: bruising [NB iPhone 4S extraction, 00031528, file IMG_5053.png] | 12/7/21 | 12/7/21 |
| 70. | Screenshot of post by x_jayjacob_x of red-tshirt and truck ~April 2013 [NB iPhone 4S extraction, 00031528, file IMG_3563.png] | | |
| 71. | Screenshot of post by x_jayjacob_x of genetics gear logo ~April 2013 [NB iPhone 4S extraction, 00031528, file IMG_3560.png] | | |
| 72. | Screenshot of post by x_jayjacob_x of Mr. Steroid ~May 2013 [NB iPhone 4S extraction, 00031528, file IMG_3557.png] | | |
| 73. | Screenshot of account screen for x_jayjacob_x [NB iPhone 4S extraction, 00031528, file IMG_3603.png] | | |
| 74. | Screenshot of post by x_jayjacob_x of black t-shirt white truck ~April 2013 [NB iPhone 4S extraction, 00031528, file IMG_3569.png] | | |
| 75. | Screenshot of post by x_jayjacob_x pool party holding red t-shirt [NB iPhone 4S extraction, 00031528, file IMG_3576.png] | | |
| 76. | Screenshot of post by x_jayjacob_x interior truck ~May 2013 [NB iPhone 4S extraction, 00031528, file IMG_3591.png] | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 77. | Screenshot of post by x_jayjacob_x re: bodies ~April 2013 [NB iPhone 4S extraction, 00031528, file IMG_3595.png] | | |
| 78. | Screenshot of Facebook post by "John Olivas" on March 28, 2012 [NB iPhone 4S extraction, 00031528, file IMG_3551.jpg] | | |
| 79. | Screenshot of post by geneticsgear re: rape ~June 2013 [NB iPhone 4S extraction, 00031528, file IMG_2577.png] | | |
| 80. | Screenshot of search for geneticsgear [NB iPhone 4S extraction, 00031528, file IMG_3639.png] | | |
| 81. | Screenshot of http:// geneticsgear.com/about-us page [102822] | | |
| 82. | Screenshot of post by x_jayjacob_x of t-shirts ~July 2013 [00102648] | | |
| 83. | Screenshot of post by x_jayjacob_x of defendant's back ~April 2013 [00102734] | | |
| 84. | 12/6/2013 photograph FB profile [DB iPhone 4 extraction, 00093442, file IMG952013120695131628.jpg] | | |
| 85. | 11/18/12 text messages between NB and defendant 9:49pm PST [NB iPhone 4S extraction, 00031528] | 12/7/21 | 12/7/21 |
| 86. | 11/9/12 text messages between NB and defendant 4:33pm PST [NB iPhone 4S extraction, 00031528] | 12/7/21 | 12/7/21 |
| 87. | March 2012 Facebook messages from NB's Droid phone | 12/2/21 | 12/2/21 |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 88. | Photographs of Killarney's [00102952, 00102955, 00102956, 00102975, 00102968] | 12/2/21 | 12/2/21 |
| 89. | 11/21/12 text messages between NB and defendant 12:16pm PST [NB iPhone 4S extraction, 00031528] | 12/7/21 | 12/7/21 |
| 90. | Date unknown – recording sent via text on 3/31/2013 [NB iPhone 4S extraction, 00031528, file IMG953550.3gp] [physical exhibit] | 12/7/21 | 12/7/21 |
| 91. | Screenshots from recording sent via text on 3/31/2013 | 12/7/21 | 12/7/21 |
| 92. | 11/22/12 text messages between NB and defendant 9:07 pm PST [NB iPhone 4S extraction, 00031528] | 12/7/21 | 12/7/21 |
| 93. | 11/9/12 text messages between NB and defendant 9:37am PST [NB iPhone 4S extraction, 00031528] | | |
| 94. | 11/13/12 text messages between NB and defendant 11:26pm PST [NB iPhone 4S extraction, 00031528] | 12/7/21 | 12/7/21 |
| 95. | 11/5/12 text messages between NB and defendant 10:08pm PST [NB iPhone 4S extraction, 00031528] | 12/3/21 | 12/3/21 |
| 96. | 11/6/12 text messages between NB and defendant 3:02pm PST [NB iPhone 4S extraction, 00031528] | 12/3/21 | 12/3/21 |
| 97. | 11/7/12 text messages between NB and defendant 8:15am PST [NB iPhone 4S extraction, 00031528] | 12/3/21 | 12/3/21 |
| 98. | 11/5/12 text messages between NB and defendant 7:49am PST [NB iPhone 4S extraction, 00031528] | 12/3/21 | 12/3/21 |

| No. | Description | Date Identified | Date Admitted |
|-----|-------------|-----------------|---------------|
| 99. | 11/13/12 text messages between NB and defendant 7:56am PST [NB iPhone 4S extraction, 00031528] | 12/7/21 | 12/7/21 |
| 100. | 11/8/12 text messages between NB and defendant 7:19am PST [NB iPhone 4S extraction, 00031528] | 12/3/21 | 12/3/21 |
| 101. | *[intentionally left blank]* | | |
| 102. | Jail Call #1 [physical exhibit] | | |
| 102A | Transcript Jail Call #1 | | |
| 103. | Jail Call #2 [physical exhibit] | | |
| 103A | Transcript Jail Call #2 | | |
| 104. | Jail Call #3 [physical exhibit] | | |
| 104A | Transcript Jail Call #3 | | |
| 105. | Jail Call #4 [physical exhibit] | | |
| 105A | Transcript Jail Call #4 | | |
| 106. | Jail Call #5 [physical exhibit] | | |
| 106A | Transcript Jail Call #5 | | |
| 107. | Jail Call #6 [physical exhibit] | | |
| 107A | Transcript Jail Call #6 | | |
| 108. | Excerpts from iPhone 4S Cellebrite extraction report [NB iPhone 4S extraction, 00031528] | | |
| 109. | Excerpts from iPhone 4 Cellebrite extraction report [DB iPhone 4 extraction, 00093442] | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 110. | Excerpts from Motorola Droid extraction | | |
| 111. | 11/20/13 3:30 p.m. recorded interview of defendant by RPD Det. Tutwiler [00012675] [physical exhibit] | 12/7/21 | 12/7/21 |
| 111A | Transcript of 11/20/13 3:30 p.m. recorded interview | | |
| 112. | 11/20/13 3:37 p.m. recorded interview of John Olivas by RPD Det. Tutwiler [00012676] [physical exhibit] | 12/7/21 | 12/7/21 |
| 112A | Transcript of 11/20/13 3:37 p.m. recorded interview | | |
| 113. | 6/24/12 text messages between NB and defendant [NB iPhone 4S extraction, 00031528] | 12/2/21 | 12/2/21 |
| 114. | 6/25/12 text messages between NB and defendant [NB iPhone 4S extraction, 00031528] | | |
| 115. | Photo from 9/28/12 3am video | 12/7/21 | 12/7/21 |
| 116. | Photo from 10/1/12 video | | |
| 117. | Redacted photo from 10/1/12 video | 12/7/21 | 12/7/21 |
| 118. | Facebook records [00103521-103604] | | |
| 119. | Facebook custodian of records declaration [00103556] | | |
| 120. | *[intentionally left blank]* | 12/2/21 | 12/2/21 |
| 121. | 3/31/05 email from defendant to RA [00014975] | | |
| 122. | Defendant voicemail to RA - Track 2 | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | [00014978]<br>[physical exhibit] | | |
| 122A | Transcript of Voicemail – Track 2 | | |
| 123. | Defendant voicemail to RA – Track 3<br>[00014979]<br>[physical exhibit] | | |
| 123A | Transcript of Voicemail – Track 3 | | |
| 124. | Olivas voicemail to Avant – Track 6<br>[00014982]<br>[physical exhibit] | | |
| 124A | Transcript of Voicemail – Track 6 | | |
| 125. | Olivas voicemail to Avant – Track 7<br>[00014983]<br>[physical exhibit] | | |
| 125A | Transcript of Voicemail – Track 7 | | |
| 126. | Transcripts of Family Law Proceedings with RA on 12/16/14, 1/8/15, 2/26/15<br>[00013263-304] | | |
| 127. | Certified Transcript of Family Law Proceedings with RA on 10/2/2015<br>[00021511-532] | | |
| 128. | 2005 RA request for restraining order<br>[00012167-179] | | |
| 129. | 2007 RA request for restraining order<br>[00012180-194] | | |
| 130. | 10/16/2012 DMV Record for defendant<br>[00014503] | 12/3/21 | 12/3/21 |
| 131. | Defendant's certified conviction records<br>[00031346-393] | | |
| 132. | Riverside DA Investigator's Report<br>[00021469-474] | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | *[for identification only]* | | |
| 133. | 11/28/12 text messages between NB and defendant re: 26 texts 12:05am PST [NB iPhone 4S extraction, 00031528] | 12/7/21 | 12/7/21 |
| 134. | 4/1/13 text messages between NB and defendant re: investigation [NB iPhone 4S extraction, 00031528] | 12/7/21 | 12/7/21 |
| 135. | Declaration of MO in support of divorce filing [00022359] | | |
| 136. | 2/10/13 text messages between NB and defendant [NB iPhone 4S extraction, 00031528] | 12/7/21 | 12/7/21 |
| 137. | 2/15/13 text messages between NB and defendant [NB iPhone 4S extraction, 00031528] | 12/7/21 | 12/7/21 |
| 138. | 12/27/12 text messages between NB and defendant [NB iPhone 4S extraction, 00031528] | 12/7/21 | 12/7/21 |
| 139. | 11/14/12 text messages between NB and defendant 1:41pm PST [NB iPhone 4S extraction, 00031528] | 12/7/21 | 12/7/21 |
| 140. | 10/30/12 SMS messages between NB and defendant [NB iPhone 4S extraction, 00031528] | 12/3/21 | 12/3/21 |
| **VOLUME 3** | | | |
| 141. | 4/30/13 text messages between NB and defendant [NB iPhone 4S extraction, 00031528] | 12/7/21 | 12/7/21 |
| 142. | 5/9/13 text messages between NB and KL [NB iPhone 4S extraction, 00031528] | | |
| 143. | 3/31/13 SMS messages between NB and defendant [NB iPhone 4S extraction, 00031528] | 12/7/21 | 12/7/21 |

| No. | Description | Date Identified | Date Admitted |
|-----|-------------|-----------------|---------------|
| 144. | 5/19/13 Extraction Data re: House Facebook post<br>[NB iPhone 4S extraction, 00031528] | | |
| 145. | 3/2/13 SMS messages between NB and defendant<br>[NB iPhone 4S extraction, 00031528] | 12/7/21 | 12/7/21 |
| 146. | 3/12/13 text messages between NB and defendant<br>[NB iPhone 4S extraction, 00031528] | | |
| 147. | 11/13/12 text messages between NB and defendant 4:27pm PST<br>[NB iPhone 4S extraction, 00031528] | 12/7/21 | 12/7/21 |
| 148. | 11/14/12 text messages between NB and defendant 10:40pm PST<br>[NB iPhone 4S extraction, 00031528] | 12/7/21 | 12/7/21 |
| 149. | 1/5/12 text messages between NB and defendant<br>[NB iPhone 4S extraction, 00031528] | 12/7/21 | 12/7/21 |
| 150. | ICE Code of Conduct 1033.1: Employee Code of Conduct, 8/7/2012<br>[00030088-094] | 12/1/21 | 12/1/21 |
| 151. | ICE Code of Conduct 3002.1: ICE Badge and Credential Program, 1/12/2010<br>[00030096-114] | 12/1/21 | 12/1/21 |
| 152. | Defendant's Student Transcript Detailed Report<br>[00030117-119] | 12/1/21 | 12/1/21 |
| 153. | ICE Integrity Reinforcement Course 102.04 Description<br>[00030115] | 12/1/21 | 12/1/21 |
| 154. | Pages from Integrity Reinforcement Student Study Guide<br>[00030120-121] | 12/1/21 | 12/1/21 |
| 155. | Pages from ICE Integrity Reinforcement Training | 12/1/21 | 12/1/21 |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | [00030127-129] | | |
| 156. | ICE Integrity Reinforcement Training signature page, October 2009 [00031394] | 12/1/21 | 12/1/21 |
| 157. | Pages from ICE Integrity Awareness Program [00030122-126] | 12/1/21 | 12/1/21 |
| 158. | HSI Special Agent On-the-Job Training and Evaluation Handbook [00031395-410] | 12/1/21 | 12/1/21 |
| 159. | Interim ICE Firearms Policy [00102256-267] | 12/1/21 | 12/1/21 |
| 160. | *[intentionally left blank]* | | |
| 161. | Olivas firearms and badges serialized history [00102246-102250] | 12/1/21 | 12/1/21 |
| 162. | Photo of Sig Sauer P229 [00102552] | 12/1/21 | 12/1/21 |
| 163. | Photo of M4 rifle [00102607] | 12/1/21 | 12/1/21 |
| 164. | Photo of ICE Special Agent badge [00103661] | 12/1/21 | 12/1/21 |
| 165. | Photo of Olivas residence [00102254] | 12/1/21 | 12/1/21 |
| 166. | *[intentionally left blank]* | | |
| 167. | *[intentionally left blank]* | | |
| 168. | *[intentionally left blank]* | | |
| 169. | *[intentionally left blank]* | | |
| 170. | NB Verizon tolls (-9800 and -2803) [00014544] | 12/2/21 | 12/2/21 |
| 171. | Verizon Custodian of Records Declaration [00014544] | | |
| 172. | Defendant's HSI phone Sprint tolls (- | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | 2698)<br>[00014915-918, 00014931-14946, 00014919-930] | 12/2/21 | 12/2/21 |
| 173. | Sprint Custodian of Records Declaration<br>[00014913-914] | | |
| **VOLUME 4** | | | |
| 174. | Defendant's AT&T tolls (-1831)<br>[00015100-15944] | 12/7/21 | 12/7/21 |
| **VOLUME 3 (CONT.)** | | | |
| 175. | Defendant's AT&T Subscriber info (-1831)<br>[00016341-342] | 12/2/21 | 12/2/21 |
| 176. | AT&T Custodian of Records Declaration<br>[00015096-099] | | |
| 177. | *[intentionally left blank]* | | |
| 178. | *[intentionally left blank]* | | |
| 179. | *[intentionally left blank]* | | |
| 180. | Riverside Urgent Care docs produced by Riverside Medical Clinic<br><br>[00103495-00103512] | 12/8/21 | 12/8/21 |
| 181. | *[intentionally left blank]* | | |
| 182. | Dr. Wudka progress notes<br>[00012326] | | |
| 183. | *[intentionally left blank]* | | |
| 184. | *[intentionally left blank]* | | |
| 185. | *[intentionally left blank]* | | |
| 186. | *[intentionally left blank]* | | |
| 187. | *[intentionally left blank]* | | |
| 188. | *[intentionally left blank]* | | |
| 189. | *[intentionally left blank]* | | |
| 190. | *[intentionally left blank]* | | |
| 191. | Dr. Shelby report<br>[00031567-31591]<br><br>*[for identification only]* | | |
| 192. | Dr. Shelby Curriculum Vitae | | |

| No. | Description | Date Identified | Date Admitted |
|-----|-------------|-----------------|---------------|
| | [00031494-519]<br><br>*[for identification only]* | | |
| 193. | *[intentionally left blank]* | | |
| 194. | *[intentionally left blank]* | | |
| 195. | *[intentionally left blank]* | | |
| 196. | *[intentionally left blank]* | | |
| 197. | *[intentionally left blank]* | | |
| 198. | *[intentionally left blank]* | | |
| 199. | *[intentionally left blank]* | | |
| 200. | *[intentionally left blank]* | | |
| | **VOLUME 5** | | |
| 201. | *[intentionally left blank]* | | |
| 202. | Transcript 10/31/13 2:49 p.m. interview of N.B. by RPD Det. Isaac & Tutwiler<br>[00028177-28195] | | |
| 203. | Transcript 10/31/13 3:26 p.m. interview of N.B. by RPD Det. Isaac & Tutwiler<br>[00028196-28210] | | |
| 204. | Transcript 11/5/13 interview of C.B. by RPD Det. Tutwiler<br>[00028638-644]<br><br>*[for identification only]* | | |
| 205. | Transcript 11/7/13 8:56 a.m. interview of D.B. by RPD Det. Isaac & Tutwiler<br>[00028645-693]<br><br>*[for identification only]* | | |
| 206. | Transcript 11/7/13 interview of N.B. by RPD Det. Isaac & Tutwiler<br>[00028211-28289] | | |
| 207. | Transcript 11/8/13 interview of Jaykb Olivas by Det. Hopewell<br>[00028622-28637]<br><br>*[for identification only]* | | |
| 208. | Transcript 11/12/13 interview of D.B. and N.B. by RPD Det. Isaac & Tutwiler<br>[00028309-28332] | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | *[for identification only]* | | |
| 209. | Transcript 11/14/13 interview of L.T. by RPD Det. Tutwiler [00028610-28621] *[for identification only]* | | |
| 210. | Transcript 11/14/13 interview of B.M. by RPD Det. Tutwiler [00028700-705] *[for identification only]* | | |
| 211. | Transcript 11/19/13 interview of N.B. by RPD Det. Isaac [00028569-28576] | | |
| 212. | Transcript 11/20/13 interview of defendant's parents by RPD Det. Isaac, Tutwiler, and Dotson [00028577-596] *[for identification only]* | | |
| 213. | Transcript 11/20/13 interview of Rita Olivas by RPD Det. Tutwiler [00028597-599] *[for identification only]* | | |
| 214. | Transcript 12/16/13 interview of Rita Olivas by RPD Det. Tutwiler [00028600-606] *[for identification only]* | | |
| 215. | Transcript 12/18/13 interview of N.B. by RPD Det. Isaac & Tutwiler [00028562-28568] *[for identification only]* | | |
| 216. | *[intentionally left blank]* | | |
| 217. | *[intentionally left blank]* | | |
| 218. | *[intentionally left blank]* | | |
| 219. | *[intentionally left blank]* | | |
| 220. | *[intentionally left blank]* | | |
| 221. | *[intentionally left blank]* | | |
| 222. | 8/4/2014 FBI Serial 1 – Case Opening [00014494-497] *[for identification only]* | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 223. | 8/5/2014 FBI Serial 2 – Case Opening [00014507-511]  *[for identification only]* | | |
| 224. | 8/11/2014 FBI Serial 3 – N.B. 302 – recorded interview [00014512]  *[for identification only]* | | |
| 225. | Transcript 8/11/14 interview of N.B. by FBI SA Staab [00029283-486] | | |
| **VOLUME 6** | | | |
| 226. | N.B.'s personal notes/chronology [0000001-38] | | |
| 227. | 9/8/2014 FBI Serial 14 – K.L. 302 [00014962]  *[for identification only]* | | |
| 228. | 9/9/2014 FBI Serial 18 – K.L. 302 – recorded interview [00014966] | | |
| 229. | Transcript 9/9/14 interview of K.L. by FBI SA Staab [00029487-571]  *[for identification only]* | | |
| 230. | 9/16/2014 FBI Serial 26 – K.L. 302 – recorded interview [00014970]  *[for identification only]* | | |
| 231. | Transcript 9/16/14 interview of K.L. by FBI SA Staab [00029572-603] | | |
| 232. | 9/17/2014 FBI Serial 27 – R.A. 302 – recorded interview [00014971]  *[for identification only]* | | |
| 233. | Transcript 9/17/14 interview of R.A. by FBI SA Staab | | |

| No. | Description | Date Identified | Date Admitted |
|-----|-------------|-----------------|---------------|
|  | [00028831-28934]<br><br>*[for identification only]* |  |  |
| 234. | Riverside PD Report 5/19/05 by R.A. [00014972-974]<br><br>*[for identification only]* |  |  |
| 235. | 9/22/14 FBI Serial 28 – Receipt RPD records and RPD phone extractions [00014986]<br><br>*[for identification only]* |  |  |
| 236. | 9/22/14 FBI Serial 31 – K.L. 302 – recorded interview – provides photos [00014988]<br><br>*[for identification only]* |  |  |
| 237. | 9/23/14 FBI Serial 32 – I.T. 302 – recorded interview [00014997]<br><br>*[for identification only]* |  |  |
| 238. | Transcript 9/23/14 interview of I.T. by FBI SA Staab [00028966-989]<br><br>*[for identification only]* |  |  |
| 239. | 9/23/14 FBI Serial 34 – C.B. 302 – recorded interview [00014999]<br><br>*[for identification only]* |  |  |
| 240. | Transcript 9/23/14 interview of C.B. by FBI SA Staab [00029062-115]<br><br>*[for identification only]* |  |  |
| 241. | 9/24/14 FBI Serial 36 – D.B. 302 – recorded interview [00015000]<br><br>*[for identification only]* |  |  |
| 242. | Transcript 9/24/14 interview of D.B. by FBI SA Staab [00028990-29061] |  |  |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | *[for identification only]* | | |
| 243. | 10/3/14 FBI Serial 48 – R.A. – recorded interview [00015091] *[for identification only]* | | |
| 244. | Transcript 10/3/14 interview of R.A. by FBI SA Staab [00029116-175] *[for identification only]* | | |
| 245. | 10/31/14 FBI Serial 62 – C.R. 302 re: contact in Georgia [00016388] *[for identification only]* | | |
| 246. | 11/20/14 FBI Serial 70 – K.L. 302 – recorded interview [00020992] *[for identification only]* | | |
| 247. | 12/2/14 FBI Serial 73 – Surveillance of residence on Digger Pine [00020995] *[for identification only]* | | |
| 248. | 1/12/15 FBI Serial 75 – R.A. 302 re: [00020997-998] *[for identification only]* | | |
| 249. | 2/5/15 FBI Serial 78 – C.R. recorded interview [00021000] *[for identification only]* | | |
| 250. | Transcript 2/5/15 interview of C.R. by FBI SA Staab [00029203-243] *[for identification only]* | | |
| **VOLUME 7** | | | |
| 251. | 4/28/15 FBI Serial 83 – N.B. 302 [00021112] *[for identification only]* | | |
| 252. | 6/30/15 FBI Serial 105 – N.B. 302 | | |

| No. | Description | Date Identified | Date Admitted |
|-----|-------------|-----------------|---------------|
| | [00021431]<br><br>*[for identification only]* | | |
| 253. | 8/15/15 FBI Serial 120 – N.B. 302 [00021454]<br><br>*[for identification only]* | | |
| 254. | 8/31/15 FBI Serial 124 – N.B. 302 [00021464-465]<br><br>*[for identification only]* | | |
| 255. | 11/16/15 FBI Serial 141 – receipt of OCRCFL reports for three phones [00021505]<br><br>*[for identification only]* | | |
| 256. | OCRCFL Report of Examination, 9/25/15, for iPhone 4S and iPhone 4 [00021506-507]<br><br>*[for identification only]* | | |
| 257. | OCRCFL Report of Examination, 9/25/15, for Droid and SD Card [00021508-509]<br><br>*[for identification only]* | | |
| 258. | 11/17/15 FBI Serial 143 – M.H. 302 [00021533]<br><br>*[for identification only]* | | |
| 259. | 7/30/18 FBI Serial 186 – M.H. 302 [00029755]<br><br>*[for identification only]* | | |
| 260. | 8/12/16 FBI Serial 160 – K.L. 302 – recorded interview [00022178]<br><br>*[for identification only]* | | |
| 261. | Transcript 8/12/2016 Interview K.L. by FBI SA Staab [00029689-723] | | |
| 262. | 10/4/17 FBI Serial 176 – M.H. 302 – recorded interview [00022752] | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | *[for identification only]* | | |
| 263. | Transcript 10/4/17 interview of M.H. by FBI SA Staab [00029620-688]  *[for identification only]* | | |
| 264. | 12/13/17 FBI Serial 180 – Wet Electric Facebook research [00022839]  *[for identification only]* | | |
| 265. | 8/31/20 FBI Serial 278 – M.H. 302 [100813-815]  *[for identification only]* | | |
| 266. | 11/18/21 FBI Serial 364 – R.A. 302 [00103418-420]  *[for identification only]* | | |
| 267. | 11/17/21 FBI Serial 362 – N.B. 302 [00103404-406]  *[for identification only]* | | |
| 268. | 11/16/21 FBI Serial 363 – N.B. 302 [00103408-414]  *[for identification only]* | | |
| 269. | 11/20/21 FBI Serial 367 – K.L. 302 [00103445-455]  *[for identification only]* | | |
| 270. | 11/19/21 FBI Serial 368 – M.H. (M.O.) 302 [00103460-103462]  *[for identification only]* | | |
| 271. | 11/23/21 FBI Serial 377 – N.B. 302  *[for identification only]* | | |
| 272. | 11/22/21 FBI Serial 387 – C.N. 302  *[for identification only]* | | |
| 273. | 11/24/21 FBI Serial 380 – K.L. 302  *[for identification only]* | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 274. | GJ Transcript (Staab)<br><br>*[for identification only]* | | |
| 275. | 12/29/12 text messages between NB and defendant<br>[NB iPhone 4S extraction, 00031528] | 12/7/21 | 12/7/21 |
| 276. | 12/23/12 text messages between NB and defendant<br>[NB iPhone 4S extraction, 00031528] | 12/7/21 | 12/7/21 |
| 277. | 12/11/12 text messages between NB and TG<br>[NB iPhone 4S extraction, 00031528] | | |
| 278. | 11/15/12 text messages between NB and defendant<br>[NB iPhone 4S extraction, 00031528] | | |
| 279. | 12/5/12 text messages between NB and TG<br>[NB iPhone 4S extraction, 00031528] | | |
| 280. | | 12/7/21 | 12/7/21 |
| 281. | | 12/7/21 | 12/7/21 |
| 282. | | 12/7/21 | 12/7/21 |
| 283. | | | |
| 284. | Summary chart | 12/7/21 | 12/7/21 |
| 285. | String of text messages | 12/7/21 | 12/7/21 |
| 286. | | | |
| 287. | | 12/7/21 | 12/7/21 |
| 288. | | | |
| 289. | | | |
| 290 | | | |
| 291 | | | |
| 292 | | | |
| 293 | | | |
| 294 | | | |
| 295 | | 12/7/21 | 12/7/21 |
| 296 | | 12/7/21 | 12/7/21 |
| | | | |
| | | | |
| | | | |
| | | | |

**UNITED STATES v. JOHN JACOB OLIVAS**
ED CR 18-231-JGB
GOVERNMENT'S WITNESS LIST

| No. | Witness |
|---|---|
| 1. | Roxanne Avant                                 **12/1/21** |
| 2. | Deborah Broker |
| 3. | Curtis Broker |
| 4. | Nicole Broker                        **12/7/21 – 12/9/21** |
| 5. | HSI Senior Special Agent David Guppenberger    **12/1/21** |
| 6. | Former Riverside PD Detective Robert ("Bob") Isaac |
| 7. | Dr. Prateek Jindal, D.O. |
| 8. | FBI CART TFO Paul Johnson               **12/7/21** |
| 9. | Kimberly Lauterjung                    **12/2/21** |
| 10. | Brittany Manoogian |
| 11. | Former ICE OPR Lead Instructor Karen Martin   **12/1/21** |
| 12. | Ceanne Nelson (formerly Ceanne Richards)      **12/1/21** |
| 13. | John Olivas, Sr. |
| 14. | Makenna Olivas (formerly Makenna Hannigan)    **12/1/21** |
| 15. | Dr. Janine Shelby, Ph.D.                    **12/3/21** |
| 16. | Daniel Rebham |
| 17. | Dr. Jessie Rollins, D.O.                   **12/8/21** |
| 18. | FBI Special Agent David Staab **12/2/21;12/3/21;12/7/21;12/10/12** |
| 19. | Ian Thornton |
| 20. | Lorraine Torsney                 **12/9/21** |
| 21. | Former Riverside PD Detective Ken Tutwiler  **12/9/21** |
| 22. | Former FBI CART Forensic Analyst Jim Watkins |
| 23. | Kevin Wilhelm |
| 24. | Dr. Geisele Wudka, M.D. |
| 25. | |