UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION



FILED
CLERK, U.S. DISTRICT COURT
DEC 1 0 2021
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

JURY NOTE

# JURY NOTE • NUMBER   1

Case No. EDCR18-231-JGB

Title: USA v. JOHN JACOB OLIVAS

=====================================================================

☐ The Jury has reached a unanimous verdict.

☑ Other:
JURY HAS DECIDED TO LEAVE AT 4:30 PM
[Juror No. 1] HAS BEEN SELECTED AS FOREPERSON

Dated this  10  day of  DECEMBER , 2021.

Time:  4 : 25  am/**pm**

_____
Juror No. 1
Foreperson of the Jury

Court's Response: