

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

JURY NOTE

JURY NOTE • NUMBER __2__

Case No. EDCR18-231-JGB

Title: USA v. JOHN JACOB OLIVAS

☐ The Jury has reached a unanimous verdict.

☒ Other: CAN WE HAVE ITEMIZED EXHIBIT LIST?

Dated this __13__ day of __DECEMBER__, 20__21__.

Time: __10__ : __05__ (am)/pm

Juror No. 1

_____
Foreperson of the Jury

Court's Response:

Attached is an exhibit list. You are reminded that the exhibit list is not evidence.