EXHIBIT LIST PROVIDED TO THE JURY



FILED
CLERK, U.S. DISTRICT COURT
12-13-2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___MG___ DEPUTY

**UNITED STATES v. JOHN JACOB OLIVAS**
**ED CR 18-231-JGB**
**EXHIBIT LIST**

| No. | Description |
|---|---|
| 1. | Video recording |
| 2. | Photographs |
| 3. | Wet Electric Facebook advertisement |
| 5. | Photograph |
| 7. | Photograph |
| 8. | Video recording |
| 9. | Screenshot from video |
| 10. | Video recording |
| 11. | Smile Empty Soul event post |
| 12. | Video recording |
| 13. | Screenshot from video |
| 14. | Photograph |
| 16. | 10/1/12 text messages between NB and Mr. Olivas |
| 17. | 10/18/12 text messages between NB and Mr. Olivas |
| 18. | Photograph |
| 19. | Photograph |
| 21. | 10/17/12 text messages between NB and Mr. Olivas |
| 22. | 10/11/12 text messages between NB and Mr. Olivas |
| 23. | Photograph |
| 24. | SoCal Edison utility records |
| 28. | 11/15/12 text messages between NB and Mr. Olivas |

| No. | Description |
|---|---|
| 29. | 11/19/12 text messages between NB and Mr. Olivas |
| 30. | Photograph |
| 31. | Photograph |
| 32. | Photograph |
| 37. | Photograph |
| 38. | Photograph |
| 39. | Photograph |
| 40. | 9/29/12 text messages by NB |
| 41. | 10/18/12 text messages between NB and Mr. Olivas |
| 42. | 10/10/12 text messages between NB and Mr. Olivas |
| 43. | 9/27/12 text and SMS messages between NB and Mr. Olivas |
| 45. | Screenshot of text messages between NB and Mr. Olivas |
| 46. | Screenshot of text messages between NB and Mr. Olivas |
| 47. | Photographs |
| 48. | Screenshot of text messages between NB and Mr. Olivas |
| 50. | Screenshot of text messages between NB and Mr. Olivas |
| 52. | Screenshot of text messages between NB and Mr. Olivas |
| 53. | Screenshot of text messages between NB and Mr. Olivas |
| 54. | Screenshot of text messages between NB and Mr. Olivas |
| 55. | Screenshot of text messages between NB and Mr. Olivas |
| 56. | Screenshot of text messages between NB and Mr. Olivas |
| 57. | Screenshot of text messages between NB and Mr. Olivas |
| 58. | 9/27/12 Note from NB to herself |

| No. | Description |
|---|---|
| 59. | 9/27/12 text messages between NB and Mr. Olivas |
| 60. | Photograph |
| 62. | Photograph |
| 63. | Screenshot of text messages between NB and Mr. Olivas |
| 64. | Screenshot of text messages between NB and Mr. Olivas |
| 65. | Photograph |
| 66. | Screenshot of text messages between NB and Mr. Olivas |
| 67. | Photograph |
| 68. | Screenshots of text messages between NB and Mr. Olivas |
| 69. | Screenshot of text messages between NB and Mr. Olivas |
| 85. | 11/18/12 text messages between NB and Mr. Olivas |
| 86. | 11/9/12 text messages between NB and Mr. Olivas |
| 87. | March 2012 Facebook messages |
| 88. | Photographs |
| 89. | 11/21/12 text messages between NB and Mr. Olivas |
| 90. | Video recording |
| 91. | Screenshots from recording sent via text |
| 92. | 11/22/12 text messages between NB and Mr. Olivas |
| 94. | 11/13/12 text messages between NB and Mr. Olivas |
| 95. | 11/5/12 text messages between NB and Mr. Olivas |
| 96. | 11/6/12 text messages between NB and Mr. Olivas |
| 97. | 11/7/12 text messages between NB and Mr. Olivas |
| 98. | 11/5/12 text messages between NB and Mr. Olivas |

| No. | Description |
|---|---|
| 99. | 11/13/12 text messages between NB and Mr. Olivas |
| 100. | 11/8/12 text messages between NB and Mr. Olivas |
| 111. | 11/20/13 3:30 p.m. recorded interview of Mr. Olivas by RPD Det. Tutwiler |
| 112. | 11/20/13 3:37 p.m. recorded interview of Mr. Olivas by RPD Det. Tutwiler |
| 113. | 6/24/12 text messages between NB and Mr. Olivas |
| 115. | Photo from 9/28/12 3am video |
| 117. | Redacted photo from 10/3/12 video |
| 120. | Photograph |
| 130. | DMV Record for Mr. Olivas |
| 133. | 11/28/12 text messages between NB and Mr. Olivas |
| 134. | 4/1/13 text messages between NB and Mr. Olivas |
| 136. | 2/10/13 text messages between NB and Mr. Olivas |
| 137. | 2/15/13 text messages between NB and Mr. Olivas |
| 138. | 12/27/12 text messages between NB and Mr. Olivas |
| 139. | 11/14/12 text messages between NB and Mr. Olivas |
| 140. | 10/30/12 SMS messages between NB and Mr. Olivas |
| 141. | 4/30/13 text messages between NB and Mr. Olivas |
| 143. | 3/31/13 SMS messages between NB and Mr. Olivas |
| 145. | 3/2/13 SMS messages between NB and Mr. Olivas |
| 147. | 11/13/12 text messages between NB and Mr. Olivas |
| 148. | 11/14/12 text messages between NB and Mr. Olivas |
| 149. | 1/5/12 text messages between NB and Mr. Olivas |

| No. | Description |
|---|---|
| 150. | ICE Code of Conduct 1033.1: Employee Code of Conduct, 8/7/2012 |
| 151. | ICE Code of Conduct 3002.1: ICE Badge and Credential Program, 1/12/2010 |
| 152. | Mr. Olivas's Student Transcript Detailed Report |
| 153. | ICE Integrity Reinforcement Course 102.04 Description |
| 154. | Pages from Integrity Reinforcement Student Study Guide |
| 155. | Pages from ICE Integrity Reinforcement Training |
| 156. | ICE Integrity Reinforcement Training signature page, October 2009 |
| 157. | Pages from ICE Integrity Awareness Program |
| 158. | HSI Special Agent On-the-Job Training and Evaluation Handbook |
| 159. | Interim ICE Firearms Policy |
| 161. | Olivas firearms and badges serialized history |
| 162. | Photo of Sig Sauer P229 |
| 163. | Photo of M4 rifle |
| 164. | Photo of ICE Special Agent badge |
| 165. | Photograph |
| 170. | NB Verizon tolls (-9800 and -2803) |
| 172. | Mr. Olivas's HSI phone Sprint tolls    (-2698) |
| 174. | Mr. Olivas's AT&T tolls (-1831) |
| 175. | Mr. Olivas's AT&T Subscriber info      (-1831) |
| 180. | Riverside Medical Clinic records |
| 275. | 12/29/12 text messages between NB and Mr. Olivas |
| 276. | 12/23/12 text messages between NB and Mr. Olivas |

| No. | Description |
|---|---|
| 280. | Extraction report for NB's phone by Detective Johnson |
| 281. | Extraction report for DB's phone by Detective Johnson |
| 282. | Extraction report for SD Card photograph by Detective Johnson |
| 284. | Summary chart of images and MD5 hashes |
| 285. | 12/9/12 text messages between NB and Mr. Olivas |
| 287. | Extraction report for SD Card videos by Detective Johnson |
| 295. | 11/8/12 text messages between NB and Mr. Olivas |
| 296. | 6/12/12, 7/22/12, 8/29/12 text messages between NB and DB |
| 500. | Text messages between NB and KL |
| 501. | Extraction report for Mr. Koeberlein (videos) |
| 502. | Extraction report for Mr. Koeberlein (photographs) |
| 504. | September 2012 calendar |
| 505. | 8/7/12 text messages between NB and Mr. Olivas |