UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION



JURY NOTE

# JURY NOTE • NUMBER  4

Case No. EDCR18-231-JGB

Title: USA v. JOHN JACOB OLIVAS

===============================================================

☐  The Jury has reached a unanimous verdict.

☒  Other:
   CLARIFICATION OF JURY INSTRUCTION NO. 20
   SPECIFICALLY WHAT DOES IT MEAN TO "ACT IN AN OFFICIAL
   CAPACITY".
   AND THE LAST SENTENCE OF PARAGRAPH #2

Dated this __14__ day of __DECEMBER__, 20_21_.    Juror No. 1

Time: 11 : 40 (am)/pm                             _____
                                                  Foreperson of the Jury

**Court's Response:**

The defendant's "official capacity" was his position as a federal law enforcement agent.