UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

FILED
CLERK, U.S. DISTRICT COURT
DEC 1 4 2021
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

JURY NOTE

# JURY NOTE • NUMBER  5

Case No. EDCR18-231-JGB

Title: USA v. JOHN JACOB OLIVAS

==============================================================

☐  The Jury has reached a unanimous verdict.

☒  Other:
REQUESTING TRANSCRIPT OF N.B TESTIMONY RECOUNTING EVENT OF
COUNT 3
SENCOND CHARGED RAPE ✓ INCLUDING TEXT EXCHANGE ABOUT SLAP IN FACE

Dated this  14  day of  DECEMBER , 2021.    Juror No. 1

Time:  1 : 27  am/(pm)

Foreperson of the Jury

**Court's Response:**

You cannot have a transcript of any testimony, although you can have testimony read back to you, by the court reporter in court. In order to do that, we have to prepare the testimony to be read back to you. N.B.'s testimony lasted more than two days.