

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

JURY NOTE

**JURY NOTE • NUMBER** __3__

Case No. EDCR18-231-JGB

Title: USA v. JOHN JACOB OLIVAS
===============================================================

☐ The Jury has reached a unanimous verdict.

☒ Other:
REQUEST TRANSCRIPT OF K.L. WITNESS TESTIMONY:
FIRST INTERVIEW WITH SA STAAB
EVENTS LEADING UP TO AND INCLUDING ~~FIRST DATE W/ DEFENDANT AND EVENTS AFTER~~ (~~3rd~~ PRIOR TO WATER PARK)
EVENTS ~~OF~~ THE ~~AT~~ [SEXUAL ASSAULT AT DEFENDANTS HOUSE]

Dated this __~~13~~ 14__ day of __DECEMBER__, 20__21__.

Time: 9:~~15~~:~~30~~ ~~13~~ ~~am~~/~~pm~~

Juror No. 1

_____
Foreperson of the Jury

---

**Court's Response:**

Unfortunately, we've run into some unexpected delay in retrieving the transcript you requested. We will keep trying and let you know when we have it. In the meantime, you may continue to deliberate.