UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

FILED
CLERK, U.S. DISTRICT COURT
DEC 1 4 2021
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

JURY NOTE

**JURY NOTE • NUMBER** 6

Case No. EDCR18-231-JGB

Title: USA v. JOHN JACOB OLIVAS

====================================================================

☐ The Jury has reached a unanimous verdict.

☒ Other: Can we get a clarification on Jury Instruction NO. 20 in regards to the last sentance. The word "only" makes the sentance contradict itself. Should the word "only" be on the last sentance?

Dated this 14 day of DECEMBER, 2021.

Time: 3:10 am/**pm**

Juror No. 1

Foreperson of the Jury

**Court's Response:**

"Made possible only because he was clothed with the authority of law" modifies "power" in the sentence. There is no contradiction.