UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

FILED
CLERK, U.S. DISTRICT COURT

12/15/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____NP_____ DEPUTY

JURY NOTE

# JURY NOTE • NUMBER 7

Case No. EDCR18-231-JGB

Title: USA v. JOHN JACOB OLIVAS

==================================================================

☐ The Jury has reached a unanimous verdict.

☒ Other: Transcript read back is no longer required. Further deliberation will not result in a unanimous decision. The jury is hopelessly deadlocked.

Dated this __15__ day of __DECEMBER__, 20__21__.

Time: 9 : 25 (am)/pm

Juror No. 1

▬▬▬▬▬▬▬▬▬▬▬▬▬▬
Foreperson of the Jury

Court's Response: