NAME & ADDRESS:

FILED
CLERK, U.S. DISTRICT COURT
DEC 15 2021
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | EDCR18-00231-JGB |
| v. | |
| JOHN JACOB OLIVAS | RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL / AFTER HEARING |
| DEFENDANT(S) | |

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the ~~joint~~ _____ exhibit list are hereby being returned to counsel for the respective party(ies) **except** the following exhibit(s)


The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

12/10/21
Date

Eli A. Alcaraz
Counsel for: ☑Plaintiff  ☐Defendant  ☐_____

_[signature]_                    213-453-8995
Signature                        Telephone Number

12-10-21
Date

MEGHAN BLANCO
Counsel for: ☐Plaintiff  ☑Defendant  ☐_____

_[signature]_                    949-296-9869
Signature                        Telephone Number

I hereby certify that the above-mentioned exhibits where returned to counsel as indicated above this date.

Clerk, U.S. District Court

12.15.21                         By N. V. PONCE  _[signature]_
Date                                 Deputy Clerk

G-38 (08/16)   RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT JUDGMENT AT TRIAL / AFTER HEARING