E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ELI A. ALCARAZ (Cal. Bar No. 288594)
Assistant United States Attorney
Deputy Chief, Riverside Branch Office
     3403 Tenth Street, Suite 200
     Riverside, California 92501
     Telephone: (951) 276-6938
     Facsimile: (951) 276-6202
     Email:    Eli.Alcaraz@usdoj.gov
FRANCES S. LEWIS (Cal. Bar No. 291055)
Assistant United States Attorney
Deputy Chief, General Crimes Section
     312 North Spring Street, 11th Floor
     Los Angeles, California 90012
     Telephone: (213) 894-4850
     Facsimile: (213) 894-0141
     Email:    Frances.Lewis@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ED CR No. 18-231-JGB |
|---|---|
| Plaintiff, | [PROPOSED] ORDER (1) MEMORIALIZING CONTINUANCE OF TRIAL DATE AND (2) MAKING FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| JOHN JACOB OLIVAS, | |
| Defendant. | **TRIAL DATE:** **October 25, 2022 at 9:00 a.m.** **STATUS CONFERENCE DATE:** **October 17, 2022 at 2:00 p.m.** |

The Court has read and considered the Stipulation for Order (1) Memorializing Continuance of Trial Date and (2) Making Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on September 26, 2022.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into

this Order, and defendant John Jacob Olivas's August 31, 2022, and September 1, 2022, ex parte filings requesting a continuance, which this Court incorporates by reference into this Order, demonstrate facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The retrial in this matter is continued from September 20, 2022, to October 25, 2022, at 9:00 a.m. The status conference hearing is continued to October 17, 2022, at 2:00 p.m.

2. The time period of September 20, 2022, to October 25, 2022, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv).

3. The time period of August 15, 2022, to the date of the Court's ruling on the pending government's motions, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. § 3161(h)(1)(D), because it constitutes a delay

resulting from a pretrial motion, from the filing of the motion through the prompt resolution of the motion.

4.  Defendant shall appear in Courtroom 1 of the Federal Courthouse, 3470 Twelfth Street, Riverside, California on October 17, 2022, at 2:00 p.m. and October 25, 2022, at 9:00 a.m.

5.  Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

_____          _____
 DATE                                HONORABLE JESÚS G. BERNAL
                                     UNITED STATES DISTRICT JUDGE

Presented by:

 /s/
_____
ELI A. ALCARAZ
FRANCES S. LEWIS
Assistant United States Attorneys