UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>JOHN JACOB OLIVAS,<br><br>            Defendants. | No. CR 18-231-JGB<br><br>[proposed] ORDER<br><br>Location:    Courtroom of the<br>             Hon. Jesus G. Bernal |

Good having been shown, Defendant John Olivas's application to for an order authorizing CJA funding for payment of trial transcripts from Mr. Olivas's first trial is GRANTED.  Mr. Olivas is authorized to utilize CJA funding for payment of transcripts from his first trial.

**SO ORDERED**, this \_\_\_\_ day of _____, 2021.

_____
THE HONORABLE JESUS G. BERNAL