MEGHAN BLANCO (238171)
LAW OFFICES OF MEGHAN BLANCO
    28202 Cabot Road, Suite 300
    Laguna Niguel, California 92677
    Telephone: (949) 296-9869
    Facsimile: (949) 606-8988
    E-mail:   mblanco@meghanblanco.com

Attorney for JOHN JACOB OLIVAS

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 18-CR-231-JGB |
|---|---|
| Plaintiff, | DEFENDANT JOHN JACOB OLIVAS NOTICE REGARDING TRIAL DATE |
| v. | |
| JOHN JACOB OLIVAS, | |
| Defendant. | |

    Defendant John Jacob Olivas, by and through his counsel of record, Meghan Blanco, files the instant notice regarding the trial date in this matter. Counsel for Mr. Olivas is prepared to proceed to trial on the current trial date, which is October 25, 2022. However, the government has filed a motion to admit statements Mr. Olivas made during a change of plea hearing in a related criminal matter prosecuted by the State of California. Those statements bear directly on his defense in this case. If the Court rules in the government's favor and admits Mr. Olivas's statements, counsel will

request a very brief, 3-4 week continuance to investigate trial issues relating to the admission of those statements.

Respectfully Submitted,

Dated: October 24, 2022

        *//s// Meghan Blanco*
        MEGHAN BLANCO
        Counsel for Defendant
        JOHN JACOB OLIVAS