E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ELI A. ALCARAZ (Cal. Bar No. 288594)
Assistant United States Attorney
Deputy Chief, Riverside Branch Office
     3403 Tenth Street, Suite 200
     Riverside, California 92501
     Telephone: (951) 276-6938
     Facsimile: (951) 276-6202
     Email:    Eli.Alcaraz@usdoj.gov
FRANCES S. LEWIS (Cal. Bar No. 291055)
Assistant United States Attorney
Deputy Chief, General Crimes Section
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4850
     Facsimile: (213) 894-0141
     Email:    Frances.Lewis@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ED CR No. 18-231-JGB |
|---|---|
| Plaintiff, | UNITED STATES' NOTICE OF LODGING OF EXHIBIT 14 RELEVANT TO DECLARATION OF DANIEL GREENBERG IN SUPPORT OF OPPOSITION TO GOVERNMENT'S MOTION *IN LIMINE* TO ADMIT STATEMENTS (DKT. 222) |
| v. | |
| JOHN JACOB OLIVAS," | |
| Defendant. | Trial Date:  October 25, 2022<br>Trial Time:  9:00 a.m.<br>Location:    Courtroom of the Hon. Jesús G. Bernal |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Eli A. Alcaraz and Frances S. Lewis, hereby files a Notice of Lodging of Exhibit 14

Relevant to the Declaration of Daniel Greenberg in Support of Opposition to Government's Motion In Limine to Admit Statements (Dkt. 222).

In paragraph four of the declaration of Daniel Greenberg, Mr. Greenberg asserts "I believed, at the time, that entering a plea pursuant to People v. West was in Mr. Olivas's best interest.  At the time, I was unaware that the federal government had opened its own criminal probe into the exact same allegations that gave rise to Mr. Olivas's state prosecution."  (Dkt. 222 ¶ 4.)

The lodged Exhibit 14 contains an email exchange between Mr. Greenberg and the Deputy District Attorney Tara Foy (now Powell), from July 2015, which was two months before defendant's September 2015 change of plea in the state proceedings.  In the email, Mr. Greenberg wrote, "I met with my client yesterday, . . . , and in order to give me an opportunity to review the additional discovery from the FBI, we will agree to continue the Olivas matter."  (Ex. 14 at 1 (emphasis added).)

///
///

The exchange between Mr. Greenberg and Ms. Foy predate the change of plea hearing where defendant made admissions that are admissible in this proceeding.  The email in Exhibit 14 contradicts Mr. Greenberg's declaration in docket entry 222, in particular about his and defendant's awareness of a federal investigation, and otherwise calls into question the reliability of his sworn submission.

Dated: October 24, 2022          Respectfully submitted,

                                 E. MARTIN ESTRADA
                                 United States Attorney

                                 SCOTT M. GARRINGER
                                 Assistant United States Attorney
                                 Chief, Criminal Division


                                  /s/*Eli A. Alcaraz*
                                 ELI A. ALCARAZ
                                 FRANCES S. LEWIS
                                 Assistant United States Attorneys

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA