# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | EDCR18-00231-JGB |
| Date | December 21, 2022 |
| Present: The Honorable | HONORABLE JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE |
| Interpreter | n/a |

| Maynor Galvez | Phyllis A. Preston | Frances Lewis / Eli Alcaraz |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| JOHN JACOB OLIVAS | X | | X | Meghan Blanco | | | X |

___ Day COURT TRIAL      11th Day JURY TRIAL      ___ Death Penalty Phase

___ One day trial;   ___ Begun (1st day);   ___ Held & continued;   X Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made _____

___ Witnesses called, sworn and testified.

___ Exhibits identified      ___ Exhibits admitted

___ Government rests.   ___ Defendant(s) _____ rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted

___ Closing arguments made      ___ Court instructs jury      ___ Bailiff sworn

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

___ Alternates excused   X Jury retires to deliberate   ___ Jury resumes deliberations

___ Finding by Court as follows:   X Jury Verdict as follows:

Dft # 1   X Guilty on count(s) **1, 2 and 3**   ___ Not Guilty on count(s) _____

X Jury polled   ___ Polling waived

___ Filed Witness & Exhibit lists   ___ Filed Jury notes   ___ Filed Jury Instructions   X Filed Jury Verdict

X Dft # 1 Referred to Probation Office for Investigation & Report and **3/13/2023 2 pm** for sentencing.

X Dft # 1 remanded to   X Remand order   X issd.   Dft # ___ released from custody.

___ Bond exonerated as to Dft # _____

X Case continued to **3/13/2023 at 2:00 p.m. for sentencing**

X Other: All exhibits were returned to counsel.

: 35

Initials of Deputy Clerk  MG

cc: USPO/USM-ED